IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY TODD SOUTH AND
LISA SOUTH,                                    CASE NO.: _____

      Plaintiffs,

vs.

FEDERAL INSURANCE COMPANY,

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL INSURANCE"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division, and states as grounds for such removal the following:

1.    On July 14, 2022, Plaintiffs, JEFFREY TODD SOUTH and LISA SOUTH ("Plaintiffs"), filed this action in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case No. 2022-CA-006415-O ("State Action").

2.    On July 18, 2022, FEDERAL INSURANCE was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28 U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

1

A.    Notice of Service of Process;

B.    Summons;

C.    Plaintiffs' Complaint;

D.    Notice of Service of First Set of Interrogatories on Defendant and First Interrogatories to Defendant;

E.    Request for Production to Defendant;

F.    Request for Admissions to Defendant;

G.    Standing Case Management Plan and Order

H.    Defendant's Notice of Appearance and Designation of E-mail Addresses;

I.    Defendant's Certification and Notice of Filing Notice of Removal; and

J.    Defendant's Notice of Removal to Opposing Counsel.

3.    This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court.  *See* 28 U.S.C § 1446(b).

**DIVERSITY OF CITIZENSHIP**

4.    At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiffs (citizens of Florida) on the one hand and Defendant (not a Florida citizen) on the other.

5.    Plaintiffs have brought this action regarding the property located at 4312 Down Point Lane, Windermere, Florida 34786. *See* Complaint ¶ 4.

6.    Plaintiffs are residents of Orange County, Florida and the property owned by Plaintiffs that is located at 4312 Down Point Lane, Windermere, Florida 34786 is subject to a homestead exemption. *See* Orange County Property Appraiser Information attached as **Exhibit "2"**.

7.    Accordingly, the Plaintiffs are citizens of the State of Florida.

8.    At all times material to this action, FEDERAL INSURANCE is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. FEDERAL INSURANCE was and is incorporated in the State of Indiana, having its principal place of business in the State of New Jersey.   Accordingly, at all times material to this action, FEDERAL INSURANCE was and is a citizen of the States of Indiana and New Jersey for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

9.    Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

## AMOUNT IN CONTROVERSY

10.    Plaintiffs brought an action against FEDERAL INSURANCE for breach of contract pursuant to the terms of an existing policy of insurance.

11.    Plaintiffs contend that Plaintiffs' property sustained direct physical damage due to a storm and bring this action against FEDERAL INSURANCE for

its failure to pay proceeds under the insurance policy for the damages. *See* Complaint ¶¶ 7 and 14.

12.    Prior to filing suit, Plaintiffs submitted an estimate from 3MG Roofing in the amount of $625,488.11 in support of damages claimed to the subject property's roof and an estimate from Florida Claim Specialists, LLC in the amount of $12,499.63 in support of the damages claimed to the interior of the subject property. The total amount of Plaintiffs' claimed damages is $637,987.74. Plaintiffs' purports that all damages claimed were the result of the storm. **Composite Exhibit "3,"** 3MG Roofing estimate and Florida Claim Specialists estimate.

13.    The deductible under the subject policy is $10,000.00.

14.    FEDERAL INSURANCE did not issue payment to Plaintiffs prior to the filing of the State Action, which leaves the total amount of the estimate, $627,987.74 in dispute.

15.    Thus, the amount in controversy herein is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

16.    This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiffs and FEDERAL INSURANCE are citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

17.    FEDERAL INSURANCE has noticed the adverse parties, Plaintiffs, of this Removal by notifying Plaintiffs' attorney of record.

18.    FEDERAL INSURANCE has filed a written notice with the Clerk of the Court of the Ninth Judicial Circuit in and for Orange County, Florida in compliance with 28 U.S.C § 1446 (d).

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Thomas A. Keller
THOMAS A. KELLER, ESQ.
Florida Bar No.:  0153354
tkeller@butler.legal
DERICKA Y. BURKE, ESQ.
Florida Bar No.: 1000332
dburke@butler.legal
Secondary: lfarrell@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:    (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Federal  Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2022, the foregoing was filed with the Clerk of the Court via the CM/ECF system.  I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

> Logan C. Templeton, Esq.
> South Milhausen, P.A.
> 1000 Legion Place, Suite 1200
> Orlando, Florida 32801
> logant@southmilhausen.com
> mdahl@southmilhausen.com
> Attorneys For:  Plaintiffs

> s/ Thomas A. Keller
> THOMAS A. KELLER, ESQ.