IN THE CIRCUIT COURT OF THE 9th JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.

**JEFFREY TODD SOUTH AND LISA SOUTH,**

     Plaintiffs,

v.

**FEDERAL INSURANCE COMPANY,**

    Defendant.

_____/

## PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL

COME NOW Plaintiffs, **JEFFREY TODD SOUTH AND LISA SOUTH**, through the undersigned counsel, and hereby file this Complaint against Defendant, **FEDERAL INSURANCE COMPANY**, and as grounds therefor state as follows:

1.    This is an action for damage in excess of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of prejudgment interest, attorneys' fees and costs, and is otherwise within the jurisdictional limits of this Court.

2.    At all material times, Defendant was an insurance company authorized to do business in the State of Florida and doing business in Orange County, Florida.

3.    At all material times, the damaged property was located in Orange County, Florida.

4.    Plaintiffs sought and purchased homeowner's insurance from Defendant to cover the property located at 4312 Dawn Point Lane, Windermere, Florida 34786 (hereinafter "Insured Property"). Said policy of insurance, which is believed to be Policy

Number 1486636901, was issued by Defendant to Plaintiffs to provide property insurance coverage for the Insured Property.

5.      At all material times, Plaintiffs and Defendant had a policy of insurance, Policy Number 1486636901 (the "Contract").  A copy of the Contract is attached hereto and incorporated by reference as "**Exhibit A**".

6.      Plaintiffs have paid the premiums for the Contract.

7.      During the Contract period from December 15, 2019 to December 15, 2020, the Insured Property sustained direct physical damage due to a storm (the "Loss").

8.      Defendant received timely notice of the Loss and damage.

9.      Defendant assigned the Loss reported by Plaintiffs and described in Paragraph 7 above a claim number believed to be 040521005127.

10.     Defendant assigned a date of loss of August 5, 2020.

11.     Defendant and its agents requested and were given access and the opportunity to inspect the Insured Property and the reported damage arising from the Loss described in Paragraph 7 above.

12.     Defendant provided coverage for the Loss and damage based on an estimate created by Defendant and/or its agents.

13.     The amount of coverage Defendant provided for the Loss and damage was insufficient to fully compensate Plaintiffs for the Loss described in Paragraph 7 above pursuant to the terms and coverages available under the Contract.

14.     This is an action relating to Defendant's breach of the Contract for its failure to properly pay the full amount of insurance proceeds owed to Plaintiffs.

15.     On June 27, 2022 Plaintiffs filed their Property Insurance Notice of Intent to Initiate Litigation (the "Notice") with the Florida Department of Financial Services alleging an act or omission by Defendant other than denial of coverage.

16.     Jurisdiction and venue of this matter are proper in the Circuit Court for Orange County, Florida.

## COUNT I – BREACH OF CONTRACT

17.     Plaintiffs reallege and reincorporate Paragraphs 1-17 as if fully stated herein, and further allege as follows:

18.     During the above Contract period the Insured Property sustained direct physical damage.

19.     Plaintiffs provided timely notice of the Loss, described in Paragraph 7 above, to Defendant.

20.     Defendant found that Plaintiffs had sustained a covered loss under the Contract.

21.     Plaintiffs complied with all obligations and conditions precedent to this lawsuit and which would entitle Plaintiffs to recover benefits under the Contract, or Defendant waived compliance with such conditions.

22.     Defendant has failed to provide complete coverage for the Loss and damage that occurred during the Contract period.

23.     This failure is contrary to the terms of the Contract and constitutes a breach of the Contract.

24.    Plaintiffs have been damaged by this breach in the form of unpaid insurance proceeds needed to restore the Insured Property to its pre-loss condition as a result of the Defendant refusing to pay the full amount owed under the Contract.

25.    As a direct and proximate result of Defendant's breach of contract, Plaintiffs have been required to retain the services of the undersigned attorneys to represent and protect the interests of Plaintiffs and Plaintiffs have become obligated to pay them a reasonable fee for their services in bringing this action.

26.    In the event that Plaintiffs prevail in this action, Plaintiffs are entitled to an award of attorneys' fees and costs pursuant to Sections 627.70152, 627.428, 626.9373, 57.041, and 92.231, Florida Statutes and/or other Florida Law.

WHEREFORE, Plaintiffs demand judgment against Defendant for damages, including but not limited to damages owed under the Contract and attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiffs further demand a trial by jury of all issues so triable as a matter of right.

Dated this 14th day of July, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on Defendant as part of the initial service of process.

**SOUTH MILHAUSEN, P.A.**
Attorneys for Plaintiffs
1000 Legion Place, Suite 1200
Orlando, Florida 32801
Phone: (407) 539-1638
Fax:     (407) 539-2679
Email: logant@southmilhausen.com
          mdahl@southmilhausen.com

By: /s/ LOGAN C. TEMPLETON, ESQ.
      LOGAN C. TEMPLETON, ESQ.
      Florida Bar No.: 114136

# *Masterpiece*®

Exhibit "A"

CHUBB®

**Name and address of Insured:**

JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Policy no:** 14866369-01
**Effective date:** 12/15/19
**Issued by:** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period:** 12/15/19 to 12/15/20

**If you have any questions, please contact:**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL  33410
800.940.7744

Dear Valued Client,

On behalf of our entire team, thank you for renewing your protection with Chubb. We're looking forward to continuing to say yes and do more across every step of your experience.

In this mailing, you'll find a copy of your new policy to review. If you have any questions, we're here to help, and encourage you to reach out to your agent or our Customer Care Team at 1.866.324.8222.

If you haven't already, don't forget to register for our Client Portal at www.chubb.com/registernow. You can also download our mobile app at the AppStore or on Google Play. With our client portal and mobile app you can take advantage of our online services like viewing your policy, billing or claims information, making a payment, enrolling in autopay, paperless billing, paperless policy and email or text notification services from home or on the go. Be sure to have your policy or billing statement handy to complete the simple registration process.

## About Your Policy

As you take a look at your policy, we've included ways to help you find the information you need faster:

- On your **Coverage Summary,** you'll see who is named as an insured, as well as your insured property, coverage limits, and the deductibles and additional features you've selected.
- The **Table of Contents** will tell you which coverage forms apply to your policy.
- The **Introduction, Policy Terms,** and **Policy Information Notice** also include common insurance terminology with straightforward definitions to make it easier to read your policy.

In each chapter, you'll also find descriptions of the different examples and scenarios your policy is designed to protect, and how your protection applies depending on where you live. You'll also see more detail on your deductibles, how what we pay is decided if you have a claim, and an explanation of any exclusions (i.e., any specific cases that aren't covered under your policy).

*Continued on the next page*

© Chubb.2016.  All rights  reserved.     Form no.  Q9200000     *Reference Copy*

**Getting More from Your Policy**

We want to help you get the most out of your protection with Chubb, like taking advantage of potential premium credits or our complimentary services.

Please **review, complete, and mail** the following forms:
- **Wildfire Defense Services Information and Enrollment Form**

Please **review these documents for a detailed overview** of your premium:
- **Premium Summary and Privacy Notice**
- **Premium Discount Summary**

Thank you again for choosing Chubb!


Fran O'Brien
Division President, North America Personal Risk Services

Any questions? We're here to help. Our **Customer Care Team** is just a call away at **1.866.324.8222.** If you have a claim, you can reach our **Claim Service Center** directly at **1.800.252.4670.**

www.chubb.com      email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb.2016. All rights reserved.      Form no. Q9200000      *Reference Copy*



*Masterpiece*®          **Chubb Wildfire Defense Services**
                                          **Enrollment Form**

C H U B B®

| **Name and address of Insured** | **Policy no.** 14866369-01 |
|---|---|

JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Premises Location**
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Policy no.** 14866369-01
**Issued by**
Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 12/15/19 to 12/15/20

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL  33410
800.940.7744

---

Dear Valued Customer:

As a Chubb *Masterpiece*® homeowners policyholder, we are pleased to offer you a Wildfire Defense Coverage enhancement and complimentary new Chubb Wildfire Defense Services, designed to help reduce the potential for significant losses to your home and property from wildfire for the premises location listed above.

1. The homeowner policy enhancement, Wildfire Defense Coverage, includes coverage up to $5,000, with no deductible, for reasonable expenses you may incur while defending your home and property from wildfire when a wildfire is within three miles from your residence premises or a civil authority initiates an evacuation order affecting your residence premises as a result of an approaching wildfire.

2. Because your home is located in a qualifying area\*, **Chubb also offers you the option to enroll in Chubb Wildfire Defense Services, a complimentary service that can help defend your home from an encroaching wildfire.** While our coverage allows you to hire the wildfire defense service provider of your choice, enrollment in Chubb Wildfire Defense Services can automatically provide you with assistance from one of the most qualified service providers in the wildfire industry, in the event of a wildfire. The coverage provided under your policy applies to this service, but enrollment relieves you of out-of-pocket expenses related to hiring an outside company.

Enrollment is easy-and  free. **Just visit www.chubbwildfiredefense.com and complete the simple steps to quickly enroll.** Or, you can sign and return the enclosed "Wildfire Defense Authorization Form." Enrollment will grant Chubb permission to dispatch its representatives to take preventative action on your home and keep you informed of such actions.

If you do not enroll, you will not be eligible to automatically receive Chubb Wildfire Defense Services from us. However, you still have Wildfire Defense Coverage, as described above. For questions or concerns regarding your policy, please contact your independent agent or broker listed at the top of this letter.

Sincerely,
Customer Relations Manager
Chubb Personal Risk Services
1-877-60CHUBB

© Chubb.2016.  All rights reserved.    Form no.  Q6600400

*Reference  Copy*

# *Masterpiece* ®    *Chubb Wildfire Defense Services Enrollment Form*

*Enrollment in Chubb Personal Risk Services Wildfire Defense Services is available to homeowner policies in select states. Visit www.chubbwildfiredefense.com to see the latest details about availability. Chubb Wildfire Defense services is not available to condominium, cooperative, renter policyholders, or Differences in Conditions (DIC) Platinum Portfolio policyholders. Chubb and its representatives will use their best efforts to provide these services. There may be instances when Chubb will not be able to provide these services. There is no guarantee that these services will prevent damage. Actual coverage is subject to the language of the policies issued.*

*Wildfire Defense Services are triggered only when a wildfire is within three miles of a residence, when a civil authority initiates an evacuation order as a result of an approaching wildfire, or when Chubb deems it appropriate to deploy the service because of an encroaching wildfire. Chubb and its representatives will use their best efforts to provide these services. There may be instances when Chubb will not be able to provide these services. There is no guarantee that these services will prevent damage.*

*© 2016 Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.*

*Reference Copy*

# *Masterpiece*®

## Chubb Wildfire Defense Services Enrollment Form

# CHUBB®

| | |
|---|---|
| **Name and address of Insured** | **Policy no.** 14866369-01 |
| | **Issued by** |
| JEFFREY TODD SOUTH | Federal Insurance Company |
| LISA SOUTH | a stock insurance company |
| 4312 DOWN POINT LN | incorporated in Indiana |
| WINDERMERE, FL 34786 | **Policy period** 12/15/19 to 12/15/20 |
| | |
| | **If you have any questions, please contact** |
| **Premises Location** | MARSH & MCLENNAN AGENCY LLC (CELEDINAS) |
| 4312 DOWN POINT LN | 4400 PGA BLVD #1000 |
| WINDERMERE, FL 34786 | PALM BEACH GARDENS, FL  33410 |
| | 800.940.7744 |

I hereby authorize representatives of Chubb, including Wildfire Defense Systems, Inc., to enter the grounds of my property in order to provide wildfire suppression and structural protection services for the residence premises identified above, when a wildfire threatens this location or when arranged with my advance permission.

I understand that Chubb and its representatives will use their best efforts to provide the services and help protect my property. However, I understand that there may be instances when Chubb will not be able to provide the services to my property, and there is no guarantee that the service will prevent damage. I hereby waive the right to bring legal action against Chubb or its representatives for personal injury or liability (including but not limited to emotional distress and mental anguish) arising out of the treatment or lack of treatment of my property. I retain the right to make an insurance claim for personal injury or property damage and I understand that my Chubb homeowner's policy will respond to covered losses if there is damage to my home.

I understand that Chubb's representatives will determine the most appropriate methods for the protection of my property, which could include, but are not limited to, the temporary establishment of sprinkler systems and the application of Thermo-Gel®, a thin gel barrier, on my home, landscape and/or other structures.

I recognize that it is my responsibility to provide accurate and current contact information to Chubb in order to receive updates during a wildfire event and to provide information that may be critical to the response by Chubb's representatives, such as security access or a description of property. I understand that there is no coverage and no wildfire defense services provided if I or Chubb terminates homeowners coverage for the premises location listed below.

**I hereby agree to the above terms and conditions:**

Policyholder Signature _____     Date _____

During a wildfire event, we may need to call or email you to request gate access, ask questions about your property, or communicate with you about specific wildfire threats. **The fields marked with a * are required to complete enrollment; however, we recommend completing all possible fields.**

© Chubb.2016.  All rights reserved.    Form no.  Q6600200

*Reference Copy*

**Whom should we contact in the event a wildfire threatens your property?**

*Name of Primary Contact: _____

*Relationship to You: _____
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

| | | | | |
|---|---|---|---|---|
| *Phone #1: | _____ | *Phone Type: | _____ | *Example: home, |
| Phone #2: | _____ | Phone Type: | _____ | mobile, work, |
| Phone #3: | _____ | Phone Type: | _____ | 2nd home, or other.* |

Email Address: _____

**Whom should we contact next, if this individual cannot be reached during a wildfire event?**

Name of Secondary Contact: _____

Relationship to You: _____
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

| | | | | |
|---|---|---|---|---|
| Phone #1: | _____ | Phone Type: | _____ | *Example: home, |
| Phone #2: | _____ | Phone Type: | _____ | mobile, work, |
| Phone #3: | _____ | Phone Type: | _____ | 2nd home, or other.* |

Email Address: _____

Name of Tertiary Contact: _____

Relationship to You: _____
*Example: self, spouse, partner, relative, property manager, domestic employee, business employee, security provider, friend, insurance agent, or other.*

| | | | | |
|---|---|---|---|---|
| Phone #1: | _____ | Phone Type: | _____ | *Example: home, |
| Phone #2: | _____ | Phone Type: | _____ | mobile, work, |
| Phone #3: | _____ | Phone Type: | _____ | 2nd home, or other.* |

Email Address: _____

**You may choose to provide a brief description (100 characters or less) of the entrance to your property. This can help our wildfire fighters find your home in the event wildfire smoke reduces visibility.**

*Example: We are the third driveway on the right, with a brick entrance gate and large evergreen trees.*

_____

_____

_____

*Mail this completed form to: Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-9977, Attn: Wildfire Defense Services. Or, you can email a digital copy of this completed form to: wildfiredefenseenrollment__@chubb.com.*

© Chubb.2016. All rights reserved.    Form no. Q6600200

*Reference Copy*

# *Masterpiece*®



**Premium Summary**
**Renewal**

JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Page** 1
**Effective Date** 12/15/19
**Policy no.** 14866369-01
**Policy period** 12/15/19 to 12/15/20
**Producer name** MARSH & MCLENNAN AGENCY LLC (CELEDINAS)

---

We are pleased to enclose your Chubb Masterpiece Policy, which includes an annual premium **savings of $14,798** as listed below.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT 4312 DOWN POINT LN WINDERMERE, FL | HOME, CONTENTS, LIABILITY | $ 14,931.00 |
|  | HOUSE AT 4153 S ATLANTIC AVE #206 NEW SMYRNA BEACH, FL | LIABILITY | $ 40.00 |
| **Valuable Articles** | JEWELRY, FINE ARTS | VALUABLE ARTICLES | $ 4,239.00 |
| **Family Protection** | NOT APPLICABLE | FAMILY PROTECTION | $ 85.00 |
| **State Assessment** |  |  | $ 2.00 |
| **Total Premium** |  |  | $ 19,297.00 |

The $2.00 Florida Emergency Management Preparedness & Assistance Fund is included in the state assessment amount above.

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**Your policy provides the following annual premium credits for the coverages listed below:**

Your homeowners premium was reduced by $14,798 as a result of one or more credits.

**You will receive a separate Personal Insurance Statement that will outline the schedule of premium amounts and the due dates. If an endorsement during the policy period changes the amount of premium due, you will receive a revised Personal Insurance Statement.**

© Chubb.2016. All rights reserved.    Form no. Q0700000

*Reference Copy*

***Premium Summary***
***Renewal***

C H U B B

**Page** 2
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
LISA SOUTH

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

© Chubb,2016. All rights reserved.    Form no. Q0700000

*Reference Copy*

*Masterpiece*®

C H U B B®

# CHUBB GROUP U.S. PRIVACY NOTICE

| FACTS | WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and payment history<br>• insurance claim history and medical information<br>• account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| **How?** | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Chubb share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes -** to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | NO | We don't share |
| **For our affiliates to market to you** | NO | We don't share |
| **For nonaffiliates to market to you** | NO | We don't share |
| **Questions?** | **Call 1-800-258-2930 or go to** https://www2.Chubb.com/us-en/privacy.aspx | |

© Chubb 2016. All rights reserved. Form no. 0799999 (Rev. 10-16)

*Reference Copy*

| Page 2 | |
|---|---|
| **Who is providing this notice?** | The Chubb Group. A list of these companies is located at the end of this document. |
| **What we do** | |
| **How does Chubb Group protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
| **How does Chubb Group collect my personal information?** | We collect your personal information, for example, when you<br><br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or provide account information<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **Definitions** | |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Chubb does not share nonaffiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• Our joint marketing partners include categories of companies such as banks. |

© Chubb 2016. All rights reserved.    Form no. 0799999 (Rev. 10-16)

*Reference Copy*



| Page 3 |
|---|

## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right to see the personal information about you that we have on file. To see your information, write Chubb Group Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. Chubb may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact our customer service department. You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. You are being provided this notice under Nevada state law. In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Texas Pacific Indemnity Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

© Chubb 2016. All rights reserved.    Form no. 0799999 (Rev. 10-16)

*Reference Copy*



# *Masterpiece*®  Premium Discount Summary

**CHUBB**®

**Name and address of Insured:**

JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Page:** 1
**Policy no:** 14866369-01
**Policy period:** 12/15/19 to 12/15/20

---

We know that you've worked hard for what you own and want to protect it. We also know that saving money is important to you. You can take advantage of a variety of discounts offered by Chubb. Here is a list of some of the discounts you're already receiving.

**You have the power to reduce your premiums.**
Your insurance cost could have been **$34,095** but you took action and received **$14,798** in discounts. Your premium was reduced to **$19,297**.

---

| Overview | Your Discount |
|---|---|
| **Homes and Contents** | That's a homeowner savings of **$14,798**. |

House at:
4312 DOWN POINT LN, WINDERMERE, FL
• 78% for meeting our construction standards
  or windstorm reduction guidelines
• 10% because you also insure your
  valuable articles with Chubb
• A reduction for having a burglar alarm
  that meets our criteria
• A reduction for having a fire alarm
  that meets our criteria

---

Please note: This document may not reflect all of the discounts you are receiving on your Chubb insurance policy. To review all of the discounts available from Chubb, please contact your agent or broker, as he or she is always your best source of information and advice.

© Chubb.2016. All rights reserved.    Form no. Q9300000

*Reference Copy*

*Masterpiece*®

CHUBB®

**Name and address of Insured**
JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Effective Date** 12/15/19
**Policy no.** 14866369-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 12/15/19 to 12/15/20

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL 33410
800.940.7744

## IMPORTANT NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

© Chubb.2016. All rights reserved. Form no. Q6600020

*Reference Copy*

# *Masterpiece*®

## CHUBB®

**Hurricane Deductible Notice for Florida**

| | |
|---|---|
| **Name and address of Insured** | **Effective Date** 12/15/19 |
| JEFFREY TODD SOUTH | **Policy no.** 14866369-01 |
| LISA SOUTH | **Issued by** Federal Insurance Company |
| 4312 DOWN POINT LN | a stock insurance company |
| WINDERMERE, FL 34786 | incorporated in Indiana |
| | **Policy period** 12/15/19 to 12/15/20 |
| | |
| **Premises Location** | **If you have any questions, please contact** |
| 4312 DOWN POINT LN | MARSH & MCLENNAN AGENCY LLC (CELEDINAS) |
| WINDERMERE, FL 34786 | 4400 PGA BLVD #1000 |
| | PALM BEACH GARDENS, FL 33410 |
| | 800.940.7744 |

Dear Valued Customer:

Please note that your *Masterpiece* ® policy includes **a special 2% hurricane deductible** for covered loss caused by or resulting from hurricanes for your Florida location listed above*.

Your Coverage Summary describes how the special hurricane deductible applies to a covered loss for the location listed above. The special hurricane deductible applies to your aggregate loss including loss to your residence, the contents of your residence, and to all of the Extra Coverages in your policy, except those where the policy states no deductible applies (for example, Additional Living Expenses).

Up to the full dollar amount of your special hurricane deductible is applied to the first covered loss caused by or resulting from a hurricane during a calendar year. For covered losses caused by or resulting from the second and subsequent hurricanes occurring in the same calendar year, the dollar amount of the special hurricane deductible will be reduced by all deductible amounts applied toward prior covered hurricane losses during the same calendar year. However, if your home and contents base deductible amount is greater than the remaining special hurricane deductible amount, the base deductible applies in lieu of the special hurricane deductible. This base deductible will not be waived for covered losses of more than $50,000 caused by or resulting from a hurricane.

If the listed location is a house, the dollar amount of the special hurricane deductible is calculated by applying the percentage to the amount of coverage for your house shown in your Coverage Summary. If the listed location is a condominium, cooperative, or rental unit, the dollar amount of the special hurricane deductible is calculated by applying the percentage to the combined amount of contents and additions and alterations coverage shown in your Coverage Summary. **Please review the exhibit for examples of how this special hurricane deductible is calculated and applies to hurricane losses during a calendar year.**

"Hurricane" means a storm declared by the National Hurricane Center of the National Weather Service which:

- begins with the issuance of the first public advisory of a Hurricane Watch or Warning by the National Hurricane Center for any part of the state of Florida;
- continues as long as hurricane conditions exist in any part of the state of Florida; and
- ends 72 hours after the National Hurricane Center discontinues the last Hurricane Watch or Warning for any part of the state of Florida.

© Chubb.2016. All rights reserved.     Form no.  Q6409027

*Reference Copy*

**Reporting losses**
If you do not report to us a loss caused by or resulting from a hurricane, it is important for you to retain receipts or other records of such loss so that the amount of any covered loss from that hurricane will be applied to the amount of your special hurricane deductible for covered losses caused by or resulting from subsequent hurricanes during the same calendar year.

**Hurricane deductible options**
Special hurricane deductibles of 2%, 5%, or 10% are available for a premium credit for covered loss caused by or resulting from hurricanes. If you select a higher percentage for the special hurricane deductible, it will apply to covered hurricane losses for the remainder of this calendar year. However, if you had a covered hurricane loss for this location this calendar year and you select a lower percentage for the special hurricane deductible, the lower percentage will not apply to covered hurricane losses until the next calendar year.

Contact your agent or broker if you want to select any of these deductible options.

**If you plan to install windstorm protection**
If you choose, you can receive a premium credit by installing storm shutters or other windstorm protection (all of which must be inspected and approved by us) on all exterior glass and skylights of your home. The installation and use of adequate storm shutters on all exterior glass and skylights of your residence is one of the most prudent actions you can take to help protect your property from storm damage. In a hurricane or severe storm, unshuttered residences are more vulnerable to serious loss from wind, wind driven debris or rain entering a residence, and wind pressure uplifting rooftops and compromising structural integrity.

If you have not already installed storm shutters or other windstorm protection but plan to do so in order to protect your property and receive a premium credit, please refer to the attached copy of our Minimum Adequacy Standards for Windstorm Protection and review them with your installer. When installation is complete, please advise your agent or broker so that we can inspect your shutters or other windstorm protection to determine if they meet our minimum adequacy standards. If they do, we will apply the premium credit.

This information is a brief overview and applies only to the location listed at the top of this letter. For more specific information about your coverage, your special hurricane deductible or other special deductibles, please review your policy provisions including your Coverage Summary carefully.

© Chubb.2016.  All rights  reserved.    Form no.  Q6409027

*Reference Copy*



If you have any questions, your agent or broker is always your best source of advice. In a world of choices, thank you for insuring through Chubb.

Customer Relations Manager
Chubb Personal Risk Services
866-324-8222

**\*A hurricane deductible does not apply to this location if there is a wind or hail exclusion. If a wind or hail exclusion applies to this location, it can be found under Special Provisions in your Coverage Summary or under Exclusions in your House, Contents, Condominium, Cooperative, or Renters Coverage.**

www.chubb.com        email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb.2016. All rights reserved.    Form no. Q6409027

*Reference Copy*



**Exhibit**

The following examples illustrate how a special 5% hurricane deductible is calculated and applied during a calendar year.

<u>**Houses**</u>

$300,000 house coverage
$150,000 contents coverage
$  60,000 other permanent structures coverage
Home and contents base deductible is $500

Hurricane #1 of calendar year:
   Covered loss of $30,000

   Multiply the house coverage ($300,000) by 5 percent. This equals **a special $15,000 hurricane deductible.** The special $15,000 hurricane deductible will be subtracted from the $30,000 loss. **The total payment for the loss would be $15,000.**

Hurricane #2 of calendar year:
   Covered loss of $35,000

   Multiply the house coverage ($300,000) by 5 percent. This equals **a special $15,000 hurricane deductible.** The special $15,000 hurricane deductible will be reduced by the deductible amount applied toward the prior covered loss ($15,000). In this case, since the remaining amount of the special hurricane deductible is zero, the home and contents base deductible ($500) will apply. **The total payment for the loss would be $34,500.**

<u>**Condominiums, cooperatives, or renters**</u>

$100,000 contents coverage
$  10,000 additions and alterations coverage
Home and contents base deductible is $500

Hurricane #1 of calendar year:
   Covered loss of $22,000

   Multiply the combined amount of contents and additions and alterations coverage ($110,000) by 5 percent. This equals **a special $5,500 hurricane deductible.** The special $5,500 hurricane deductible will be subtracted from the $22,000 loss. **The total payment for the loss would be $16,500.**

Hurricane #2 of calendar year:
   Covered loss of $16,000

   Multiply the combined amount of contents and additions and alterations coverage ($110,000) by 5 percent. This equals **a special $5,500 hurricane deductible.** The special $5,500 hurricane deductible will be reduced by the deductible amount applied toward the prior covered loss ($5,500). In this case, since the remaining amount of the special hurricane deductible is zero, the home and contents base deductible ($500) will apply. **The total payment for the loss would be $15,500.**

© Chubb.2016.  All rights reserved.    Form no.  Q6409027

*Reference Copy*



## MINIMUM ADEQUACY STANDARDS FOR WINDSTORM PROTECTION

**General Requirements for all Florida windstorm protection devices:**
- Windstorm protection must be installed directly on **ALL** exterior glass openings to include: windows, doors, skylights, entry doors with glass, overhead garage doors with windows
- All installations require that the installer obtain a building permit and have installations approved by a building inspector
- All installations must be inspected and approved by Chubb

**Storm Shutters and Panels:**
- All storm shutters and panels must be attached to the structure of the building, not to window or door framing
- All products must be in compliance with the most current applicable building code

    ***Storm Panels*** (aluminum, steel, or polycarbonate)
- Corrosion-resistant pins (not clips) must be used to fasten panels to tracks
- Panels without tracks must be bolted to the structure with non-corrosive bolts
    ***Accordion Shutters***
- Accordion shutters are designed for application directly to the wall around an opening
- Accordion shutters installed around porch or balcony openings must be reinforced with wood or metal bracing attached to a structural member
    ***Roll Down Shutters***
- Motorized shutters must have a manual crank for operation during power outages
    ***Colonial, Bahama, Awning or Clam Shell Style Shutters***
- Must be equipped with hurricane rated storm bars to prevent lifting during a storm
- Louvered shutters require 1/2" plywood, .040 gauge aluminum, or 1/8" polycarbonate sheathing to be affixed to the face when closed
    ***Wind Abatement Screen Protection (e.g., Armor Screen, Fabric Shield, Stormcatcher)***
- Wind Abatement Screen Systems must be approved by Miami-Dade Standards or Florida Building Code Standards.

**Polycarbonate Sheets (e.g., Lexan ™, SentryGlass ™, Saflex ™ ):**
- Must be framed and mounted in accordance with manufacturer's specifications and be at least 1/4" thick. Flat polycarbonate sheets must be installed in approved Miami-Dade or Florida Building Code frame systems and must have product approval number.
- System must be in compliance with the most current applicable building code

**Wind/Impact Rated Windows, Doors and Skylights:**
Products must be tested and approved in compliance with Miami-Dade or Florida Building Code standards.

**Plywood or after market window film are not acceptable forms of windstorm protection.**

June 2009

© Chubb.2016. All rights reserved.     Form no.  Q6409027

*Reference Copy*

# *Masterpiece*® Premium Discounts Notice for Hurricane Loss Mitigation for Florida

CHUBB®

| | |
|---|---|
| **Name and address of Insured** | **Effective Date**  12/15/19 |
| JEFFREY TODD SOUTH | **Policy no.**  14866369-01 |
| LISA SOUTH | **Issued by**  Federal Insurance Company |
| 4312 DOWN POINT LN | a stock insurance company |
| WINDERMERE, FL 34786 | incorporated in Indiana |
| | **Policy period**  12/15/19 to 12/15/20 |

| | |
|---|---|
| **Premises Location** | **If you have any questions, please contact** |
| 4312 DOWN POINT LN | MARSH & MCLENNAN AGENCY LLC (CELEDINAS) |
| WINDERMERE, FL 34786 | 4400 PGA BLVD #1000 |
| | PALM BEACH GARDENS, FL  33410 |
| | 800.940.7744 |

We are required by Florida law to provide you with the following Notice of Premium Discounts for Hurricane Loss Mitigation for your premises location shown above.

If you feel you are eligible for a credit, notify your agent or broker. Once we have applied the credit to your policy, you have 45 days to provide us with a completed Uniform Mitigation Verification Inspection form in order to continue receiving the credit. The Uniform Mitigation Verification Inspection form must be completed by a licensed professional and there may be a cost associated with the inspection. You may obtain this form through your agent or broker, a licensed contractor or on the Florida Office of Insurance Regulation's website: http://www.floir.com

If you have questions or need additional information about hurricane loss mitigation premium discounts, please contact your agent or broker at the telephone number shown above.

***Pre-qualified referrals***
If you decide to take additional steps to protect your home from hurricanes, knowing who to turn to for quality service can be a challenge. Chubb can provide referrals to reputable specialists, including building contractors, to assist you with structural hurricane mitigation measures. Call 1-877-602-4822 for assistance.

***Enroll before the storm, so we can help after***
Finally, if the Florida premise location shown above has secondary or seasonal occupancy and this policy includes wind coverage, Chubb can help you quickly assess the condition of your property after a hurricane by reporting on the condition, submitting a claim on your behalf, and initiating the process of emergency repairs. Call 1-866-444-0360 for enrollment assistance or to learn more about Chubb Property Manager.

---

### Notice of Premium Discounts for Hurricane Loss Mitigation

#### ***Important Information***
#### About Your Homeowners Insurance Policy

Hurricanes have caused tens of billions of dollars in insured damages. Predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane-wind premium by installing mitigation features, you may also reduce the likelihood of out-of-pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

---

*Reference Copy*

**What factors are considered in establishing my premium?**

<u>Your location:</u> The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes your hurricane-wind premium higher than for similar homes in other areas of the state.

<u>Your policy:</u> Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

<u>Your deductible:</u> Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible, depending on the actual value of your home. However, please note that in certain northern coastal counties a 5% deductible applies unless there are approved storm shutters on this structure, in which case a 2% deductible applies. Further, in certain southern coastal counties a 15% deductible applies unless there are approved storm shutters on this structure, in which case a 2% deductible applies. For non-coastal locations where we offer optional, higher hurricane deductibles, the larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible, your out-of-pocket expenses in the event of a hurricane claim will be higher.

<u>Improvements to your home:</u> The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. These discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

<u>Your maximum discount:</u> Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of 85%.

**How can I take advantage of the discounts?**

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and verify improvements. For a listing of individuals and/or inspection companies meeting these qualifications, contact your agent, broker, or insurance company.

© Chubb.2016.  All rights reserved.    Form no.  Q6409110

*Reference Copy*

CHUBB®

The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium* of $3,050 which is part of your total annual premium of $15,016. Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed below are not cumulative.

**\* Wind mitigation credits apply to that portion of your premium that covers the peril of wind.**

### Existing Construction Discounts (Homes built prior to 2002)

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| <u>Roof Covering (i.e., shingles or tiles)</u> | | |
| • Meets the Florida Building Code | N/A | N/A |
| • Reinforced Concrete Roof Deck** | N/A | N/A |
| **\*\***If this feature is installed on your home, you most likely will not qualify for any other discount. | | |
| <u>How Your Roof is Attached</u> | | |
| • Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | N/A | N/A |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | N/A | N/A |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood | N/A | N/A |
| <u>Roof-to-Wall Connection</u> | | |
| • Using "Toe Nails" - defined as three nails driven at an angle through the rafter and into the top roof | N/A | N/A |
| • Using Clips - defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud | N/A | N/A |
| • Using Single Wraps - a single strap that is attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | N/A | N/A |
| • Using Double Wraps - straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | N/A | N/A |

© Chubb.2016. All rights reserved.    Form no. Q6409110

*Reference Copy*

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| **Roof Shape** | | |
| • Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid) | N/A | N/A |
| • Other | N/A | N/A |
| **Secondary Water Resistance (SWR)** | | |
| • SWR - defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off | N/A | N/A |
| • No SWR | N/A | N/A |
| **Shutters** | | |
| • None | N/A | N/A |
| • Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards | N/A | N/A |
| • Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | N/A | N/A |

**\* Estimate is based on information currently on file and the actual amount may vary.**

© Chubb.2016.  All rights  reserved.     Form  no.   Q6409110

*Reference Copy*



## New Construction Discounts (Homes built in 2002 or newer)

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| Homes built in 2002 or newer are eligible for a minimum 68% discount on the hurricane-wind portion of your premium. You may be eligible for a greater discount if other mitigation features are installed in your home. | | |
| Shutters | | |
| • None | APPLIED | APPLIED |
| • Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards | 3% | $92 |
| • Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | 3% | $92 |
| Roof Shape | | |
| • Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid) | APPLIED | APPLIED |
| • Other | 0% | $0 |

* Estimate is based on information currently on file and the actual amount may vary.

If you have further questions about the construction techniques and features that could result in a discount, please contact your agent or broker at the telephone number shown above.

www.chubb.com    email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

*Reference Copy*

# *Masterpiece*®

*Coverage Notices for Florida*

CHUBB®

**Name and address of Insured**
JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Effective Date** 12/15/19
**Policy no.** 14866369-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 12/15/19 to 12/15/20

**Premises Location**
4312 DOWN POINT LN
WINDERMERE, FL 34786

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL 33410
800.940.7744

## Florida Notices

### Available deductibles

You are notified in accordance with Florida Law that home and contents base deductibles of $500, $1,000, $2,500, $5,000, $7,500, $10,000, $25,000, $50,000, $100,000, $250,000, $500,000, $750,000 and $1,000,000 are available for home and contents coverage. One base deductible applies to all home and contents coverage on the same policy. A premium credit is applied for all deductibles except the $500 deductible.

These home and contents base deductible options do not apply if a special deductible applies to the covered loss. For Florida locations, special deductibles include the vacant house deductible, hurricane deductible, and earthquake deductible.

### Available hurricane deductibles for residences with wind and hail coverage

You are notified in accordance with Florida Law that the following special hurricane deductibles are available. All Florida residences with wind and hail coverage have a special hurricane deductible. Your special hurricane deductible is shown in your Coverage Summary. For a house, the dollar amount of the special hurricane deductible is calculated by applying the hurricane deductible percentage to the amount of coverage for the house. For a condominium, cooperative, or rental unit, the dollar amount of the special hurricane deductible is calculated by applying the hurricane deductible percentage to the combined amount of contents and additions and alterations coverage.

If your residence is in a **Southern coastal county,** you have a special 15% hurricane deductible unless you opted to install storm shutters meeting our eligibility requirements. If your home has adequate storm shutters or other windstorm protection, all of which have been inspected and approved by us, on **all exterior glass and skylights, you may select a special 2%, 5%, or 10%** hurricane deductible that will apply if the shutters or other windstorm protection is available for use at the time of loss, as described in your Coverage Summary.

If your residence is in a **Northern coastal county** and in a **300 or 400 series territory,** as shown on your Rate Sheet, you have a special 5% hurricane deductible unless you opted to install storm shutters meeting our eligibility requirements. If your home has adequate storm shutters or other windstorm protection, all of which have been inspected and approved by us, on **all exterior glass and skylights,** then a special 2% hurricane deductible will apply if the shutters or other windstorm protection is available for use at the time of loss, as described in your Coverage Summary. Higher hurricane deductibles of 5% or 10% are available for a premium savings.

© Chubb.2016. All rights reserved. Form no. Q6476009 (ED. 09-17)

*Reference Copy*

If your residence is in:
- an **Inland county,** or
- an Interior **Northern coastal county** (located in a Northern coastal county, and the territory on your Rate Sheet is **NOT** a 300 or 400 series territory),

you have the choice of one of the percent deductibles or, if eligible, a flat dollar amount for a hurricane deductible based on your type of residence and the amount of coverage for that residence, as shown in the chart below. The hurricane deductible you selected is shown in your Coverage Summary. If you select a lower special hurricane deductible and you had a covered hurricane loss for your location under a policy issued by us or a direct or indirect subsidiary of the Chubb Corporation, this lower special hurricane deductible will not apply to covered hurricane losses until the next calendar year.

**Hurricane Deductible Chart
for Inland and Interior Northern Coastal Counties**

| Type of residence | Amount of coverage | Eligible for a hurricane deductible of: |
|---|---|---|
| All residence types | Up to $100,000 | $500 or 2%, 5%, 10% |
| All residence types | $100,000 or more | 2%, 5%, 10% |

**Southern coastal counties\* are:**

| | | |
|---|---|---|
| Broward | Lee | Palm Beach |
| Charlotte | Manatee | Pinellas |
| Collier | Martin | Sarasota |
| Dade | Monroe | St. Lucie |
| Indian River | | |

**Northern coastal counties\* are:**

| | | |
|---|---|---|
| Bay | Franklin | Santa Rosa |
| Brevard | Gulf | St. Johns |
| Citrus | Hernando | Taylor |
| Dixie | Levy | Volusia |
| Duval | Nassau | Wakulla |
| Escambia | Okaloosa | Walton |
| Flagler | Pasco | |

\* Inland counties are those counties not listed above as Southern or Northern coastal counties.

## Important information regarding Rebuilding to code coverage

You have the option to select Rebuilding to code coverage limits of 50% or 25%. Rebuilding to code coverage provides coverage for the increased costs you incur to repair or replace the damage to your covered property after a covered loss in compliance with any local, state or federal law, ordinance or regulation affecting repair or construction of such property. Please refer to the Extra Coverage, Rebuilding to code, in your policy for complete details and limitations.

© Chubb.2016.  All rights reserved.    Form no.  Q6476009  (ED. 09-17)

*Reference Copy*



**50% option**
Your policy automatically provides a Rebuilding to code coverage limit of 50% for covered property. For Florida premises locations, this important coverage is provided as follows:
• for houses this limit is 50% of the amount of your house coverage;
• for other permanent structures this limit is 50% of the amount of coverage for your other permanent structures, if purchased; and
• for condominium, cooperative, or renters units this limit is 50% of the amount of coverage for your additions and alterations for your unit.

**25% option**
For a premium savings, you may select a Rebuilding to code coverage limit of 25%. For Florida premises locations, this important coverage is provided as follows:
• for houses this limit is 25% of the amount of your house coverage;
• for other permanent structures this limit is 25% of the amount of coverage for your other permanent structures, if purchased; and
• for condominium, cooperative, or renters units this limit is 25% of the amount of coverage for your additions and alterations for your unit.

If you want to make this selection, please contact your agent or broker. In the event that you do not make this selection, your Rebuilding to code coverage limit will remain at 50%.

If you have chosen the lower available percentage of 25% of coverage for Rebuilding to code and rejected the 50% automatically provided for covered property in your policy for your Florida premises location, this lower amount of coverage is shown in your Coverage Summary. You may elect to increase this lower amount of coverage for Rebuilding to code to 50% at any time.

If you have any questions, your agent or broker is always your best source of advice.

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

*Reference Copy*

*Masterpiece*®   *Checklist of Coverage for Florida*

C H U B B®

| Name and address of Insured | Effective Date 12/15/19 |
|---|---|

**Name and address of Insured**
JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Effective Date** 12/15/19
**Policy no.** 14866369-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 12/15/19 to 12/15/20

**Premises Location**
4312 DOWN POINT LN
WINDERMERE, FL 34786

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL 33410
800.940.7744

Dear Valued Customer:

We are required by Florida law to provide you with the enclosed Florida Checklist of Coverage completed with information regarding your Florida premises location shown above.

This checklist was created by the Florida Financial Services Commission for use with all homeowner insurance policies issued by any insurer regardless of the product differences and various rating plans used by insurance companies. Therefore, some of the terms used on this checklist do not match the terms used in your *Masterpiece* ® Policy and some of the discounts cannot be displayed in the format prescribed by this form.

We recommend that you refer to your policy for the precise coverage afforded. If you have any questions about your coverage, your agent or broker is always your best source of advice and guidance. In a world of choices, thank you for choosing Chubb.

Customer Relations Manager
Chubb Personal Risk Services
866-324-8222

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb.2016. All rights reserved.   Form no. Q6409100

*Reference Copy*

*Checklist of Coverage for Florida*



**Premises Location**
4312 DOWN POINT LN
WINDERMERE, FL 34786

## Florida Checklist of Coverage

### Policy Type: HOMEOWNERS

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage (Place of Residence) | |
|---|---|
| Limit of Insurance: $3,571,000 | Loss Settlement Basis: Extended replacement cost |
| **Other Structures Coverage (Detached from Dwelling)** | |
| Limit of Insurance: $1,785,500 | Loss Settlement Basis: Extended replacement cost |
| **Personal Property Coverage (Contents)** | |
| Limit of Insurance: $1,428,400 | Loss Settlement Basis: Replacement cost |
| **Deductibles** | |
| Annual Hurricane: 2% | All Perils (Other Than Hurricane): $10,000 |

© Chubb.2016. All rights reserved.   Form no. Q6409100

*Reference Copy*

# Checklist of Coverage (continued)

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against: (Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included.)

| | Perils |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (including storm surge) |
| Y | Windstorm or Hail (other than Hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| Y | Sinkhole Loss for Covered Property |
| Y | Collapse |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

| Loss of Use Coverage (Additional Living Expenses) | | | |
|---|---|---|---|
| Coverage | | Limit of Insurance | Time Limit |
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | | | |
| Y | Additional Living Expense          (% of house limit) | 30% | none |
| Y | Fair Rental Value                       (% of house limit) | 30% | rental period |
| Y | Civil Authority Prohibits Use     (% of house limit) | 30% | 30 days |

**The limit of Insurance is the maximum amount we will pay for all Additional Living Expenses combined.**

| Property - Additional/Other Coverages | | | | |
|---|---|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | | Included | Additional |
| Y | Debris Removal (% of house limit) | 30% | | YES |
| Y | Reasonable Repairs (Temporary) | up to house limit | YES | |
| Y | Property Removed (Endangered) | up to contents limit | Yes | |
| | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | (See Liability) | | |
| Y | Loss Assessment (Homeowner) | $50,000 | | YES |
| | Collapse | (See Perils) | | |
| Y | Glass or Safety Glazing Material | up to house limit | YES | |
| N | Landlord's Furnishings | | | |
| Y | Law and Ordinance (Rebuilding to Code); (% of house limit) | 50% | | YES |
| Y | Grave Markers or mausoleums | $5,000 | Yes | |
| Y | Mold/Fungi Remediation | $50,000 OCC/ $50,000 AGG | YES | |

© Chubb.2016.  All rights reserved.    Form no.  Q6409100

*Reference Copy*



## Checklist of Coverage (continued)

| Discounts | |
|---|---|
| (Items below marked Y (YES) indicate discount IS applied, those marked N (NO) indicate discount is NOT applied.) | Dollar($) Amount of Discount |
| | Multiple Policy | |
| Y | Fire Alarm/Smoke Alarm/Burglar Alarm | |
| N | Sprinkler | |
| Y | Windstorm Loss Reduction | $13,756 |
| Y | Building Code Effectiveness Grading Schedule | $881 |
| | Other | |

**Surcharges may offset these discounts.**

| Insurer May Insert Any Other Property Coverage Below | | |
|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Liability | Loss Settlement Basis: ie,: Replacement Cost, Actual Cash Value, Stated Value, etc. |
| | | |
| | | |
| | | |
| | | |

| Personal Liability Coverage |
|---|
| **Limit of Insurance: $500,000** |
| **Medical Payments to Others Coverage** |
| **Limit of Insurance: $25,000** |

| Liability - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y | Claim Expenses (Defense Costs) | unlimited | | Yes |
| | First Aid Expenses | (See Medical Payments) | | |
| Y | Damage to Property of Others | $15,000 | | Yes |
| | Loss Assessment | (See Property) | | |
| Y | Credit Cards, Forgery and Counterfeiting | $10,000 | Yes | |

| Insurer May Insert Any Other Liability Coverage Below | |
|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Insurance |
| | |
| | |
| | |
| | |

© Chubb.2016.  All rights reserved.     Form no.  Q6409100

*Reference Copy*

*Masterpiece* ® **Notice of Homeowner
Renewal Premium for Florida**



CHUBB®

**Name and address of Insured**

JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Effective Date** 12/15/19
**Policy no.** 14866369-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 12/15/19 to 12/15/20

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL  33410
800.940.7744

### Notice of Florida Homeowner Renewal Premium

Florida law requires us to provide you with a notice of any premium increase due to:
- a rate increase approved by the Florida Office of Insurance Regulation; or
- a coverage change,

and to disclose any applicable amount of premium increase for each.

The premium was developed based on the risk characteristics of the expiring policy and may change if there are any changes to this policy.

| Property Covered | Amount of premium due to a rate change | Amount of premium due to other policy changes |
|---|---|---|
| HOUSE AT 4312 DOWN POINT LN WINDERMERE,  FL | $1,225.00 | $888.00 |

Please note that the premiums reflected in this notice only represent the premiums for your Florida coverages stated above and may only represent a portion of your total policy premium. You should refer to your Premium Summary for your premium totals by location.

If you have any questions or need assistance, please contact your insurance agent listed above.

Chubb is the marketing  name used to refer to subsidiaries  of Chubb Limited providing  insurance and related services. For a list of these subsidiaries,  please visit our website at www.chubb.com.  Insurance provided  by U.S. based Chubb underwriting  companies. All products  may not be available  in all states. Coverage is subject  to the language  of the policies as actually  issued. Surplus lines insurance sold only through licensed surplus lines producers.  Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station,  NJ 08889-1600.

*Reference Copy*

# *Masterpiece*®

## Outline of Coverages for Florida

CHUBB®

| | |
|---|---|
| **Name and address of Insured** | **Effective Date** 12/15/19 |
| | **Policy no.** 14866369-01 |
| JEFFREY TODD SOUTH | **Issued by** Federal Insurance Company |
| LISA SOUTH | a stock insurance company |
| 4312 DOWN POINT LN | incorporated in Indiana |
| WINDERMERE, FL 34786 | **Policy period** 12/15/19 to 12/15/20 |

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL  33410
800.940.7744

## IMPORTANT NOTICE

We are required by Florida Statutes to provide you with an outline of automobile and homeowners coverage. The following is not your actual insurance policy, but rather a brief description of your *Masterpiece* ®policy. You must read the terms, conditions and exclusions of your *Masterpiece* policy for the precise coverage afforded. Not all of the coverages outlined below may apply to you; direct your attention to the coverages you have purchased. This outline of coverage is for information purposes only. It is the express intent of ss.627.4143, Florida Statutes, that this outline shall not be construed to modify any of the provisions of the legal insurance contract that is the subject of this outline.

### Outline of Available Florida Automobile Coverages

If you have purchased automobile coverage for your vehicles garaged in Florida, your Coverage Summary lists the vehicles, coverages and deductibles you have purchased. Your Premium Summary and Vehicle Detail Premium Summary provide premium information including credits and/or surcharges which apply to you. Please refer to these documents for your specific coverages and premiums.

Vehicle Liability Coverage: This covers your legal liability for bodily injury to others (Bodily Injury Liability) or damage to their property (Property Damage Liability). Florida law requires you to have Property Damage Liability coverage. An amount of coverage for Vehicle Liability, if shown in your Coverage Summary, provides bodily injury and property damage coverage. Vehicle Liability Coverage also includes $10,000 of coverage for Medical payments. Options to increase medical payments are available. In addition, we automatically provide coverage for vehicles you rent while on vacation (for up to 90 days). The principal exclusions (items not covered by the policy) for this coverage are for: 1) motor vehicles owned by you or a family member furnished or available for the regular use of you or a family member which have not been specifically covered under the policy, 2) claims for injuries to any person sustained while occupying any motor vehicle having less than four wheels unless the vehicle is shown on your Coverage Summary or is covered under the Extra Coverage, Rental vehicle coverage, 3) intentional acts, and 4) non-permissive use.

*Reference Copy*

<u>Uninsured Motorists Protection:</u> If purchased, this coverage pays for bodily injuries to you, family members and certain others, resulting from the negligence of others. It pays when the at-fault party has no liability insurance, or liability coverage with limits not adequate to pay for the damages incurred, or if injuries result from a hit-and-run vehicle. You may choose "stacked" or "non-stacked" coverage. The principal difference between these two forms is that the total amount of protection under the stacked form is the sum of the limits applicable to each vehicle insured, whereas under the non-stacked form the limit stated applies per accident regardless of how many vehicles you own or insure. The principal exclusions (items not covered by the policy) for this coverage are for: nonpermissive use and vehicles not included under the definition of "covered vehicle" in the policy.

<u>Vehicle Physical Damage Coverage:</u> If purchased, collision covers damage to your car resulting from overturning or impact with another object. Comprehensive provides coverage for physical loss to your car for perils not excluded. The principal exclusions to comprehensive and collision (items not covered by the policy) are: 1) intentional acts, 2) damage to electronic equipment, and 3) tapes and discs. In addition, if you have Vehicle Physical Damage Coverage, your policy contains other coverages that add or broaden coverage. The principal coverages are: 1) towing, 2) loss of use, 3) permanent electronic equipment, 4) air bags, 5) lock replacement, and 6) coverage for newly acquired vehicles.

<u>Nonrenewal and Cancellation Provisions:</u> You may cancel your vehicle coverage at any time after PIP and Vehicle Liability Coverage have been in effect for 60 days. When PIP and Vehicle Liability Coverage have been in effect for less than 60 days, you may cancel only if your covered vehicle is totally destroyed, you transfer ownership of your covered vehicle, or you purchase a vehicle policy that replaces this policy. This provision applies to both a new policy and a renewal. Under conditions where we cancel or refuse to renew your policy, we will notify you in writing. This notice will be mailed to you within the timeframes required by law and will include the reason(s) for cancellation or nonrenewal.

### Outline of Available Florida Homeowner Coverages

Homeowner policies are designed to provide coverage for the following: your house, condominium, cooperative or rental unit, other structures on your property that you own; your contents or personal belongings; loss of use of your house, condominium, cooperative, or rental unit and personal liability.

If you have purchased coverage for your residence(s) in Florida, your Coverage Summary lists your residences, coverages, limits and deductibles. Your Premium Summary and Rate Sheet provide premium information including credits and/or surcharges which apply to you. Please refer to these documents for your specific coverages and premiums.

The following is a brief description of each of the principal coverage features.

<u>Deluxe House Coverage:</u> If purchased, this coverage pays for all risk of physical loss to your house. In addition, your policy contains other coverages that add or broaden coverage. The principal coverages are: 1) other permanent structures, if an amount greater than zero is shown on your Coverage Summary, 2) additional living expenses, 3) land, 4) landscaping, 5) debris removal, 6) rebuilding to code, and 7) mold remediation expenses. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) faulty planning, construction, or maintenance, 8) fungi and mold, 9) sinkhole, and 10) war and nuclear hazards.

© Chubb.2016.  All rights reserved.    Form no.  Q6409020

*Reference Copy*



Deluxe Contents Coverage: If purchased, this coverage pays for all risk of physical loss to your personal property such as clothes and furniture. Certain special limits apply, such as $1,500 to money and $5,000 to jewelry. In addition, your policy contains coverages that add or broaden coverage such as business property coverage and electronic restoration. The principal exclusions (items not covered by the policy) are to property such as tenant property, some types of motorized land vehicles, breakage of fragile articles, or loss caused by: 1) water damage from flood and other surface water, 2) neglect, 3) pollution or contamination, 4) intentional acts, 5) faulty planning, construction, or maintenance, 6) fungi and mold, 7) sinkhole, and 8) war and nuclear hazards.

Standard Contents Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are: 1) fire, 2) wind or hail (may be subject to a special hurricane deductible), 3) vandalism, and 4) theft. Refer to Deluxe Contents Coverage, described above, for special limits and additional coverages. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) fungi and mold, 8) sinkhole, and 9) war and nuclear hazards.

Fire Contents Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are the same as described above for Standard Contents Coverage except that theft is not covered. Certain special limits apply, such as $1,500 to money. Refer to Standard Contents Coverage, described above, for additional coverages and principal exclusions.

Deluxe Condominium, Cooperative, or Renters Coverage: If purchased, this coverage pays for all risk of physical loss to your personal property such as clothes and furniture. Certain special limits apply, such as $1,500 to money and $5,000 to jewelry. In addition, your policy contains extra coverages such as: 1) additions and alterations, if an amount greater than zero is shown on your Coverage Summary, 2) unit assessments, 3) business property coverage, 4) additional living expenses, 5) electronic data restoration, 6) debris removal, 7) rebuilding to code, 8) mold remediation expenses, and 9) sinkhole loss. The principal exclusions (items not covered by the policy) for this coverage are to property such as tenant property, some types of motorized land vehicles, breakage of fragile articles, or loss caused by: 1) water damage from flood and other surface water, 2) neglect, 3) pollution or contamination, 4) intentional acts, 5) faulty planning, construction or maintenance, 6) fungi and mold, and 7) war and nuclear hazards.

Standard Condominium, Cooperative, or Renters Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are: 1) fire, 2) wind or hail (may be subject to a special hurricane deductible), 3) vandalism, 4) theft, and 5) sinkhole loss. Refer to Deluxe Condominium Coverage, described above, for special limits and additional coverages. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, other than sinkhole loss, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) fungi and mold, and 8) war and nuclear hazards.

© Chubb.2016.  All rights reserved.    Form no.  Q6409020

Reference Copy

**IMPORTANT: If you have any of the coverages described above for a residence in Florida, a special
hurricane deductible applies to that residence. This special hurricane deductible is shown in your
Coverage Summary. If you have any of the following coverages for a Florida residence, loss caused
by wind or hail is NOT covered for that residence.**

> **Deluxe House Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Contents Coverage Wind/Hail Excluded (WHE)**
> **Standard Contents Coverage Wind/Hail Excluded (WHE)**
> **Fire Contents Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Condominium Coverage Wind/Hail Excluded (WHE)**
> **Standard Condominium Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Cooperative Coverage Wind/Hail Excluded (WHE)**
> **Standard Cooperative Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Renters Coverage Wind/Hail Excluded (WHE)**
> **Standard Renters Coverage Wind/Hail Excluded (WHE)**

<u>Personal Liability Coverage:</u> If purchased, this part of your policy provides you with coverage for damages
you or a family member may be legally obligated to pay for personal injury or property damage to others,
arising out of your residence or the personal activities of you and your family members away from the
residence. In addition, your policy contains coverage that adds or broadens coverage such as: 1) medical
payments to others, 2) credit cards, forgery, and counterfeiting, 3) rented or borrowed vehicles, and 4) fungi
and mold. The principal exclusions (items not covered by this policy) for this coverage are for: 1) motorized
land vehicles except those covered under rented or borrowed vehicles, 2) large watercraft, 3) some types of
business pursuits, 4) intentional acts, 5) discrimination, 6) molestation, misconduct or abuse, 7) illness, 8)
covered person's or dependent's personal injury, 9) liability for the acts of others, 10) entrustment, and 11)
fungi and mold, other than as provided under the Extra Coverage, Fungi and mold.

<u>Nonrenewal and Cancellation Provisions:</u> You may cancel the policy at any time for any reason. Our rights to
cancel or nonrenew your policy are limited to those conditions described in your policy. If we intend to cancel
or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you
advance notice of the cancellation or nonrenewal date.

www.chubb.com        email: customercare@chubb.com

Chubb is the marketing  name used to refer to subsidiaries  of Chubb Limited providing  insurance  and related services. For a list of these subsidiaries,  please visit our website  at
www.chubb.com.  Insurance provided  by U.S. based Chubb underwriting  companies.  All products  may not be available in all states.  Coverage  is subject  to the language  of the policies
as actually  issued. Surplus lines  insurance  sold only through  licensed  surplus lines producers.  Chubb  Personal Risk Services, P.O. Box 1600, Whitehouse Station,  NJ 08889-1600.

© Chubb.2016.  All rights  reserved.      Form no.  Q6409020

*Reference Copy*



**Change Overview
for Florida**



*In order to continually provide some of the finest insurance products available, we sometimes make changes to our state contracts. Below is a convenient summary of current changes for your state.*

**Policy no.** 14866369-01
**Policy period** 12/15/19 to 12/15/20

---

Dear Valued Client,

We are pleased to enclose the renewal of your *Masterpiece*® policy. Please be aware that it contains the following changes to your Introduction page:

- We added the definition of "Spouse" which means a partner in marriage or a partner in a civil union recognized under federal, state or local law.

- We reinforced our intent that a student under the age of 25 in your care, temporarily away at school, who is a resident of the household is considered a "family member". Also, a ward in your care who lives with you is considered a "family member".

If you have Florida homeowner, personal liability or excess liability coverages on your policy, we have also included a summary of changes explaining some important changes to those coverages with an edition date of July 1, 2019 or later. The goal of all such changes is to provide you with greater value over time by controlling the cost of your insurance, affording new or enhanced coverages that better meet your needs and expectations, and reinforcing the intent of certain policy language.

We recommend that you take some time to review your policy carefully, as it alone fully describes the coverages you have purchased. If you have any questions or need assistance, your agent or broker is always the best source of information and advice.

Thank you for insuring with Chubb. We appreciate your business.

www.chubb.com      email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600

© Chubb.2016. All rights reserved.    Form no.  Q6410901

*Reference Copy*



**Summary of Coverage Changes**
**Florida**
**Deluxe House Coverage**
**Deluxe House Coverage Wind/Hail Excluded**
**Edition Date of July 1, 2019**

The following is not your actual insurance policy, but rather a summary description of the changes to *Masterpiece*® house coverages provided for your convenience. Please read the terms, conditions and exclusions of your *Masterpiece* policy for the precise coverage afforded. Not all coverage changes listed below may apply to you. Some coverage changes do not apply to every type of house coverage we offer. Only descriptions of coverage changes that apply to the house coverage types listed above are noted. Your payment of the renewal premium indicates acceptance of these changes.

**Extended replacement cost**
We replaced the occupancy condition for construction or renovation with a threshold regarding the amount of construction. Verified replacement cost will apply in lieu of extended replacement cost if the additions, alterations, or renovations to the house or other permanent structure equals or exceeds the lesser of 10% of the amount of coverage for the house as shown in the Coverage Summary or $500,000.

**Definition of "Business"**
We added a definition of "business" to apply in lieu of the "business" definition in your Introduction page for this part of your policy. "Business" now includes any activity intended to realize a benefit or financial gain on a full-time, part-time or occasional basis.

**Homeowner assessments**
We reinforced our intent that we will pay a maximum of $2,000 for all assessments if the loss occurred prior to the effective date of the policy period in which the assessment was charged and the house at the time of loss was not listed on any policy issued by a direct or indirect subsidiary of Chubb Limited.

**Additional living expenses**
We made several revisions to the three provisions of this Extra Coverage. Under ***Extra living expenses*** we broadened coverage to provide boarding of domestic animals from an other permanent structure even if you are not displaced.

Under ***Extra living expenses*** and ***Fair rental value:***
- Coverage is now provided from the date of loss ending with the earliest of the amount of time required to return the house or other permanent structure to a habitable state; the amount of time to permanently settle elsewhere (applicable to Extra living expenses only); or up to two years from the date of loss, or a later date if agreed to by us. If the house is not the primary residence, we cover increases to your normal living expenses only for the periods of time that you had planned to use, or customarily use, the house.

Under ***Forced evacuation expenses:***
- Coverage is provided for up to 30 consecutive days.

**Land**
We broadened this Extra Coverage by increasing coverage ***from a minimum of $5,000 to a minimum of $10,000*** up to 10% of the amount of the covered loss.

© Chubb.2016.  All rights reserved.    Form no.  Q6410902

*Reference Copy*

**Landscaping**
We revised this Extra Coverage to specify that coverage is not applicable to naturally occurring or native grown vegetation, including but not limited to brush, woodlands, forests, grasslands, wetlands, mangroves, and to vineyards, sod farms, tree farms, orchards, and crops grown or used primarily for business purposes. Also, we reinforced our intent that coverage applies to trees, shrubs or plants that are installed or maintained as part of the landscape.

**Water detection expense**
We broadened this Extra Coverage by including coverage, up to $5,000 for the cost of a water leak detection and control system.

**Catastrophic ground cover collapse**
We included a definition for "Structural damage" under this Extra Coverage.

**Generator installation expense**
We introduced a *new* Extra Coverage to cover the costs of labor you incur up to $2,500 to install a generator system after a covered water damage loss of at least $10,000 caused by frozen pipes or sump pump failure due to loss of electrical power. There is no deductible for this coverage. A generator system means a generator that can automatically supply backup electricity to maintain operation of a sump pump, heating system, refrigerator or freezer or residential fire sprinkler system for your dwelling when there is a loss of electrical power.

**Pollution or contamination**
We revised this Exclusion to state that we do provide coverage due to ensuing covered loss unless another exclusion applies.

**Loss by animals**
We revised this Exclusion to reinforce our intent that we exclude loss caused by any animal owned or kept by you. We expanded this exclusion to apply to loss caused by bats and mollusks, and to loss caused by nesting or infestation, discharge or release of waste products or secretions by any animal.

**Freezing water**
We revised this Exclusion to reinforce our intent that we do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system, or household appliance if the house or other permanent structure is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. We also added an "unoccupied" definition to this exclusion.

**Surface water**
We revised this Exclusion to reinforce our intent that loss caused by these additional types of surface water is excluded:
- accumulation of rainwater on the ground, wave action including tidal wave and tsunami, tides, seiche, and spray or surge from any of these even if driven by wind;
- escape, overflow, discharge or release, for any reason, of water or water borne material from a canal, dam, reservoir, levee, dike, seawall, or any other boundary or containment.

We reinforced that a drain outside of or on the exterior of a fully enclosed structure includes gutters, rainwater pipes, downspouts and underground drainage systems. We now insure ensuing covered loss only due to fire, explosion, or theft.

**Ground water**
We revised this Exclusion to indicate we now insure ensuing covered loss only due to fire, explosion, or theft.

**Dampness or temperature**
We revised this exclusion to add coverage for ensuing covered loss due to fire, explosion, theft or glass breakage. We expanded the exclusion to apply to "water vapor".

© Chubb.2016.  All rights reserved.    Form no.  Q6410902

*Reference Copy*



**Fungi and mold**
We revised this exclusion to add coverage for ensuing covered loss due to fire or lightning.

**Earth movement**
We revised this Exclusion to exclude loss caused by any expansion, contracting, sinking, rising, settling, or shifting of the earth, soil, or land. This exclusion applies whether or not the earth, soil, or land is combined or mixed with water or any other liquid or natural or man-made material. Also, we specify that this exclusion does not apply to Catastrophic ground cover collapse or Sinkhole loss if Sinkhole loss coverage is shown in your Coverage Summary.

© Chubb.2016.  All rights  reserved.      Form no.  Q6410902

*Reference  Copy*



**Summary of Coverage Changes**
**Florida**
**Deluxe Contents Coverage,**
**Deluxe Contents Coverage Wind/Hail Excluded**
**Standard Contents Coverage**
**Standard Contents Coverage Wind/Hail Excluded**
**Fire Contents Coverage**
**Fire Contents Coverage Wind/Hail Excluded**
**Edition Date of July 1, 2019**

The following is not your actual insurance policy, but rather a summary description of the changes to *Masterpiece*® contents coverages provided for your convenience. Please read the terms, conditions and exclusions of your *Masterpiece* policy for the precise coverage afforded. Not all coverage changes listed below may apply to you. Some coverage changes do not apply to every type of contents coverage we offer. Only descriptions of coverage changes that apply to the contents coverage types listed above are noted. Your payment of the renewal premium indicates acceptance of these changes.

**Special limits**
We added text indicating an act or any series of similar acts committed by one or more persons is one loss. We expanded the category of legal tender to include unrecoverable scrip, smart cards, prepaid value cards and debit cards, and gift certificates. We added text to indicate that the special limit for securities includes your incurred expenses to research, replace, or restore the covered items.

In addition, for Standard Contents only, we now include "other personal articles" in the category of plated ware which aligns the property under this special limit category with our Deluxe Contents Coverage.

**Payment basis** *(Applicable to Fire Contents Coverage)*
We revised this Payment basis under pairs, sets, and parts to specify that for a covered loss the payment basis is actual cash value.

**Definition of "Business"**
We added a definition of "business" to apply in lieu of the "business" definition in your Introduction page for this part of your policy. "Business" now includes any activity intended to realize a benefit or financial gain on a full-time, part-time or occasional basis.

**Volcanic eruption peril** *(Applicable to Standard and Fire Contents Coverages)*
We added Volcanic eruption under Perils.

**Sudden and accidental cracking, burning, bulging, or tearing apart peril** *(Applicable to Standard and Fire Contents Coverages)*
We added that this coverage applies to an automatic fire protective sprinkler system.

**The Peril of Freezing** *(Applicable to Standard and Fire Contents Coverages)*
We reinforced our intent that we do not cover any loss caused by freezing in a plumbing, heating, or air conditioning system, an automatic fire protective sprinkler system, or household appliance if the house or other permanent structure is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. Also, we added an "unoccupied" definition.

**Catastrophic ground cover collapse**
We revised this peril by specifying that damage consisting merely of the settling or cracking of a foundation, structure, or building does not constitute a loss resulting from catastrophic ground cover collapse.

© Chubb.2016.  All rights  reserved.     Form no.  Q6410903

*Reference Copy*

**Business property**
We broadened this Extra Coverage to include portable devices such as smartphones, electronic reading
devices, tablets, handheld computers and other similar devices. This Extra Coverage is also revised to
exclude drones or similar unmanned devices used in a business. We reinforced our intent that we will pay the
necessary, reasonable cost incurred by you using the most cost-effective medium for replacing business
data.

**Electronic data restoration**
We broadened this Extra Coverage by:
   • increasing the limit *from $5,000 to $10,000;*
   • including non-recoverable ebooks, software, application software, music and movie files;
   • expanding the Electronic data processing property definition to include portable devices such as
     smartphones, tablets, and other similar devices; and
   • removing the application of the home and contents deductible from this coverage.

**Account funds** *(Not applicable to Fire Contents Coverage)*
We broadened this Extra Coverage by increasing the coverage limit *from $1,500 to $10,000* and adding
credit line to the definition of Account funds. The definition of unauthorized use is changed to only preclude
removal of funds by your spouse or family member. We introduced text indicating an act or any series of
similar acts committed by one or more persons is one loss and also reinforced our intent that this coverage is
only for personal accounts.

**Loss by animals**  *(Applicable to Deluxe Contents Coverage)*
We revised this Exclusion to reinforce our intent that we exclude loss caused by any animal owned or kept by
you. We expanded this exclusion to apply to loss caused by bats and mollusks, and to loss caused by
nesting or infestation, discharge or release of waste products or secretions by any animal.

**Freezing water** *(Applicable to Deluxe Contents Coverage)*
We reinforced our intent that we do not cover any loss caused by water freezing in a plumbing, heating, or air
conditioning system, or household appliance if the house or other permanent structure is vacant, unoccupied,
or being constructed, unless you used reasonable care to maintain heat in the building or shut off and
drained the water system or appliance. We also added an "unoccupied" definition to this exclusion.

**Pollution or contamination**
We revised this Exclusion to state that we do provide coverage due to ensuing covered loss unless another
exclusion applies.

**Surface water**
We revised this Exclusion to reinforce our intent that loss caused by these additional types of surface water
is excluded:
   • accumulation of rainwater on the ground, wave action including tidal wave and tsunami, tides, seiche, and
     spray or surge from any of these even if driven by wind;
   • escape, overflow, discharge or release, for any reason, of water or water borne material from a canal,
     dam, reservoir, levee, dike, seawall, or any other boundary or containment.
We reinforced that a drain outside of or on the exterior of a fully enclosed structure includes gutters,
rainwater pipes, downspouts and underground drainage systems. We now insure ensuing covered loss only
due to fire, explosion, or theft. For Fire Contents Coverage, ensuing covered loss due to theft is not provided.

**Ground water**
We revised this Exclusion to indicate we now insure ensuing covered loss only due to fire, explosion, or theft.
For Fire Contents Coverage, ensuing covered loss due to theft is not provided.

**Dampness or temperature**
We revised this exclusion to add coverage for ensuing covered loss due to fire, explosion, theft or glass
breakage. We expanded the exclusion to apply to "water vapor". For Fire Contents Coverage, ensuing
covered loss due to theft is not provided.

© Chubb.2016.  All rights reserved.    Form no.  Q6410903

*Reference Copy*



**Fungi and mold**
We revised this exclusion to add coverage for ensuing covered loss due to fire or lightning.

**Aircraft**
We revised this Exclusion to include a definition for "Aircraft" to reinforce that "Aircraft" does not include drones or similar unmanned devices not used or designed to carry people or cargo.

**Earth movement** *(Applicable to Standard and Fire Contents Coverages)*
We revised this Exclusion to exclude loss caused by any expansion, contracting, sinking, rising, settling, or shifting of the earth, soil, or land. This exclusion applies whether or not the earth, soil, or land is combined or mixed with water or any other liquid or natural or man-made material. Also, we specify that this exclusion does not apply to the Peril, Catastrophic ground cover collapse.

**Collapse from earth movement** *(Applicable to Standard and Fire Contents Coverages)*
We revised this exclusion to specify that this exclusion does not apply to the Peril, Catastrophic ground cover collapse.

© Chubb.2016.  All rights  reserved.    Form no.  Q6410903

*Reference  Copy*



## Summary of Coverage Changes
### Florida
### Personal Liability Coverage
### Edition Date of July 1, 2019

The following is not your actual insurance policy, but rather a summary description of the changes to *Masterpiece*® Personal Liability Coverage provided for your convenience. Please read the terms, conditions and exclusions of your *Masterpiece* policy for the precise coverage afforded. Your payment of the renewal premium indicates acceptance of these changes.

**Definition of "You"**
We added a definition of "you" to apply in lieu of the definition of "you" in your Introduction page for this part of your policy. We enhanced the definition of "you" to include a personal asset protection entity and its partners, members or trustees but only with respect to their legal responsibility for the ownership, maintenance or use of:

- residences including contents and property insured under a personal articles floater or similar policy,
- vacant land and cemetery or burial vaults, or
- a vehicle or watercraft owned or rented by the personal asset protection entity;

covered under your personal liability coverage.

The personal asset protection entity is also included in the definition of "you" with respect to Employment practices liability coverage if purchased.

**Definition of "Occurrence"**
We revised the definition of "occurrence" to reinforce our intent regarding what is considered an offense or an accident and that the offense or an accident must be first committed within the policy period.

**Definition of "Business"**
We added a definition of "business" to apply in lieu of the "business" definition in your Introduction page for this part of your policy. "Business" now includes any activity intended to realize a benefit or financial gain on a full-time, part-time or occasional basis.

**Definition of "Personal asset protection entity"**
We added the definition of "personal asset protection entity", to mean a legal entity that owns or manages residence premises, property of such residences, articles of value, vacant land and cemetery plots or burial vaults.

**Definition of "Unregistered vehicle"**
We expanded the definition of "unregistered vehicle" to include the use of unregistered vehicles used solely to service a residence premises, where previously the use was only on the residence premises.

**Medical payments to others**
We broadened this Extra Coverage by increasing the coverage limit *from $25,000 to $50,000.*

**Damaged property**
We broadened this Extra Coverage by increasing the coverage limit *from $15,000 to $25,000.* We also revised the definition of replacement cost to specify that it means replacement of the property without deduction for deprecation or the amount required for repairing the damage, whichever is less.

**Kidnap expenses**
We revised this Extra Coverage to reinforce our intent that a kidnap and ransom occurrence does not include the wrongful detention of a covered person or a family member solely on your property. We also revised this provision to reflect current changes in the U.S. government policy standards on travel warnings.

© Chubb.2016. All rights reserved.    Form no.  Q6410906

*Reference Copy*

**Credit cards, forgery, and counterfeiting**
We revised this Extra Coverage to reinforce our intent that coverage is applicable only to personal credit cards, debit cards, and bank cards. The definition of "unauthorized use" is changed to only preclude use by your spouse or family member. We introduced text indicating an act or series of similar acts committed by one or more persons is one loss.

**Rented or borrowed vehicles**
We broadened this Extra Coverage to cover damages a personal asset protection entity is legally obligated to pay from an occurrence arising from the use of a vehicle rented by this entity. This coverage applies if the amount of liability coverage is at least $1 million and the entity does not have coverage for rented vehicles under an excess or umbrella policy and does not own a private passenger vehicle.

**Fungi and mold**
We specified in this exclusion that mold does not mean mold for human ingestion.

**Motorized land vehicles**
We broadened the coverage grant in this Exclusion to cover toys designed for a child's use, not subject to motor vehicle registration, that do not exceed 15 miles per hour. This does not include motorized bicycles and scooters, or mopeds.

**Aircraft**
We revised this exclusion to exclude damages arising from the ownership, maintenance or use of a drone or similar unmanned device:

- while being operated in a restricted airspace as determined by the Federal Aviation Administration or other governmental agency, whether on a local, state or federal level, including any temporary flight restrictions; or
- to any aircraft, including any resulting damages, whether the drone makes contact with the aircraft or not.

**Large watercraft**
We revised this Exclusion to reinforce our intent that this exclusion applies to large watercraft rented by, furnished to, or made available to a covered person for longer than 30 <u>consecutive</u> days. We reinforced that we cover watercraft being stored, even if not listed in your Coverage Summary.

**Motorized land vehicle racing or track usage**
This exclusion no longer applies to a rally on a public road where the legal speed limit remains in effect for the duration of the rally. We also reinforced that the exclusion applies to the use of a vehicle on a racetrack, test track or similar course while the vehicle is being used to engage in high performance driving.

**Employees**
We added the exclusion, Employees, to exclude damages arising out of acts of employees of a personal asset protection entity except those acts in the course of their employment for the maintenance or use of covered property.

**Failure to act**
We added the exclusion, Failure to act, to exclude damages arising out of acts, errors, decisions, or failure to act by a partner, member or trustees of a personal asset protection entity, other than with respect to damages arising out of owned residences, vacant land, cemetery plots, burial vaults, or a vehicle or watercraft owned or rented by a personal asset protection entity as covered under personal liability coverage.

**Damage to property in your care**
We revised this Exclusion by removing text which applied the exclusion to property of others damaged in your care if you were required by contract to provide insurance. We also reinforced that this exclusion does not apply to damage to other people's property caused by you as provided in the Extra Coverage, Damaged Property.

© Chubb.2016.  All rights reserved.    Form no.  Q6410906

*Reference Copy*



**Business pursuits**
We revised this Exclusion to reinforce our intent that business activities or business property in which a covered person has ownership or interest is not covered. Under "incidental business at home", the coverage grant is only available if the incidental business activity is conducted by you. In addition, the gross revenue threshold of $15,000 now applies to your management of your personal investments. Under "incidental business property", we broadened the coverage grant to cover an other interested party for rental properties.

**Covered person's or dependent's personal injury**
We removed reference to "a person who lives with you" from this exclusion.

© Chubb.2016. All rights reserved.    Form no. Q6410906

*Reference Copy*

 Policy Terms Changes
for Florida



*In order to continually provide some of the finest
insurance products available, we sometimes make
changes to our state contracts. Below is a
convenient summary of current changes for your
state.*

**Policy no.** 14866369-01
**Policy period** 12/15/19 to 12/15/20

Dear Valued Client,

We are pleased to enclose the renewal of your Florida *Masterpiece* ® policy and greatly appreciate the continued
confidence you have placed in us. Please be aware that it contains a number of important changes to your Florida Policy
Terms, with an edition date of February 11, 2019.

### General Conditions

- As permitted by Florida law, we revised the *Transfer of rights* condition by removing the waiver of
  our right of recovery against a condominium corporation or association of property owners of a
  condominium.

  Also, we now specify that this condition does not apply to the Extra Coverages, Medical payment to
  others and Damage to property in Personal Liability Coverage.

- We added language to *Concealment or fraud* to specify that the fraud provision found in the
  Personal Injury Protection Coverage applies for Florida vehicles.

  Also, due to statutory requirements if the policy has been in effect for more than 90 days, a claim
  cannot be denied based on credit information.

- We revised *Application of coverage* to reinforce our intent that the amount of coverage applies
  separately to each covered person.

- We included language under *Duplicate coverages* to specify that we will not pay under more than
  one coverage part of the policy for the same elements of loss.

  We revised *Assignment* to specify assignment of the policy is not valid unless we give our written
  consent.

- We included motor vehicle(s) as covered property in the *In case of death* condition and specified
  that the insured's spouse who lives with the insured is a covered person.

### Liability Conditions

- Under *Other insurance, Vehicles* we specify that if Lease gap coverage applies, that coverage is
  excess over any other insurance.

### Property Conditions

- We revised the *Other Insurance, Property Condition* by adding a condition for valuable articles to
  indicate that if a loss is covered by other insurance in the name of a consignor, gallery, auction house
  or museum, our insurance will be excess over the insurance that covers the same property.

*Reference Copy*

- We revised **Loss payment** to specify that payment will be made to you, unless some other person is named in the policy or is legally entitled to receive payment.

  Also, we specify that if final judgement is made by a court, if there is an appraisal award, or a mediated settlement with us, you will be paid within 60 days of the entry of final judgement, appraisal award or mediated settlement.

## Special Conditions

- We revised **Legal action against us** by removing the 30 day requirement after proof of loss for property.

- We revised **Appraisals** by changing "a third appraiser to "impartial umpire".

- We revised the amount of time needed for notification of **cancellation and nonrenewal** from 100 days to 120 days for homeowners coverage.

- We specify for homeowners and vehicle coverage that we may <u>not</u> **nonrenew or cancel** the policy for the lawful use, possession, or ownership of a firearm or ammunition by the insured or any family member residing in the household.

- Under **Your cancellation** for vehicle coverage, within 60 days, we specify that you may cancel the policy if you are a service member called to active duty by the U.S. Armed Forces outside the U.S. in an emergency situation.

- For a homeowners policy in effect **90 days or less,** we eliminated the stipulation that the notification time period was tied into a residential structure that has been insured with us for five or more years.

The statements above are a summary only and are provided for ease of review. For a complete description of the Policy Terms, please refer to your policy materials. If you have any questions or need assistance, your agent or broker is always the best source of information and advice.

Thank you for insuring with Chubb. We appreciate your business.

www.chubb.com        email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600

© Chubb.2016. All rights reserved.    Form no. Q6449609

*Reference Copy*

# *Masterpiece* ®



**At Chubb, we look for ways to do more for our clients, including offering comprehensive coverage discounts to help you save money on premiums.**

**Policy no.** 14866369-01
**Policy period** 12/15/19 to 12/15/20

---

Dear Valued Client,

Thank you for trusting Chubb to protect your home. We are pleased to enclose the renewal of your Florida *Masterpiece* ® Homeowners policy. Please review it carefully and consider the policy discounts listed below to see if you are eligible to save additional money.

**Introducing Renovated House Discount**
If your home was renovated within the last six years, you may be able to save up to 17% on your premium. To qualify for this discount, the plumbing, heating, and electrical systems (including wiring, receptacles, circuit boxes and conduits in exposed areas) must have been completely upgraded, inspected and approved by licensed civil authorities in compliance with the local building codes.

**Renewal time presents the perfect opportunity for you to speak with your agent or broker about the full suite of competitive discounts and coverage options available to Chubb clients. Here are some actions you can take to lower your premium:**

**Discount for Selecting Higher Deductibles**
Did you know that Chubb provides deductible options of $5,000, $7,500, and up? By selecting a higher deductible, you may be able to save money on your premium. You can also choose a higher hurricane deductible on your policy in return for additional premium savings. Speak to your agent or broker to understand if this option might be right for you.

**Policy Discounts**
If you have installed safety features in your home, make sure to let Chubb know because they may mean an additional policy discount for you. Your agent or broker will have a full list of these options, but here are a couple discounts to consider:

- **Water Leak Detection Device Discount** applies if the device installed closes the master plumbing valve and/or activates a central station or direct alarm when a leak occurs.
- **Windstorm Loss Reduction Discount** may apply if acceptable windstorm protection is present.

Combining coverages can also help you save money on premium:

- **Portfolio Discount - Home with Auto:** You may be entitled to a policy discount on your primary Florida residence when you also have an active Masterpiece Automobile policy in good standing with us.
- **Portfolio Discount - Home with Valuable Articles Jewelry Coverage:** You may be entitled to a policy discount on your primary Florida residence if you also have Valuable Articles jewelry coverage on the same policy at that location.

**Masterpiece Equipment Breakdown Coverage**
As a reminder, Masterpiece Equipment Breakdown coverage is available for residences in Florida. While Equipment Breakdown isn't intended to cover "wear and tear" issues that occur on older equipment over time, it can provide coverage for "out of the blue" sudden and accidental breakdown.

Equipment Breakdown coverage can be purchased if you have a Masterpiece Homeowners, Condominium, or Cooperative policy. It can be purchased for each of your homes individually, and coverage applies to all structures on the premises including guesthouses or barns. It's a simple, affordable way to protect your equipment investment.

*Reference Copy*

**Additional coverage to protect you and your valuables, wherever you go**
When you're a Chubb client, we look for ways to do more, giving you comprehensive protection to suit your unique needs. Besides homeowners insurance, consider:

- Top tier **Automobile** coverage for your family vehicle or the classic car next to it. Whatever you drive, we can cover you with a policy that won't penalize you for depreciation or mandate use of a substandard "in-network" shop in the event of an accident. Our goal is to keep you and your family safe.
- **Valuable Articles** coverage for your fine art, jewelry, outdoor sculpture, rare books, and more. We have recently introduced a Collectibles category which allows you to schedule your collectibles under your Valuable Articles Coverage. A collectible is any private collection of rare, unique or novel items of personal interest (for example, dolls, banks, guns, model trains, wine) including memorabilia.
- **Watercraft** protection and services for your runabout, sailboat, yacht or mega-yacht.
- **Excess Liability/Umbrella** coverage to protect your family and assets.

**Visit www.chubb.com for details,** or contact your agent or broker to learn more about Chubb's coverage options to ensure you are fully protected.

**Chubb helps you prevent issues from happening in the first place**
Chubb is there to assist you before, during and after a loss. As a Florida Homeowners policyholder, you can take advantage of special services including:

- **ADT custom home security**
- **Water leak prevention**
- **Identity theft management And so much more**

We can help you better manage risks to your home and family, and provide referrals to qualified contractors, appraisers, collections specialists, and collector car experts. If you experience a loss, we look for ways to say yes across every step of your experience so you're made whole as quickly as possible. Our adjusters respond to claims within 24 hours and make sure you have a check in hand within 48. **Check out our full suite of services at www.chubb.com/personal.**

**Combine your coverages on one bill**
Renewal time presents a great opportunity to review your entire personal insurance portfolio with your agent or broker and discuss the benefits of bundling your coverages, including Homeowners, Automobile, Valuable Articles, Watercraft, and Excess Liability/Umbrella with Chubb. Our "Account Bill" service makes policy bundling even more convenient, allowing you to combine most Chubb policies onto a single bill. Packaged policies offer the additional convenience of a single policy number and renewal date.

**Thank you for being a Chubb client**
We appreciate your trust in us.

For more details about policy discounts and to discuss coverage and service needs, your agent or broker is always the best source of information and advice.

www.chubb.com        email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb.2016. All rights reserved.    Form no. Q6488509

*Reference Copy*

# *Masterpiece*®

## C H U B B®

### *Coverage Summary Renewal*

| | |
|---|---|
| **Name and address of Insured** | **Page** 1 |
| | **Effective date** 12/15/19 |
| JEFFREY TODD SOUTH | **Policy no.** 14866369-01 |
| LISA SOUTH | **Issued by** Federal Insurance Company |
| 4312 DOWN POINT LN | a stock insurance company |
| WINDERMERE, FL 34786 | incorporated in Indiana |
| | **Policy period** 12/15/19 to 12/15/20 |

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL 33410
800.940.7744

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

The effective date of your policy shown above, begins at 12:01 a.m. standard time at the location of the property shown in this Coverage Summary.

## *Homes and Contents*

# *THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.*

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT<br>4312 DOWN POINT LN<br>WINDERMERE, FL | $3,571,000<br>DELUXE COVERAGE | $1,428,400<br>DELUXE COVERAGE |
| | EXTENDED<br>REPLACEMENT COST | REPLACEMENT COST |

The base deductible for each occurrence is $10,000. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

For Florida locations, special deductibles only include the vacant house deductible, hurricane deductible, and earthquake deductible.

© Chubb.2016. All rights reserved. Form no. Q0802000

*Reference Copy*

*Coverage Summary Renewal*

**Page** 2
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
       LISA SOUTH

---

## Homes and Contents
(Continued)

**Renewal value adjustment factor for Florida residences**
The amounts of coverage for each residence located in Florida has been increased on this renewal policy to reflect current material and labor costs for residential construction and the costs to replace personal property. For houses, a factor of 5.5% was applied to the amount of coverage for your house and related coverages.


## Additional coverages or conditions

### Hurricane deductible
In lieu of the base deductible, for the calendar year a special **2% hurricane deductible** applies to your house, contents and extra coverages at
4312 DOWN POINT LN, WINDERMERE, FL
for each occurrence caused by, contributed to, made worse by, or in any way resulting from wind, wind gusts, hail, rain, tornadoes, or cyclones caused by or resulting from a hurricane. "Hurricane" means a storm declared by the National Hurricane Center of the National Weather Service which:
- begins with the issuance of the first public advisory of a Hurricane Watch or Warning by the National Hurricane Center for any part of the state of Florida;
- continues as long as hurricane conditions exist in any part of the state of Florida; and
- ends 72 hours after the National Hurricane Center discontinues the last Hurricane Watch or Warning for any part of the state of Florida.

The dollar amount of this special **hurricane deductible** is equal to **2%** of the amount of coverage for the house at this location as shown in the Coverage Summary at the time of a covered loss. Therefore, the dollar amount of the special **2% hurricane deductible** for this location is **$71,420.** This is the amount of the special hurricane deductible that applies to the first covered loss caused by or resulting from a single hurricane of a calendar year. For covered hurricane losses from the second and subsequent hurricanes occurring in the same calendar year, the dollar amount of the special hurricane deductible is reduced by all hurricane deductible amounts applied toward prior covered hurricane losses during the same calendar year.

If the dollar amount of the base deductible is greater than the dollar amount of the remaining special hurricane deductible, the base deductible applies in lieu of the remaining special hurricane deductible. This base deductible will not be waived for covered losses of more than $50,000 caused by or resulting from a hurricane.

If you have covered hurricane losses for this location in a calendar year under more than one policy issued by us or a direct or indirect subsidiary of the Chubb Corporation, your special hurricane deductible will be equal to the greatest dollar amount of any special hurricane deductible in any one of the policies for this location. Therefore, if the dollar amount of the special hurricane deductible on this policy is less than the dollar amount of the special hurricane deductible on a prior policy and you had a covered hurricane loss on a prior policy, this lesser special hurricane deductible will not apply to covered hurricane losses until the next calendar year.

© Chubb.2016.  All rights reserved.    Form no.  Q0802000

*Reference Copy*

*Coverage Summary
Renewal*



**Page** 3
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
      LISA SOUTH

---

## *Homes and Contents*
(Continued)
**Mold remediation expenses**
You have $50,000 for each occurrence for mold remediation expenses for your residence at
4312 DOWN POINT LN, WINDERMERE, FL.
This amount of coverage does not increase the amount of coverage for your house, other permanent
structures or contents (if coverage is provided under this policy). The most we will pay for the sum of all mold
remediation expenses, regardless of the number of covered losses that occur during the policy period, is
$50,000.

**Other permanent structures**
You have up to  $1,785,500 of Other permanent structures coverage for your residence at
4312 DOWN POINT LN, WINDERMERE, FL.

**Florida required notice**
For Florida locations, the following notice is required by the state of Florida. Note that your policy includes
coverage for Rebuilding to code (law and ordinance).

# *LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.*

# *FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE . YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.*

*Reference  Copy*

*Coverage Summary*
*Renewal*

**Page** 4
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
LISA SOUTH

---

### Homes and Contents
(Continued)

## FLORIDA SINKHOLE LOSS APPLICABLE TO HOUSES: "YOURPOLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM." IF YOU HAVE PURCHASED COVERAGE FOR SINKHOLE LOSSES TO YOUR HOUSE, IT IS SHOWN BELOW.

**Sinkhole loss**
You have coverage for sinkhole loss for your residence at
4312 DOWN POINT LN, WINDERMERE, FL.
The coverage provided is explained in detail in the Sinkhole Loss Coverage Update.

---

### Valuable Articles

This policy provides you with coverage against physical loss if your valuable articles are lost, damaged, or destroyed. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

### Blanket coverage

We will pay up to the amount shown in the following chart for each category of valuable articles. However, the most we will pay for any one article is the blanket limit per item shown for that category.

© Chubb.2016.  All rights reserved.    Form no.  Q0802000

*Reference Copy*

**Coverage Summary Renewal**



**Page** 5
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
         LISA SOUTH

## Valuable Articles
(Continued)

### Itemized articles

The amount of coverage for your valuable articles is shown in the following chart. A list of your itemized valuable articles, and the specific coverage amounts, can be found at the end of the Coverage Summary.

| Class | Amount of blanket coverage | Blanket limit per item | Amount of itemized coverage |
|---|---|---|---|
| JEWELRY | $ 50,000 | $ 50,000 | $ 180,812 |
| FINE ARTS | $ 150,000 | $ 50,000 | NO COVERAGE |

**There is no deductible for this coverage.**

## Family Protection ℠ Coverage

Your policy provides you with Family Protection Coverage for hijacking, child abduction, stalking threat, home invasion, air rage, road rage, and cyberbullying occurrences. The kinds of losses that are covered, and any limits that apply, are explained in detail in the policy.

## Equipment Breakdown Coverage

**Enhanced Equipment Breakdown Coverage**
Your policy provides you with Enhanced Equipment Breakdown Coverage for equipment breakdown to your residential equipment at
4312 DOWN POINT LN, WINDERMERE, FL.
Your amount of coverage is $100,000 for this location. The deductible for each occurrence is $500. The kinds of losses that are covered, and any limits that apply, are explained in detail in the policy.

**Reference Copy**

*Coverage Summary*
*Renewal*

**Page** 6
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
        LISA SOUTH

---

## *Liability*

Amount of liability coverage: **$500,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| **Home** | HOUSE AT 4312 DOWN POINT LN WINDERMERE, FL | PERSONAL LIABILITY |
|---|---|---|
| | HOUSE AT 4153 S ATLANTIC AVE #206 NEW SMYRNA BEACH, FL | PERSONAL LIABILITY |

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized  representative

*Reference  Copy*

# *Masterpiece*®

# CHUBB®

**Florida Sinkhole Loss Coverage Update**

**Name and address of Insured**

JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Page** 1
**Effective Date** 12/15/19
**Policy no.** 14866369-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 12/15/19 to 12/15/20

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL  33410
800.940.7744

---

Under Florida  Deluxe House  Coverage, the following is added for the location shown in the Coverage Summary that has coverage for Sinkhole loss:

## Sinkhole loss

**House and other permanent structures.** We cover direct physical damage to your house caused by sinkhole loss. We cover sinkhole loss to other buildings on the grounds of this house only if an amount of coverage greater than zero is shown in your Coverage Summary for Other permanent structures.
We also cover the costs to:
• stabilize the land under and around the damaged covered building;
• stabilize the damaged covered building; and
• repair the foundation of the damaged covered building,
caused by sinkhole loss in accordance with the recommendations of a professional engineer approved by us and in consultation with you.

For each occurrence caused by sinkhole loss, if the covered loss is to the house, we will pay up to the amount of coverage for the house at which the loss occurs; if the covered loss is to an other permanent structure, we will pay up to the amount of coverage for other permanent structures. However, if the repair of the covered loss has begun and the professional engineer determines that the repair costs will exceed the amount of coverage for your house or other permanent structure, our payment will be the lesser of:
• the amount to complete the repairs as recommended by the professional engineer; or
• the amount of coverage for your house or other permanent structures, without reduction for the repair costs already incurred.
The amount of coverage for the damaged covered building will not be increased due to the application of extended replacement cost payment basis.

We may limit our payment for an occurrence to the actual cash value of the sinkhole loss, which does not include underpinning or grouting or any other repair technique performed below the existing foundation of the building, until you enter into a contract for the performance of building stabilization or foundation repairs recommended by a professional engineer approved by us within 90 days after we notify you that you have coverage for your claim of sinkhole loss. This time period is tolled if either party invokes the neutral evaluation process, and begins again 10 days after the conclusion of the neutral evaluation process.

*Reference Copy*

*Florida Sinkhole Loss Coverage Update*

**Page** 2
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
LISA SOUTH

The stabilization and all other repairs to the structure and contents must be completed within 12 months after entering into the contract for repairs unless:
• there is a mutual agreement between you and us;
• your claim is involved with the neutral evaluation process;
• your claim is in litigation; or
• your claim is under appraisal or mediation.

We will not make any additional payment for sinkhole loss under the Extra Coverage, Land.

A covered loss will not be paid under both Catastrophic ground cover collapse and Sinkhole loss.

**Contents.** If an amount of coverage for contents is shown in the Coverage Summary for the house with coverage for Sinkhole loss, this coverage applies to loss to contents in the covered building if there is structural damage to the covered building, including the foundation, caused by sinkhole loss.

For each occurrence caused by sinkhole loss we will pay up to the amount of coverage for contents at this location at which the loss occurs.

**Definitions.** The following are defined terms for Sinkhole loss.

"Sinkhole loss" means structural damage to the covered building, including the foundation, caused by sinkhole activity.

"Sinkhole activity" means settlement or systematic weakening of the earth supporting the covered building only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

"Sinkhole" means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by ground water. A sinkhole forms by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:
• interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;
• foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

© Chubb 2016 All rights reserved.      Form no. Q0801600.01  07/01/19

*Reference Copy*



**Page** 3
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
LISA SOUTH

- damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;
- damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or
- damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

"Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

"Primary structural system" means an assemblage of primary structural members.

"Professional engineer" means a person who has a bachelor's degree or higher in engineering. A professional engineer must also have experience and expertise in the identification of sinkhole activity or other potential causes of structural damage.

"Professional geologist" means a person who has a bachelor's degree or higher in geology or related earth science and experience and expertise in the identification of sinkhole activity as well as other potential geologic causes of structural damage.

### Conditions
The following conditions are applicable to Sinkhole Loss Coverage and are in addition to the General Conditions, Property Conditions, and Special Conditions described under Policy Terms.

**Your duties after a loss.** At your own expense, you must file with your county clerk a copy of any sinkhole report regarding your covered property which was prepared on your behalf or at your request.

**Notice of claim for sinkhole loss.** Notice of any claim, including, but not limited to, initial, supplemental, and reopened claims under this coverage for sinkhole loss must be given to us within 2 years after you knew or reasonably should have known about the sinkhole loss.

**Rebate prohibited.** You may not accept a rebate from any person performing sinkhole loss repairs. If you receive a rebate, coverage is void and you must refund the amount of the rebate to us. Any person making sinkhole loss repairs who offers a rebate commits insurance fraud punishable as a third degree felony. "Rebate" means any remuneration, payment, gift, discount, or transfer of any item of value to you by or on behalf of a person performing the repairs as an incentive or inducement to obtain repairs performed by that person.

**You may request a neutral evaluation.** If we have denied your sinkhole claim, and you believe the loss to your covered property was caused by sinkhole activity, you may request information regarding the neutral evaluation program for disputed sinkhole claims. We will provide you with a consumer information pamphlet about the neutral evaluation program prepared by the state of Florida. We may also make a request to participate in the neutral evaluation program.

© Chubb 2016 All rights reserved.     Form no.  Q0801600.01  07/01/19

*Reference Copy*

*Florida Sinkhole Loss Coverage Update*

**Page** 4
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
LISA SOUTH

Your request for neutral evaluation tolls the time in which you may file suit against us for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is greater. The neutral evaluation process is in lieu of the appraisal process described in Policy Terms under Special Conditions.

**If we deny your claim without prior sinkhole testing.** If we have denied your sinkhole claim without performing testing to determine a sinkhole loss by a professional engineer or professional geologist, you may demand, in writing, that we test for sinkhole loss within 60 days after your receipt of our denial of your claim. You must pay 50% of the actual costs of the analyses and services or $2,500, whichever is less. If the professional engineer or professional geologist provides written certification that there was a sinkhole loss, we will reimburse you for your testing costs.

If we receive written certification that there is no sinkhole loss or that the cause of the damage was not sinkhole activity, and you submitted the sinkhole claim without good faith grounds for submitting such claim, you shall reimburse us for 50 percent of the actual costs of the analyses and services provided. However, you are not required to reimburse us more than $2,500 with respect to any claim. You are required to pay reimbursement only if you requested the analysis and services, and we:
• informed you in writing of your potential liability for reimbursement; and
• gave you the opportunity to withdraw your sinkhole claim,
before ordering sinkhole analysis.

This Sinkhole Loss Coverage Update is part of your policy. Unless stated otherwise in this update, all other terms and conditions of your policy remain unchanged.

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized representative

© Chubb 2016 All rights reserved.     Form no.  Q0801600.01  07/01/19

*Reference Copy*

# *Masterpiece*®

### CHUBB

**Itemized Articles**

| | |
|---|---|
| **Name and address of insured** | **Page** 1 |
| | **Effective date** 12/15/19 |
| JEFFREY TODD SOUTH | **Policy no.** 14866369-01 |
| LISA SOUTH | **Issued by** Federal Insurance Company |
| 4312 DOWN POINT LN | a stock insurance company |
| WINDERMERE, FL 34786 | incorporated in Indiana |
| | **Policy period** 12/15/19 to 12/15/20 |

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL 33410
800.940.7744

| Class | No. | Description | | Value |
|---|---|---|---|---|
| **Jewelry** | 1 | ONE RADIANT CUT DIAMOND SET ON A PLATINUM RING WITH TRAPEZIOD CUT DIAMONDS. CENTER DIAMOND IS RADIANT CUT FANCY YELLOW, 4.29CTS, VVS2 CLARITY | $ | 140,252 |
| | 2 | WOMAN'S ROLEX - 36 STAINLESS AND GOLD WITH A DIAMOND BEZEL AND MOTHER OF PEARL WITH DIAMOND FACE | $ | 24,960 |
| | 3 | 18K WHITE GOLD RING SET WITH 105 DIAMONDS, COLOR G CLARITY | $ | 15,600 |

© Chubb.2016. All rights reserved. Form no. Q1200000

*Reference Copy*

# *Masterpiece*®

**Additional Interests Summary**

# CHUBB

**Name and address of Insured**

JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL 34786

**Page** 1
**Effective date** 12/15/19
**Policy no.** 14866369-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 12/15/19 to 12/15/20

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL  33410
800.940.7744

This summary lists the Additional Interests you have requested to be shown on your policy. We notify each Additional Interest separately. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

## *Mortgagee*

This section shows the Mortgagee(s) for your home(s) shown below.

| Address | Mortgagee |
| --- | --- |
| HOUSE AT<br>4312 DOWN POINT LN<br>WINDERMERE, FL | IBERIA BANK<br>PO BOX 12440<br>NEW IBERIA, LA  70562 |

© Chubb.2016.  All rights reserved.    Form no.  Q6010000

*Reference Copy*

# *Masterpiece*®

**CHUBB**®

**Rate Sheet**

| | |
|---|---|
| **Name and address of Insured** | **Page** 1 |
| | **Effective Date** 12/15/19 |
| JEFFREY TODD SOUTH | **Policy no.** 14866369-01 |
| LISA SOUTH | **Issued by** Federal Insurance Company |
| 4312 DOWN POINT LN | **Inception date** 12/15/19 |
| WINDERMERE, FL 34786 | **Subproducer number** 999 |

## Home and Contents

| | | Location no.1 | Location no.2 |
|---|---|---|---|
| **Basic premium** | Coverage | DELUXE HOUSE $3,571,000 | |
| | | DELUXE CONTENTS $1,428,400 | |
| | | PERSONAL LIABILITY $500,000 | PERSONAL LIABILITY $500,000 |
| | | FAMILY PROTECTION | |
| | Deductible | $10,000 2% HURR | |
| | Territory | 005 | |
| | Total additions and alterations coverage | | |
| | Total other structures coverage | $1,785,500 | |
| | Burglar alarm | YES | |
| | Fire station within 5 miles | YES | |
| | Fire hydrant 1000 feet | YES | |
| | Fire alarm | YES | |
| | ACV credit | 0% | 0% |
| | Residential sprinkler system discount | 0% | |
| | Fire resistive discount | 0% | 0% |
| | **Basic premium** | **$28115** | **$0** |
| **Percent adjustments** | *Building code effectiveness grading (BCEGS) | -5.0% | |
| | Windstorm loss reduction credit | -78.0% | 0% |
| | Portfolio discount home with valuable articles | -10.0% | |

© Chubb.2016. All rights reserved.   Form no. Q1600000   (R/W-NL)

**Reference Copy**

*Rate Sheet*

**Page** 2
**Effective Date** 12/15/19
**Policy no.** 14866369-01
**Name** JEFFREY TODD SOUTH
LISA SOUTH

---

## *Home and Contents*
(Continued)

|  |  | Location no.1 | Location no.2 |
|---|---|---|---|
| **Net percent adjustment** |  | -49.1% | 0.0% |
| **Adjusted basic premium** |  | $14318 | $0 |
| **Sinkhole premium** |  | +$57 |  |

*The BCEGS program rate adjustment credit range is 0% - 11%. If your community does not participate in this program, a 1% surcharge applies.

**For a Florida location the individual credits under percent adjustments do not apply to the total basic premium.

| **Dollar adjustments** | Liability surcharge | +$129 | +$40 |
|---|---|---|---|
|  | Family protection surcharge | +$85 | $0 |
|  | Mold remediation surcharge | +$110 | $0 |
|  | Equipment Breakdown surcharge | +$374 |  |
|  | **Net dollar adjustment** | **+$698** | **+$40** |
|  | **Adjusted premium** | **$15016** | **$40** |
| **Hurricane premium disclosure** | Total premium allocated to hurricane coverage | +$2740 |  |
| **State assessment** |  | **+$2.00** | **$.00** |
| **Home and contents premium** |  | **+$15018.00** | **+$40.00** |

For Florida there is a maximum credit applicable for Windstorm loss reduction and Building code effectiveness grading.

© Chubb.2016.  All rights reserved.    Form no.  Q1600000    (R/W-NL)

*Reference Copy*

# *Masterpiece*®

## CHUBB®

**Table of Contents**

**Name and address of insured**

JEFFREY TODD SOUTH
LISA SOUTH
4312 DOWN POINT LN
WINDERMERE, FL  34786

**Effective date**  12/15/19
**Policy no.**  14866369-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in  Indiana
**Policy period**  12/15/19  to  12/15/20

**If you have any questions, please contact**
MARSH & MCLENNAN AGENCY LLC (CELEDINAS)
4400 PGA BLVD #1000
PALM BEACH GARDENS, FL   33410
800.940.7744

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## *Contents*

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 07/19 | FLA | B-1 |
| Deluxe Contents Coverage | 07/19 | FLA | C-1 |
| Valuable Articles Coverage | 09/17 | FLA | N-1 |
| Family Protection℠  Coverage | 09/17 | FLA | R-1 |
| Enhanced Equipment Breakdown Coverage | 05/18 | FLA | S1-1 |
| Personal Liability Coverage | 07/19 | FLA | T-1 |
| Policy Terms | 02/19 | FLA | Y-1 |
| Policy Information Notice | 02/19 | FLA | |

*Reference Copy*



# *Masterpiece*®

## Introduction

**CHUBB**®

This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## *Agreement*

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## *Definitions*

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

For your Florida coverages, the following definition of **Spouse** is added:
**Spouse** means a partner in marriage or a partner in a civil union recognized under federal, state or local law.

**We** and **us** mean the insurance company named in the Coverage Summary.

For your Florida coverages, the following definition of **Family member** is added:
**Family member** means your relative who lives with you, a ward in your care who lives with you, or any other person under 25 in your care or your relative's care who lives with you, including a student who is temporarily away at school who is a resident of your household.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.

© Chubb.2016.  All rights reserved.  Form no. 0200000

*Reference Copy*



*Masterpiece®*

**Deluxe House Coverage**

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your house unless stated otherwise or an exclusion applies.

"House" means the main one-family or two-family dwelling at each Florida location with Deluxe House Coverage shown in the Coverage Summary.

## *Payment for a Loss*

### Amount of coverage
The amount of coverage for each house for each occurrence is shown in the Coverage Summary.

To help you and us agree on the appropriate amount of coverage, we may, but are not obligated to, conduct appraisals of your house and other permanent structures and also make periodic adjustments to the amount of coverage. It is your duty to advise us of additions, alterations or renovations to your house or other permanent structures at the beginning of, throughout, and at the completion of construction so that the amount of coverage for your house or other permanent structures can be adjusted to maintain an appropriate amount of coverage based on the construction cost information you provide.

At the time of a covered loss, the amount of coverage for your house will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

### Deductibles
A deductible is that amount we will subtract from the amount of a covered loss in determining the amount we will pay. Either the base deductible listed in the Coverage Summary or one or more of the special deductibles applies to each occurrence, unless stated otherwise.

**Vacant house deductible.** In lieu of the base deductible, a 5% vacant house special deductible applies to each occurrence if your house has been substantially empty of furnishings and contents for more than 30 consecutive days at the time of a covered loss, and you did not notify us it would be vacant. This deductible applies to your house, contents and extra coverages. The dollar amount of this deductible is equal to 5% of the amount of coverage for the house as shown in the Coverage Summary at the time of a covered loss. If your house coverage amount is increased because of extended replacement cost, the deductible will be based on the increased amount. However, if the dollar amount of the base deductible is greater than the dollar amount of the vacant house deductible, the dollar amount of the vacant house deductible is increased to the dollar amount of the base deductible.

### Payment basis
Your Coverage Summary indicates the payment basis for each house.

"Reconstruction cost" means the lesser of the amount required at the time of loss to repair, replace, or rebuild, at the same location, your house or any other permanent structure, using like design, and materials and workmanship of comparable kind and quality.

"Reconstruction cost" does not include deduction for depreciation or any amount required for:
• the excavation, replacement or stabilization of land under or around your house or any other permanent structure;

© Chubb.2016. All rights reserved. Form no. 0800009 .04
8/22/19 11:22:08
*Reference Copy*

*Deluxe House Coverage*

---

## Payment for a Loss
(continued)

- conforming to any law or ordinance that regulates the repair, replacement, rebuilding, or demolition of your house or any other permanent structure; or
- removing the debris of a covered loss or the property that caused a covered loss.

**Extended replacement cost.** If the payment basis is extended replacement cost, we will pay the reconstruction cost. If the reconstruction cost of your house exceeds the amount of coverage for your house as shown in your Coverage Summary, we will pay up to 50% more than this amount of coverage, if necessary, for the reconstruction cost. If the reconstruction cost of other permanent structures exceeds the amount of coverage for other permanent structures as shown in your Coverage Summary, we will pay up to 50% more than this amount of coverage, if necessary, for the reconstruction cost.

Extended replacement cost is provided on the condition that you maintain at least the amount of coverage for your house and other permanent structures as previously agreed to, including any adjustments by us based on appraisals, revaluations and annual adjustments for inflation.

This payment basis is subject to the following limitations. If at any time during any policy period of this coverage we are not notified that:
- you are newly constructing your house or an other permanent structure; or
- you are constructing additions, alterations, or renovations to your house or an other permanent structure which will equal or exceed the lesser of 10% of the amount of coverage for the house as shown in the Coverage Summary at the time of a covered loss or $500,000,

your payment basis for your house or that other permanent structure will be verified replacement cost. Verified replacement cost will remain your payment basis until construction is completed.
**Your duty:** It is your duty to notify your agent or broker at the beginning of, throughout, and at the completion of construction so that the amount of coverage for your house or other permanent structures can be adjusted to maintain an appropriate amount of coverage based on the construction cost information you provide. This is to reduce the possibility of being underinsured.

**Verified replacement cost.** If the payment basis is verified replacement cost, we will pay the reconstruction cost of:
- your house up to the amount of coverage shown in the Coverage Summary; and
- other permanent structures up to the amount of coverage for other permanent structures, whether or not you actually repair, replace, or rebuild.

Verified replacement cost is provided on the condition that you maintain at least 90% of the full amount of coverage we recommend for your house, including any adjustments by us based on appraisals, revaluations and annual adjustments for inflation.

**The following payment basis option includes deduction for depreciation:**

**Conditional replacement cost.** If the payment basis is conditional replacement cost, our payment will be the greater of the following:
- the reconstruction cost less depreciation; or
- the proportion of the covered loss to your house or other permanent structure determined by dividing the amount of coverage for your house as shown in the Coverage Summary by 80% of the amount required to rebuild your entire house.

---

© Chubb.2016.  All rights reserved.  Form no. 0800009  .04                    8/22/19  11:22:08

*Reference Copy*

*Deluxe House Coverage*



---

## *Payment for a Loss*
(continued)

However, our payment will not exceed the lesser of:
- the reconstruction cost; or
- the amount of coverage for your house as shown in the Coverage Summary or the amount of coverage for other permanent structures.

---

## *Deluxe House Coverage*

In Deluxe House Coverage, a "covered loss" includes **all risk** of physical loss to your house or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

In lieu of the definition for "business" in the Introduction, the following definition of "business" applies:
"Business" means any employment, trade, occupation, profession, or farm operation including the raising or care of animals or any activity intended to realize a benefit or financial gain engaged in on a full-time, part-time or occasional basis.

---

## *Extra Coverages*

In addition to covering the physical loss to your house, we also provide other related coverages. These coverages are in addition to the amount of coverage for your house unless stated otherwise or an exclusion applies. All deductibles apply to Extra Coverages unless stated otherwise. Exclusions to these coverages are described in **Exclusions**.

Extra Coverages only apply to other permanent structures on the grounds of your house if an amount of coverage greater than zero is shown in the Coverage Summary for such other permanent structures.

### Other permanent structures
This coverage is in effect only if an amount of coverage greater than zero is shown in the Coverage Summary for your Other permanent structures.

We cover other permanent structures on the grounds of your house. For each occurrence, we will pay up to the amount of coverage shown in the Coverage Summary for "other permanent structures" at this location. The same payment basis applies to other permanent structures as to the house itself unless stated otherwise in the Coverage Summary.

### Homeowner assessments
We cover your share of an assessment charged against you during the policy period by your homeowners association. But the assessment must be a result of a loss that would be covered under:
- this policy to property owned collectively by all homeowners; or

---

© Chubb.2016  All rights reserved. Form no. 0800009 .04
8/22/19 11:22:08
*Reference Copy*

*Deluxe House Coverage*

---

## *Extra Coverages*
(continued)

- personal liability coverage if personal liability coverage is shown in the Coverage Summary or under any other personal insurance policy issued by a direct or indirect subsidiary of Chubb Limited providing you with personal liability coverage.

We will not pay homeowner assessments resulting from loss caused by earthquake even if earthquake coverage is shown in your Coverage Summary for that location. But we insure homeowner assessments resulting from an ensuing covered loss due to fire, explosion, theft or glass breakage unless an exclusion applies. We do cover your share of an assessment of a loss caused by catastrophic ground cover collapse, or sinkhole if Sinkhole loss is shown on your Coverage Summary for this location.

We will pay a maximum of $50,000 for all assessments from any one loss. But we will not pay more than $5,000 for assessments that result from a deductible in your homeowners association's insurance.

However, if the loss occurred prior to the effective date of the policy period in which the assessment was charged and the house at the time of the loss was not listed on this or any other policy issued by a direct or indirect subsidiary of Chubb Limited, we will pay a maximum of $2,000 for all assessments for that loss.

In the Policy Terms, General Conditions, Policy period, the following condition does not apply to Homeowner assessments: All coverages on this policy apply only to occurrences that take place while this policy is in effect.

There is no deductible for this coverage.

### Additional living expenses

As described below, under certain conditions when your house or other permanent structure is uninhabitable because of a covered loss to your house or other permanent structure or, if applicable, its contents, we provide coverage for additional living expenses which consists of extra living expenses, loss of fair rental value and forced evacuation expenses. The maximum amount we will pay for all additional living expenses combined for each occurrence is 30% of the amount of house coverage as shown in your Coverage Summary for the location at which the loss occurs. The amount of coverage for additional living expenses will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy. There is no deductible for this coverage.

"Contents" means personal property you, a family member, or a domestic employee owns or possesses covered by us.

**Extra living expenses.** If a covered loss makes your house or other permanent structure uninhabitable, we cover the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living, including the boarding of domestic animals not primarily owned or kept for business use. We will pay for the boarding of your domestic animals displaced from an other permanent structure even when you have not been displaced by the covered loss.

*Reference Copy*



***Deluxe House Coverage***

CHUBB®

---

## *Extra Coverages*
(continued)

We cover these increases to your normal living expenses for a period of time commencing with the date of loss. If the house is not your primary residence, we cover these increases to your normal living expenses only for the periods of time that you had planned to use, or customarily use, the house. Extra living expenses will end with the earliest of the following:
- the reasonable amount of time required to return your house or other permanent structure to a habitable state;
- the shortest amount of time required to settle elsewhere if you or members of your household permanently relocate;
- the reasonable amount of time required to restore the house or other permanent structure to the condition it was in prior to the covered loss if you are newly constructing your house or other permanent structure or constructing additions, alterations, or renovations to your house or other permanent structure at the time of a covered loss, but we will only cover the increase in your normal living expenses incurred by you; or
- up to two years from the date of loss, or a later date if agreed to by us.

This period of time is not limited by the expiration of this policy.

**Fair rental value.** If a covered loss makes a part of your house or other permanent structure which you usually rent to others uninhabitable, we cover its fair rental value during the period of time it is usually rented for the reasonable amount of time required to return it to a habitable state. We will cover the fair rental value for a period of time commencing with the date of loss and ending with the earliest of the following:
- the reasonable amount of time required to return your house or other permanent structure to a habitable state; or
- up to two years from the date of loss, or a later date if agreed to by us.

This period of time is not limited by the expiration of this policy.

**Forced evacuation expenses.** If your house or other permanent structure cannot be lived in because a civil authority prohibits you from using it, we cover the reasonable increase in your normal living expenses incurred by you that is necessary to maintain your household's usual standard of living, including the boarding of domestic animals not primarily owned or kept for business use. We also cover any loss in fair rental value if your house or other permanent structure is usually held for rental, but we do not cover any loss of rents due to cancellation of a lease or agreement. The prohibition must be a direct result of a loss to neighboring premises that would be caused by a peril covered under this policy. We cover these forced evacuation expenses for up to 30 consecutive days, even if the policy period ends during that time.

## Land
Whenever there is a covered loss to your house or other permanent structure and the related repair, replacement or rebuilding requires excavation, replacement or stabilization of land under or around your house or other permanent structure, we will pay the necessary cost for the excavation, replacement, or stabilization of the land. The amount of coverage is 10% of the amount of the covered loss to your house or other permanent structure, but not less than $10,000.

---

© Chubb.2016  All rights reserved. Form no. 0800009 .04

*Reference Copy*

8/22/19 11:22:08

*Deluxe House Coverage*

---

## *Extra Coverages*
(continued)

### Landscaping
We cover trees, shrubs, plants, and lawns, which are on the grounds of your house and other permanent structures, against certain kinds of perils. These are fire, lightning, explosion, civil disturbance, vandalism, malicious mischief, theft, and loss caused by a vehicle or aircraft.

We will pay up to a total of 5% of the amount of coverage shown in the Coverage Summary for the house at which the loss occurs, but not more than $10,000 for any one tree, shrub, or plant installed or maintained as part of your landscaping.

This extra coverage does not apply to brush, woodlands, forests, grasslands, wetlands or mangroves. We also do not cover vineyards, sod farms, tree farms, orchards, and crops grown or used primarily for business purposes.

This extra coverage applies only if you begin to repair or replace the lost or damaged property.

### Tree removal
Unless covered elsewhere under this policy, we will pay the reasonable expenses you incur up to a total of $1,000 for each occurrence to remove trees fallen due to wind, hail, sleet or the weight of ice or snow. These payments apply only to fallen trees at a location shown in the Coverage Summary.

### Fire or police department charges
If a fire or police department is called to protect your house or its grounds against a covered loss, we will pay up to $1,000 for any charges imposed by law or assumed by written agreement. There is no deductible for this coverage.

### Lock replacement
If the keys or remote unlocking devices to your house, or to the garage door or electronic gate which you own, are lost or stolen, we will pay the cost to re-key or replace the locks or remote unlocking devices, up to $2,000. There is no deductible for this coverage.

### Debris removal
We cover the reasonable expenses you incur to remove debris of a covered loss and of the property that caused a covered loss. We will pay up to 30% of the amount of coverage for your house at this location as shown in your Coverage Summary. The amount of coverage for debris removal will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy.

### Temporary precautionary repairs
After a covered loss, we cover the reasonable expenses you incur for necessary temporary precautionary repairs made solely to protect your house or other permanent structure against further covered damage. These payments do not increase the amount of coverage for your house or other permanent structures.

---

© Chubb.2016  All rights reserved. Form no. 0800009 .04
8/22/19  11:22:08
*Reference Copy*

*Deluxe House Coverage*



---

## *Extra Coverages*
(continued)

### Construction materials
We cover the materials and supplies owned by you on the grounds of your house for use in the construction, alteration, and repair of your house or other permanent structures. These payments apply only to a covered loss, and they do not increase the amount of coverage for your house or other permanent structures.

### Rebuilding to code
After a covered loss to covered property, we cover the costs you incur to conform to any law or ordinance that regulates the repair, replacement, rebuilding, or demolition of your house or other permanent structure made necessary by the covered loss, including removal of any resulting debris. This coverage does not apply unless you repair, replace, or rebuild your house or other permanent structure at a location in the state of Florida.

If the loss is to your house, we will pay up to 50% of the amount of coverage for the house as shown in your Coverage Summary if you rebuild your house at the location where the covered loss occurred. If the loss is to an other permanent structure at the location of your house, we will pay up to 50% of the amount of coverage for other permanent structures if you rebuild that structure at the location where the covered loss occurred.

However, if you rebuild in Florida but at a location other than where the covered loss occurred, we will pay the least of:
- the amount of coverage for rebuilding to code for the location where the covered loss occurred;
- the amount of the costs you would have incurred to conform to any law or ordinance regulating the repair, replacement, rebuilding, or demolition of your house or other permanent structure at the location where the covered loss occurred, including removal of any resulting debris; or
- the amount of the costs you incur to conform to any law or ordinance regulating the replacement of your house or other permanent structure at a Florida location other than where the covered loss occurred.

The amount of coverage for rebuilding to code will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy.

### Water detection expense
We will reimburse you up to $5,000 for the reasonable cost and installation of a water leak detection and control system following a covered water damage loss to your house shown in the Coverage Summary, to its other permanent structures, or to other property in these structures covered under this policy. This extra coverage applies only if:
- the amount of the covered water damage loss to covered property is $10,000 or more prior to the application of any applicable deductible;
- the covered water damage loss is caused by a leak or break in a plumbing, heating, or air conditioning system; and
- the installation of a water leak detection and control system was the first time such a system was installed in your house or other permanent structures, which had the covered water damage loss. These payments do not increase the amount of coverage for your house or other permanent structures.

© Chubb.2016  All rights reserved. Form no. 0800009 .04
8/22/19 11:22:08
*Reference Copy*

*Deluxe House Coverage*

## *Extra Coverages*
(continued)

"Water leak detection and control system" means a system in your house or its other permanent structures that monitors:
- areas containing plumbing devices, appliances, and other outlets for a water leak and if detected, closes the main water supply line; or
- unusual water flow patterns or unexpected interior water overflow and if detected, closes the main water supply line.

There is no deductible for this expense.

### Generator installation expense
We will reimburse you for the reasonable cost of labor you incurred, up to $2,500, to install a "generator system" following a covered water damage loss to your house shown in the Coverage Summary, to its other permanent structures, or to other property in these structures covered under this policy. This extra coverage applies only if:
- the amount of the covered water damage loss to covered property is $10,000 or more prior to the application of any applicable deductible; and
- the covered water damage loss is caused by frozen pipes or failure of sump pumps due to loss of electrical power.
These payments do not increase the amount of coverage for your house or other permanent structures.

"Generator system" means a generator that can automatically supply backup electricity to maintain operation to critical loads such as a sump pump, heating system, refrigerator or a freezer, and alarms or residential fire sprinkler system, if applicable, for your house or other permanent structures when there is a loss of electrical power.

There is no deductible for this expense.

### Mine subsidence
We cover your covered property against direct loss caused by mine subsidence.

For each occurrence caused by mine subsidence, we will pay up to the amount of coverage for the house at which the loss occurs or the amount of coverage for the other permanent structure. The amount of coverage for mine subsidence will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy.

"Mine subsidence" means loss caused by lateral or vertical movement of a man-made underground mine or underground mine related excavations including any resulting collapse of your house or other permanent structures on the grounds of your house, including but not limited to coal, clay, limestone, and fluorspar mines. Mine subsidence does not mean loss caused by collapse of storm and sewer drains, and rapid transit tunnels.

© Chubb.2016  All rights reserved. Form no. 0800009 .04
8/22/19  11:22:08
*Reference Copy*

*Deluxe House
Coverage*



---

## *Extra Coverages*
(continued)

### Catastrophic ground cover collapse

We cover loss to your house caused by catastrophic ground cover collapse. We cover loss to other buildings on the grounds of this house caused by catastrophic ground cover collapse only if an amount of coverage greater than zero is shown in your Coverage Summary for Other permanent structures. Damage consisting merely of the settling or cracking of a foundation, structure, or building does not constitute a loss resulting from catastrophic ground cover collapse.

The amount of coverage for catastrophic ground cover collapse will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis. These payments do not increase the amount of coverage for your house or other permanent structures.

"Catastrophic ground cover collapse" means geological activity that results in all of the following:
- the abrupt collapse of ground cover;
- a depression in the ground cover clearly visible to the naked eye;
- structural damage to the covered building, including the foundation; and
- the damaged building being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that building.

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:
- Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;
- Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;
- Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;
- Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or
- Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

"Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

"Primary structural system" means an assemblage of primary structural members.

---

© Chubb.2016  All rights reserved. Form no. 0800009 .04

8/22/19  11:22:08

*Reference Copy*

*Deluxe House Coverage*

---

## Extra Coverages

(continued)

A covered loss will not be paid under both Catastrophic ground cover collapse and Sinkhole loss, if Sinkhole loss is shown in the Coverage Summary for the house at which the loss occurs.

### Mold remediation expenses

We provide coverage for mold remediation expenses you incur, made necessary by a covered loss to your house shown in the Coverage Summary, or its other permanent structures, or by a covered loss to your contents anywhere in the world if contents coverage is shown in the Coverage Summary for this location. Included in the amount of coverage for mold remediation expenses is temporary relocation expenses, if your house is uninhabitable. We will pay up to the amount of coverage shown in the Coverage Summary for mold remediation expenses at this location for each occurrence. The most we will pay for the sum of all mold remediation expenses, regardless of the number of covered losses that occur during the policy period, is also shown in the Coverage Summary. These payments do not increase the amount of coverage for your house, other permanent structures, or contents.

"Mold remediation" means the reasonable and necessary costs not otherwise covered for:
- testing the indoor air quality of your house or other permanent structure for mold;
- testing the surfaces and materials of your house, other permanent structure or contents for mold;
- developing a mold remediation plan; and
- implementing that mold remediation plan including the clean up, removal, containment, treatment, or disposal of mold.

"Mold remediation" also means the reasonable and necessary costs, including the increased cost, not otherwise covered for:
- removing debris solely due to mold;
- repairing or replacing covered property damaged or removed solely due to mold; and
- tearing out and replacing any part of the building or other covered property as needed to gain access to the mold.

"Temporary relocation expenses" means:
- the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living for the shortest period of time necessary to restore your house to a habitable condition; and
- the fair rental value of that part of your house rented or held for rental, during the period of time it is usually rented, for the shortest period of time necessary to restore your house to a habitable condition.

"Contents" means personal property you or a family member owns or possesses covered by us.

"Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

We will not make any additional payments for mold remediation expenses or temporary relocation expenses under any other Extra Coverage.

---

© Chubb.2016  All rights reserved. Form no. 0800009 .04

8/22/19  11:22:08

*Reference Copy*

***Deluxe House
Coverage***



---

## *Extra Coverages*
(continued)

### Wildfire defense

As described below, under certain conditions, we provide wildfire defense against the threat of wildfire which consists of wildfire defense coverage and wildfire defense service. There is no deductible for either the coverage or the service. In addition, exclusions, which are described in **Exclusions,** do not apply to either the coverage or the service.

**Wildfire defense coverage.** We cover the reasonable expenses you incur, up to $5,000, to defend your house, other permanent structures and other combustible property, including landscaping and brush, against the threat of wildfire when:
• a wildfire is within three miles of your residence; or
• a civil authority initiates an evacuation order as a result of an approaching wildfire.
  This coverage does not apply to charges levied or assessed by a local fire department or a municipality.

**Wildfire defense service.** We will pay for a wildfire defense service that we contracted with to be dispatched to your property to defend your house, other permanent structures and other combustible property, including landscaping and brush, against the threat of wildfire when:
• a wildfire is within three miles of your residence;
• a civil authority initiates an evacuation order as a result of an approaching wildfire; or
• we deem it appropriate to deploy the service.

Included in this service is our cost for expenses associated with coordination and deployment, and the cost to repair your property if damaged by the Chubb Wildfire defense service during deployment or cleanup.

You are enrolled in this Chubb Wildfire defense service if you have submitted to us a Wildfire Defense Service Authorization Form for the location(s) shown in the Coverage Summary you want protected.

---

## *Exclusions*

These exclusions apply to your Deluxe House Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

---

© Chubb.2016  All rights reserved. Form no. 0800009 .04

8/22/19  11:22:08

*Reference Copy*

*Deluxe House
Coverage*

## *Exclusions*
(continued)

**Pollution or contamination.** We do not cover any loss caused by the discharge, dispersal, seepage, migration or release or escape of pollutants. Nor do we cover the cost to extract pollutants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. But we do insure ensuing covered loss unless another exclusion applies. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

**Loss by animals.** We do not cover any loss caused by:
• bats, birds, insects, rodents, mollusks;
• animals owned or kept by you or a family member; or
• nesting or infestation, discharge or release of waste products or secretions by any animals. However, we do cover loss to glass that is part of a building, storm door, or storm window, and ensuing covered loss unless another exclusion applies.

**Structural movement.** We do not cover any loss caused by the settling, cracking, shrinking, bulging, or expansion of bulkheads, pavements, patios, landings, steps, footings, foundations, walls, floors, roofs, or ceilings, or loss to glass that is part of a building, storm door, or storm window, except loss caused by catastrophic ground cover collapse as provided under Extra Coverages. But we do insure ensuing covered loss unless another exclusion applies.

**Special rules for escaping water.** If any of the causes of loss previously described in the exclusions for Gradual or sudden loss, Pollution or contamination, Loss by animals, or Structural movement cause water to escape from within a household appliance, swimming pool, or plumbing, heating, air conditioning, or automatic fire protective sprinkler system, we cover the loss to covered property caused by the water. We provide this coverage unless an exclusion applies other than the exclusions for Gradual or sudden loss, Pollution or contamination, Loss by animals, or Structural movement. This coverage also includes the cost of tearing out and replacing any part of the house or other permanent structure necessary to repair the appliance, swimming pool, or system. We do not cover loss to the appliance, swimming pool, or system itself.

**Freezing water.** We do not cover any loss caused by water freezing in a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or household appliance if the house or other permanent structure is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. But we do insure ensuing covered loss unless another exclusion applies.

"Unoccupied" means the residents of the home have been absent for 30 or more consecutive days.

**Surface water.** We do not cover any loss caused by:
• flood, accumulation of rainwater on the ground, surface water, wave action, including tidal wave and tsunami, tides, tidal water, seiche, overflow of water from a body of water, spray or surge from any of these, even if driven by wind;
• water borne material from any of the above, including when any such waters or water borne material enters and backs up or discharges from or overflows from any sewer or drain, located outside of or on the exterior of a fully enclosed structure, including gutters, rainwater pipes, downspouts, or underground drainage systems;

© Chubb.2016  All  rights  reserved.  Form  no. 0800009  .04                          8/22/19  11:22:08

*Reference Copy*

*Deluxe House Coverage*



---

## *Exclusions*
(continued)

- run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
- escape, overflow, discharge or release, for any reason, of water or water borne material from a canal, dam, reservoir, levee, dike, seawall, or any other boundary or containment.

However, we do insure ensuing covered loss due to fire, explosion, or theft unless another exclusion applies.

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss due to fire, explosion, or theft unless another exclusion applies.

**Damage to outside structures.** We do not cover any loss caused by freezing, thawing, or the pressure or weight of water, ice, or snow, whether driven by wind or not to any:
- fence, arbor, pavement, patio, landing or step;
- septic system, swimming pool or hot tub including their installed equipment;
- footing, foundation, wall, or any other structure or device, that supports all or part of your house or an other permanent structure;
- retaining wall or bulkhead; or
- pier, wharf, dock or bridge.
  However, we do insure ensuing covered loss unless another exclusion applies.

**Dampness or temperature.** We do not cover any loss caused by air dampness, water vapor or temperature extremes. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

**Fungi and mold.** We do not provide coverage for the presence of mold, however caused, or any loss caused by mold, other than as provided under the Extra Coverage, Mold remediation expenses. But we do cover mold resulting from fire or lightning, and ensuing covered loss, unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Confiscation.** We do not cover any loss caused by the confiscation, destruction, or seizure of property by or under the order of any government or public authority. But if the confiscation, destruction or seizure of property was ordered by any government or public authority to prevent the spread of fire, we do provide coverage if the loss caused by fire would be covered under this part of your policy.

**Computer error.** We do not cover any cost to correct a malfunction, error, or deficiency in programming or instructions to a computer or in the computer itself.

**Neglect.** We do not cover any loss caused by your failure to use reasonable means to protect property before, at, or after the time of a loss.

© Chubb.2016  All rights reserved. Form no. 0800009 .04                                          8/22/19  11:22:08

*Reference Copy*

*Deluxe House
Coverage*

---

## Exclusions
(continued)

**Intentional acts.** We do not cover any loss caused intentionally by a person named in the Coverage Summary, that person's spouse, or a family member. We also do not cover any loss caused intentionally by a person directed by a person named in the Coverage Summary, that person's spouse, or a family member. But we do provide coverage for you or a family member who is not directly or indirectly responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Faulty planning, construction or maintenance.** We do not cover any loss caused by the faulty acts, errors or omissions of you or any other person in planning, construction or maintenance. It does not matter whether the faulty acts, errors or omissions take place on or off the insured property. But we do insure ensuing covered loss unless another exclusion applies. "Planning" includes zoning, placing, surveying, designing, compacting, setting specifications, developing property and establishing building codes or construction standards. "Construction" includes materials, workmanship, and parts or equipment used for construction or repair.

**Earthquake.** We do not cover any loss caused by earthquake unless shown in your Coverage Summary for that location. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

**Earth movement.** We do not cover any loss caused by earth movement including volcanic eruptions, landslides, mud flows, and any expansion, contracting, sinking, rising, settling, or shifting of the earth, soil, or land. This exclusion applies whether or not the earth, soil, or land is combined or mixed with water or any other liquid or natural or man-made material. However, we do cover losses caused by the eruption of a volcano when the loss is the result of:
• a volcanic blast or airborne shock waves;
• ash, dust, or particulate matter; or
• lava flow.

We also insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

However, this exclusion does not apply to the Extra Coverage, Catastrophic ground cover collapse or to Sinkhole loss if Sinkhole loss coverage is shown in your Coverage Summary.

**Sinkhole.** We do not cover any loss caused by sinkhole unless coverage for sinkhole loss is shown in your Coverage Summary for your location. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

"Sinkhole" means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by ground water. A sinkhole forms by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

© Chubb.2016  All rights reserved. Form no. 0800009 .04                         8/22/19  11:22:08

*Reference Copy*

*Deluxe House Coverage*



---

## *Exclusions*
(continued)

**Acts of war.** We do not cover any loss caused by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by a military force or personnel, any action taken in hindering or defending against any of these, the destruction or seizure of property for a military purpose, or any consequences of any of these acts regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss. If any act that is within this exclusion involves nuclear reaction, radiation, or radioactive contamination, this Acts of war exclusion supercedes the Nuclear or radiation hazard exclusion.

**Nuclear or radiation hazard.** We do not cover any loss caused by nuclear reaction, radiation, or radioactive contamination, whether controlled or uncontrolled, or any consequence of any of these, regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss. But we do insure ensuing covered loss due to fire resulting from a nuclear reaction unless another exclusion applies.

© Chubb.2016  All rights reserved. Form no. 0800009 .04

8/22/19  11:22:08

*Reference Copy*



*Masterpiece*®    **Deluxe Contents Coverage**

CHUBB®

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your contents anywhere in the world unless stated otherwise or an exclusion applies.

"Contents" means personal property you or a family member owns or possesses.

## Payment for a Loss

### Amount of coverage

The amount of coverage for contents at each house for each occurrence is shown in the Coverage Summary. At the time of a covered loss, the amount of coverage for contents will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

If a change in the amount of coverage for your house is made, except for a change resulting from the application of the extended replacement cost payment basis, the amount of coverage for contents will be adjusted proportionately. To reduce the possibility of being underinsured, you should periodically review your amount of coverage for contents and request an increase if you feel the amount of coverage is insufficient.

For a covered loss to contents, the amount of coverage depends on where the loss occurs:

**At a house with contents coverage.** If the covered loss takes place at a listed house with contents coverage in this policy, we will pay up to the amount of contents coverage for that house, for each occurrence.

**Away from your residences.** If the covered loss takes place away from any residence you own or live at, for each occurrence we will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
• amount of contents coverage
• payment basis
• type of contents coverage
Regardless of the number of policies providing you with contents coverage, payment will be made based only on this chosen location and will not be made under more than one policy.

**At your residence not listed in this policy or other policies.** If the covered loss takes place at a residence you own or live at that does not have contents, condominium, cooperative or renters coverage listed in this or any other policy issued by a direct or indirect subsidiary of Chubb Limited, we will pay up to 10% of the highest amount of contents coverage in this policy, for each occurrence. However, contents in a newly acquired principal residence is not subject to this limitation for the 60 days immediately after you begin to move your contents there.

We will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
• amount of contents coverage
• payment basis
• type of contents coverage
Regardless of the number of policies providing you with contents coverage, payment will be made based only on this chosen location and will not be made under more than one policy.

---

© Chubb.2016. All rights reserved. Form no. 1200009 .03    4/29/19 14:29:21

*Reference Copy*

*Deluxe Contents*
*Coverage*

---

## Payment for a Loss
(continued)

### Deductibles
A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the base deductible listed in the Coverage Summary or one of the special deductibles applies to each occurrence, unless stated otherwise.

### Payment basis
Your Coverage Summary indicates the payment basis for contents.

**Replacement cost.** If the payment basis is replacement cost, we will pay the full cost to replace the contents without deduction for depreciation, or the amount required to repair the damage, whichever is less, up to the amount of coverage.

However, for contents which are obsolete or unusable for the purpose for which they were originally intended because of their age or condition, the payment basis will be actual cash value.

**Actual cash value.** If the payment basis is actual cash value, we will pay the cost to replace the contents less depreciation, or the amount required to repair the damage, whichever is less, up to the amount of coverage.

**Pairs, sets, and parts.** For a covered loss to a pair or set, or to part of a larger unit, we will pay whichever is least:
• the cost to repair the damaged property to its condition before the loss;
• the cost to replace it; or
• the cost to make up the difference between its market value before and after the loss.

However, if you agree to surrender the undamaged article(s) of the pair, set, or parts to us and we agree to accept, we will pay you the full replacement cost of the entire pair, set, or parts.

### Special limits
For a covered loss to each category of contents listed below, we will not pay more than the amount shown. For any one occurrence, payment will be under the category providing you with the most coverage. These special limits do not increase the amount of coverage on your contents or on any item covered elsewhere in this policy.

All loss resulting from any act or any series of similar or related acts:
• committed by any one person or group of persons acting in concert; or
• in which any person or group of persons is involved or implicated,
is considered to be one loss, even if a series of similar or related acts occurs over multiple policy periods.

Legal tender, bank notes, stored value cards, bullion, gold, silver, platinum, tokens, unrecoverable scrip, smart cards, prepaid value cards, prepaid debit cards, or gift certificates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,500

---

© Chubb.2016.  All rights reserved.  Form no. 1200009 .03                     4/29/19 14:29:21

*Reference Copy*

*Deluxe Contents*
*Coverage*



## *Payment for a Loss*
(continued)

Securities, deeds, evidences of debt, letters of credit, notes other than bank
notes, manuscripts, passports, or tickets  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $5,000
   This special limit includes the necessary, reasonable expense incurred if you research,
   replace or restore these items after a covered loss, using the most cost-effective method
   available.

   However, when this property is located in a bank vault or bank safe deposit box, your full
   contents coverage away from your residences will apply for a covered loss.

Trailers  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $5,000

Watercraft, including their furnishings, equipment, and outboard motors . . . . . . . . . . . . . .   $2,000

Golf carts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $5,000

Jewelry, watches or precious and semi-precious stones, whether set or unset,
that are lost, misplaced, or stolen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $5,000

Furs that are lost, misplaced, or stolen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $5,000

Plated ware, silverware, goldware, pewterware, tableware, trays, trophies, and
other household and personal articles, other than jewelry, that consist principally
of sterling silver, gold, or pewter that are lost, misplaced, or stolen  . . . . . . . . . . . . . . . . . $10,000

Collectible stamps, coins, and medals  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $5,000
   However, when this property is located in a bank vault or bank safe deposit box, your full
   contents coverage away from your residences will apply for a covered loss.

Guns that are lost, misplaced, or stolen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $5,000

Grave markers or mausoleums  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $5,000

## *Deluxe Contents Coverage*

In Deluxe Contents Coverage, a "covered loss" includes **all risk** of physical loss to your contents or
other property covered under this part of your Masterpiece Policy, unless stated otherwise or an
exclusion applies. Exclusions to this coverage are described in **Exclusions.**

In lieu of the definition for "business" in the Introduction, the following definition of "business"
applies:
"Business" means any employment, trade, occupation, profession, or farm operation including the
raising or care of animals or any activity intended to realize a benefit or financial gain engaged in on
a full-time, part-time or occasional basis.

© Chubb.2016  All rights reserved. Form no. 1200009 .03
4/29/19 14:29:21
*Reference Copy*

*Deluxe Contents
Coverage*

---

## *Extra Coverages*

In addition to covering the physical loss to your contents, we also provide other related coverages. These coverages are in addition to the amount of coverage for your contents unless stated otherwise or an exclusion applies. All deductibles apply to Extra Coverages unless stated otherwise. Exclusions to these coverages are described in **Exclusions.**

### Business property

We will pay up to $25,000 for a covered loss to business property you own or possess. The same payment basis applies to business property as to contents, except that we will pay the reasonably necessary cost incurred using the most cost-effective medium for replacing or recreating business data contained in books, records and software.

"Business property" means:
- furniture, supplies, equipment, inventory;
- books, records; and
- electronic data processing property,
  used to conduct your business.

"Electronic data processing property" means:
- electronic data processing equipment, and their accessories;
- portable devices such as smartphones, electronic reading devices, tablets, handheld computers or similar devices;
- software; and
- data stored on software.

"Business property" does not include any drones or similar unmanned device, whether used in whole or in part in a business.

### Electronic data restoration

We cover your personal data and electronic contents, stored on your personal computer or electronic data processing property which you own or possess. We will pay up to $10,000 for the reasonably necessary expense incurred using the most cost-effective method for replacing or recreating that personal data and electronic contents as a result of a covered loss or the introduction of a computer worm, virus, or other malware. There is no deductible for this coverage.

"Electronic contents" means non-recoverable purchased eBooks, software, application software (apps), music and movie files.

"Electronic data processing property" means:
- electronic data processing equipment, and their accessories;
- portable devices such as smartphones, electronic reading devices, tablets, handheld computers or similar devices;
- software; and
- data stored on software.

---

© Chubb.2016  All rights  reserved.  Form  no. 1200009  .03
                                                                    4/29/19  14:29:21
*Reference  Copy*

*Deluxe Contents
Coverage*



---

## *Extra Coverages*
(continued)

### Account funds
We will pay up to a total of $10,000 for the loss of your personal account funds from a financial institution due to the unauthorized use of your personal bankcard, debit card or account numbers, including unauthorized electronic fund transfers. This coverage is afforded only if there has been compliance with the terms for using the account.

All loss resulting from any act or any series of similar or related acts:
• committed by any one person or group of persons acting in concert; or
• in which any person or group of persons is involved or implicated,
is considered to be one loss, even if a series of similar or related acts occurs over multiple policy periods.

"Account funds" means funds from any personal account or credit line that you or a family member may access.

"Unauthorized use" means removal of funds from your personal financial institution account without permission from you or a family member. "Unauthorized use" does not mean the removal of funds from your personal financial institution account by your spouse or family member.

### Food spoilage
We cover food or wine while contained in a refrigerator or freezer which spoils due to changes or extremes of temperature caused by:
• off premises power interruption;
• interruption of premises power supply; or
• mechanical or electrical breakdown of refrigeration equipment.

This coverage applies only to spoilage which occurs at any residence you own or live at. This payment does not increase the amount of coverage for your contents. For a covered loss to wine, we will not pay more than $5,000. Our payment is subject to a $250 deductible, which is waived if there is another loss:
• from the same occurrence;
• covered under any part of this policy; and
• which is subject to a deductible.

### Endangered property
Covered contents removed from your house because the house is endangered by a covered peril are covered against any peril for up to 90 days. These payments do not increase the amount of coverage for your contents.

### Catastrophic ground cover collapse
We cover loss to your contents in your house or other permanent structure if there is structural damage to the building, including the foundation, caused by catastrophic ground cover collapse. Damage consisting merely of the settling or cracking of a foundation, structure, or building does not constitute a loss resulting from catastrophic ground cover collapse. For each occurrence caused by catastrophic ground cover collapse we will pay up to the amount of coverage for contents at the location at which the loss occurs. These payments do not increase the amount of coverage for your contents.

---

© Chubb.2016  All rights reserved.  Form no. 1200009 .03                    4/29/19 14:29:21

*Reference Copy*

*Deluxe Contents Coverage*

## Extra Coverages
(continued)

"Catastrophic ground cover collapse" means geological activity that results in all of the following:
- the abrupt collapse of ground cover;
- a depression in the ground cover clearly visible to the naked eye;
- structural damage to the covered building, including the foundation; and
- the damaged building being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that building.

A covered loss will not be paid under both Catastrophic ground cover collapse and Sinkhole loss, if Sinkhole loss is shown in the Coverage Summary for the house at which the loss occurs.

## Exclusions

These exclusions apply to your Deluxe Contents Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

**Pollution or contamination.** We do not cover any loss caused by the discharge, dispersal, seepage, migration or release or escape of pollutants. Nor do we cover the cost to extract pollutants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. But we do insure ensuing covered loss unless another exclusion applies. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

**Loss by animals.** We do not cover any loss caused by:
- bats, birds, insects, rodents, mollusks;
- animals owned or kept by you or a family member; or
- nesting or infestation, discharge or release of waste products or secretions by any animals. However, we do cover ensuing covered loss unless another exclusion applies.

**Special rules for escaping water.** If any of the causes of loss previously described in the exclusions for Gradual or sudden loss, Pollution or contamination, or Loss by animals cause water to escape from within a household appliance, swimming pool, or plumbing, heating, air conditioning, or automatic fire protective sprinkler system, we cover the loss to covered property caused by the water. We provide this coverage unless an exclusion applies other than the exclusions for Gradual or sudden loss, Pollution or contamination, or Loss by animals. We do not cover loss to the appliance, swimming pool, or system itself.

© Chubb.2016  All rights reserved. Form no. 1200009 .03                4/29/19 14:29:21

*Reference  Copy*

*Deluxe Contents Coverage*



---

## *Exclusions*
(continued)

**Freezing water.** We do not cover any loss caused by water freezing in a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or household appliance if the house or other permanent structure is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. But we do insure ensuing covered loss unless another exclusion applies.

"Unoccupied" means the residents of the home have been absent for 30 or more consecutive days.

**Surface water.** We do not cover any loss caused by:
- flood, accumulation of rainwater on the ground, surface water, wave action, including tidal wave and tsunami, tides, tidal water, seiche, overflow of water from a body of water, spray or surge from any of these, even if driven by wind;
- water borne material from any of the above, including when any such waters or water borne material enters and backs up or discharges from or overflows from any sewer or drain, located outside of or on the exterior of a fully enclosed structure, including gutters, rainwater pipes, downspouts, or underground drainage systems;
- run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
- escape, overflow, discharge or release, for any reason, of water or water borne material from a canal, dam, reservoir, levee, dike, seawall, or any other boundary or containment.

However, we do insure ensuing covered loss due to fire, explosion, or theft. We also cover surface water damage to contents away from any residence you own or live at, unless another exclusion applies.

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss due to fire, explosion, or theft unless another exclusion applies. We also cover ground water damage to contents away from any residence you own or live at, unless another exclusion applies.

**Computer error.** We do not cover any cost to correct a malfunction, error, or deficiency in programming or instructions to a computer or in the computer itself.

**Business property.** We do not cover any loss to business property other than as provided under Extra Coverages.

**Tenant property.** We do not cover any loss to property of roomers, boarders, or other tenants. But we do cover personal property of your guests, domestic workers or relatives while it is on any residence premises shown in the Coverage Summary where you or a family member live, or any other residence you do not own that you or a family member occupy.

**Motorized land vehicles.** We do not cover any loss to a motorized land vehicle. But we do cover motorized land vehicles used solely on and to service a residence premises shown in the Coverage Summary. We also cover motorized land vehicles used to assist the disabled that are not designed for or required to be registered for use on public roads. This exclusion does not apply to golf carts.

© Chubb.2016  All rights reserved. Form no. 1200009 .03

*Reference Copy*

4/29/19 14:29:21

*Deluxe Contents Coverage*

---

## *Exclusions*
(continued)

**Special exclusions for golf carts.** We do not cover any loss arising out of the ownership or operation of a golf cart when it is:
- subject to motor vehicle registration;
- used to carry people or property for a fee, or rented to others;
- used for any business purpose except if you or a family member is using the golf cart on a golfing facility while entertaining business clients;
- used during instruction, practice, preparation for, or participation in any competitive, prearranged or organized racing, speed contest, rally, gymkhana, sports event, stunting activity, or timed event of any kind; or
- used on a racetrack, test track or other similar course.
  We do not cover any loss to a golf cart caused by:
- overheating, or electrical or structural breakdown or failure; or
- repairing, refinishing, renovating, or being worked on, but we do insure ensuing covered loss due to fire or explosion.

**Theft of certain electronic equipment from a motorized land vehicle.** We do not cover any theft or attempted theft of:
- sound or visual reproducing, receiving, displaying and transmitting equipment;
- data processing equipment;
- global positioning systems;
- scanning monitors, radar and laser detectors; or
- any other similar equipment, including their accessories and antennas
  from a motorized land vehicle if the equipment is permanently installed or removable from a housing unit permanently installed in the vehicle.

**Repairs and renovations.** We do not cover loss caused by repairing, refinishing, or renovating contents except jewelry, watches, and furs.

**Watercraft accidents.** We do not cover any loss to watercraft, including its trailer, furnishings, equipment and out board motor, caused by the sinking, swamping, stranding, capsizing, upset or collision of that watercraft or its trailer. But we do cover loss caused by the collision of that watercraft with a land vehicle unless another exclusion applies.

**Dampness or temperature.** We do not cover any loss caused by air dampness, water vapor or temperature extremes. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies. This exclusion does not apply to the Extra Coverage for Food spoilage.

**Fungi and mold.** We do not provide coverage for the presence of mold, however caused, or any loss caused by mold. But we do cover mold resulting from fire or lightning, and ensuing covered loss, unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Confiscation.** We do not cover any loss caused by the confiscation, destruction, or seizure of property by or under the order of any government or public authority. But if the confiscation, destruction or seizure of property was ordered by any government or public authority to prevent the spread of fire, we do provide coverage if the loss caused by fire would be covered under this part of your policy.

---

© Chubb.2016  All rights reserved. Form no. 1200009 .03
4/29/19 14:29:21

*Reference Copy*

*Deluxe Contents Coverage*



---

## *Exclusions*
(continued)

**Breakage of fragile articles.** We do not cover breakage of fragile articles, including any type of: eyeglasses, crystal, china not regularly used, porcelains, figurines, statues, sculptures, mirrors, bric-a-brac and similar items. But we do cover breakage caused by fire, lightning, wind, hail, or smoke (except industrial or agricultural smoke); by explosion, riot, civil commotion, aircraft, or vehicles; by vandalism, malicious mischief, or collapse of a building or part of a building; by earth movement, earthquake, water, theft, or attempted theft; or by the sudden and accidental tearing apart, cracking, burning, or bulging of a plumbing, heating, or air conditioning system or household appliance, unless another exclusion applies.

Fragile articles do not include jewelry, watches, bronzes, cameras, and photographic lenses.

**Personal property insured with other companies.** We do not cover loss to personal property separately described and insured with a specific value or insured on a blanket basis under a personal articles floater policy or similar policy not issued by a direct or indirect subsidiary of Chubb Limited.

**Loss to animals.** We do not cover any loss to animals, birds, or fish.

**Aircraft.** We do not cover any loss to an aircraft or aircraft parts. "Aircraft" means any device used or designed for flight, except drones or similar unmanned device not used or designed to carry people or cargo.

**Intentional acts.** We do not cover any loss caused intentionally by a person named in the Coverage Summary, that person's spouse, or a family member. We also do not cover any loss caused intentionally by a person directed by a person named in the Coverage Summary, that person's spouse, or a family member. But we do provide coverage for you or a family member who is not directly or indirectly responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Misappropriation.** We do not cover any loss caused by the taking or other misappropriation by or directed by a person named in the Coverage Summary, that person's spouse, a family member, or a person who lives with you. This exclusion does not apply to the taking or other misappropriation by your domestic workers, guests or tenants, unless the misappropriation was directed by a person named in the Coverage Summary, that person's spouse, a family member, or a person who lives with you.

**Faulty planning, construction or maintenance.** We do not cover any loss caused by the faulty acts, errors or omissions of you or any other person in planning, construction or maintenance. It does not matter whether the faulty acts, errors or omissions take place on or off the insured property. But we do insure ensuing covered loss unless another exclusion applies. "Planning" includes zoning, placing, surveying, designing, compacting, setting specifications, developing property and establishing building codes or construction standards. "Construction" includes materials, workmanship, and parts or equipment used for construction or repair.

**Neglect.** We do not cover any loss caused by your failure to use reasonable means to protect property before, at, or after the time of a loss.

---

© Chubb.2016  All rights reserved. Form no. 1200009 .03                    4/29/19 14:29:21

*Reference Copy*

*Deluxe Contents Coverage*

---

## *Exclusions*
(continued)

**Sinkhole.** We do not cover any loss caused by sinkhole unless coverage for sinkhole loss is shown in your Coverage Summary for your location. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

"Sinkhole" means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by ground water. A sinkhole forms by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

**Acts of war.** We do not cover any loss caused by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by a military force or personnel, any action taken in hindering or defending against any of these, the destruction or seizure of property for a military purpose, or any consequences of any of these acts regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss. If any act that is within this exclusion involves nuclear reaction, radiation, or radioactive contamination, this Acts of war exclusion supercedes the Nuclear or radiation hazard exclusion.

**Nuclear or radiation hazard.** We do not cover any loss caused by nuclear reaction, radiation, or radioactive contamination, whether controlled or uncontrolled, or any consequence of any of these, regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss. But we do insure ensuing covered loss due to fire resulting from a nuclear reaction unless another exclusion applies.

© Chubb.2016  All rights reserved. Form no. 1200009 .03                              4/29/19 14:29:21

*Reference Copy*



*Masterpiece*®

CHUBB®

*Personal Liability Coverage*

This part of your Masterpiece Policy provides you with personal liability coverage for which you or a family member may be legally responsible anywhere in the world unless stated otherwise or an exclusion applies.

Words with special meanings in this part of your Masterpiece Policy first appear in quotes when defined. Where these terms do not appear in quotes, they will be considered defined terms.

## Payment for a Loss

### Amount of coverage
The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, vehicles, watercraft or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

## Personal Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage which take place anytime during the policy period and are caused by an occurrence, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

In lieu of the definition for "you" in the Introduction, the following definition of "you" applies: "You" means:
- the person named in the Coverage Summary, and a spouse who lives with that person;
- a personal asset protection entity and its partners, members or trustees but only with respect to:
  - their legal responsibility for the ownership, maintenance, or use of a residence premises, contents of such residences other than business property, property insured under a personal articles floater policy or similar policy issued by a direct or indirect subsidiary of Chubb Limited, vacant land, and an individual or family cemetery plot or burial vault;
  - their legal responsibility for the ownership, maintenance, or use of a vehicle or watercraft owned or rented by the personal asset protection entity covered under this part of your Masterpiece policy; and
  - Employment practices liability coverage, if this coverage is shown in the Coverage Summary.

In lieu of the definition for "occurrence" in the Introduction, the following definition of "occurrence" applies:
"Occurrence" means:
- an accident which begins within the policy period resulting in bodily injury, shock, mental anguish, mental injury, or property damage; or
- an offense first committed within the policy period resulting in:
- false arrest, false imprisonment, or wrongful detention;
- wrongful entry or eviction;
- malicious prosecution or humiliation; or
- libel, slander, defamation of character, or invasion of privacy,
to which this insurance applies. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

© Chubb.2016.  All rights reserved. Form no. 4610009 .02                                              5/29/19 8:57:29

*Reference Copy*

*Personal Liability Coverage*

---

## Personal Liability Coverage

(continued)

In lieu of the definition for "business" in the Introduction, the following definition of "business" applies:

"Business" means any employment, trade, occupation, profession, or farm operation including the raising or care of animals or any activity intended to realize a benefit or financial gain engaged in on a full-time, part-time or occasional basis.

A "covered person" means:
• you or a family member;
• any person using a vehicle or watercraft covered under this part of your Masterpiece policy with permission from you or a family member with respect to their legal responsibility arising out of its use;
• any person or organization with respect to their legal responsibility for covered acts or omissions of you or a family member; or
• any combination of the above.

"Personal asset protection entity" means a legal entity that owns or manages residence premises, property of such residences, articles of value such as jewelry, fine art, silverware or collectibles, vacant land, or individual or family cemetery plots or burial vaults.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

"Personal injury" means the following injuries, and resulting death:
• bodily injury;
• shock, mental anguish, or mental injury;
• false arrest, false imprisonment, or wrongful detention;
• wrongful entry or eviction;
• malicious prosecution or humiliation; and
• libel, slander, defamation of character, or invasion of privacy.

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, and required care, loss of services and resulting death.

"Property damage" means physical injury to or destruction of tangible property, and the resulting loss of its use. Tangible property includes the cost of recreating or replacing stocks, bonds, deeds, mortgages, bank deposits, and similar instruments, but does not include the value represented by such instruments.

"Registered vehicle" means any motorized land vehicle not described in "unregistered vehicle".

"Unregistered vehicle" means:
• any motorized land vehicle not designed for or required to be registered for use on public roads;
• any motorized land vehicle which is in dead storage at your residence;
• any motorized land vehicle used solely to service a residence premises shown in the Coverage Summary;
• any motorized land vehicle used to assist the disabled that is not designed for or required to be registered for use on public roads; or
• golf carts.

---

© Chubb.2016.  All rights reserved.  Form no. 4610009 .02
5/29/19  8:57:29
*Reference Copy*

*Personal Liability Coverage*



---

## Personal Liability Coverage
(continued)

"Employment discrimination" means a violation of applicable employment discrimination law protecting any residential staff based on his or her race, color, religion, creed, age, sex, disability, national origin or other status according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

"Employment practices crisis" means:
- an allegation of, or your discovery of, a wrongful employment act committed against any residential staff that is reasonably likely to result in a civil action against you or a family member; or
- a threat by any residential staff to disclose publicly that you or a family member committed or allegedly committed a wrongful employment act.

"Reputation management firm" means:
- a professional public relations consulting firm;
- a professional security consulting firm; or
- a professional media management consulting firm.

"Residential staff" means your or a family member's employee who is:
- employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
- compensated for labor or services directed by you or a family member; and
- employed regularly to work 15 or more hours per week.
  Residential staff includes a temporary worker. Residential staff does not include an independent contractor or any covered person.

"Temporary worker" means your or a family member's employee who is:
- employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
- compensated for labor or services directed by you or a family member; and
- employed to work 15 or more hours per week to substitute for any residential staff on leave or to meet seasonal or short-term workload demands for 30 consecutive days or longer during a 6 month period.
  Temporary worker does not include an independent contractor or any covered person.

"Wrongful employment act" means any employment discrimination, sexual harassment, or wrongful termination of any residential staff actually or allegedly committed or attempted by you or a family member, while acting in the capacity as an employer, that violates applicable employment law of any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico. "Sexual harassment" as it relates solely to a wrongful employment act means unwelcome sexual advances, requests for sexual favors, or other conduct of a sexual nature that:
- is made a condition of employment of any residential staff;
- is used as a basis for employment decisions;
- interferes with performance of any residential staff's duties; or
- creates an intimidating, hostile, or offensive working environment.

© Chubb.2016  All rights reserved. Form no. 4610009  .02
5/29/19 8:57:29

*Reference Copy*

*Personal Liability Coverage*

---

## *Personal Liability Coverage*
(continued)

"Wrongful termination" means:
- the actual or constructive termination of employment of any residential staff by you or a family member in violation of applicable employment law; or
- breach of duty and care when you or a family member terminates an employment relationship with any residential staff.

### Defense coverages

We will defend a covered person against any suit seeking covered damages for personal injury or property damage or for covered damages under Employment practices liability, if Employment practices liability coverage is shown in the Coverage Summary. We provide this defense at our own expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:
- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);
- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgement is entered in a suit we defend on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
- all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $50,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

These Defense coverages are limited for Employment practices liability as follows:
Our duty to defend you or a family member and our obligation to pay defense expenses ends when we have exhausted the amount of coverage per occurrence for Employment practices liability shown in the Coverage Summary by paying for covered damages from any one occurrence, or exhausted the maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary by paying for covered damages, whichever occurs sooner.

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

---

## *Extra Coverages*

In addition to covering damages and defense costs, we also provide other related coverages. These coverages are in addition to the amount of coverage for damages and defense costs unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

---

© Chubb.2016  All rights reserved. Form no. 4610009 .02    5/29/19 8:57:29

Reference Copy

*Personal Liability
Coverage*



---

## *Extra Coverages*
(continued)

### Medical payments to others

We will pay the necessary medical expenses, up to a total of $50,000 for each person, for personal injury to anyone **except** you or a family member. This coverage also does not apply to:
- a domestic employee of yours;
- any residential staff of yours; or
- a person employed by you for farm work, who is eligible to receive benefits voluntarily provided or required to be provided under any:
- workers' compensation;
- disability benefits;
- unemployment compensation; or
- other similar laws.

These expenses must be incurred or medically ascertained within three years of an accident that:
- occurs at a residence covered under this part of your Masterpiece policy, to a person with permission from you or a family member to be there;
- arises from a condition at a residence covered under this part of your Masterpiece policy, or at the steps, driveways or sidewalks immediately adjoining this residence;
- was caused by the activities of a covered person;
- was caused by a domestic employee or any residential employee in the course of his or her employment by a covered person;
- was caused by a person employed by you for farm work in the course of his or her employment; or
- was caused by an animal owned by or in the care of a covered person.

"Medical expenses" includes reasonable charges for first aid, medical, funeral, surgical, x-ray, dental, ambulance, hospital, rehabilitation, professional nursing services, and prosthetic devices.

### Damaged property

We cover the replacement cost of other people's property, up to $25,000 for each occurrence, if the property was damaged or destroyed by a covered person.

"Replacement cost" means the amount required to replace the property without deduction for depreciation or the amount required to repair the damage, whichever is less.

### Kidnap expenses

We will pay up to a maximum of $100,000 for kidnap expenses a covered person incurs solely and directly as a result of a kidnap and ransom occurrence. In addition, we also will pay up to $25,000 to any person for information not otherwise available leading to the arrest and conviction of any person(s) who kidnaps you, a family member or a covered relative. The following are not eligible to receive this reward payment:
- you or a family member; or
- a covered relative who witnessed the occurrence.

"Kidnap and ransom occurrence" means the actual or alleged wrongful taking of:
- you;
- one or more family members; or

© Chubb.2016  All rights reserved. Form no. 4610009 .02                                      5/29/19 8:57:29

*Reference  Copy*

*Personal Liability*
*Coverage*

---

## *Extra Coverages*
(continued)

• one or more covered relatives while visiting or legally traveling with you or a family member; from anywhere in the world except those places which are designated as a "Do not travel' area by the United States Department of State - Bureau of Consular Affairs at the time of the occurrence. The occurrence must include a demand for ransom payment which would be paid by you or a family member in exchange for the release of the kidnapped person(s). However, a kidnap and ransom occurrence does not mean the actual or alleged wrongful detention of a covered person or a family member solely on your property.

"Kidnap expenses" means the reasonable costs for:
• a professional negotiator;
• a professional security consultant;
• professional security guard services;
• a professional public relations consultant;
• travel, meals, lodging and phone expenses incurred by you or a family member,
• advertising, communications and recording equipment;
• related medical, cosmetic, psychiatric and dental expenses incurred by a kidnapped person within 12 months from that person's release;
• attorneys fees;
• a professional forensic analyst;
• earnings lost by you or a family member.
   However, "kidnap expenses" does not include expenses incurred due to any kidnap and ransom occurrence caused by:
• you or a family member;
• a covered relative;
• any guardian or former guardian of you or a family member;
• any domestic partner, estranged domestic partner, or former domestic partner of you or a family member;
• any person unrelated to you or a family member who lives with you or has ever lived with you for 6 or more months, other than a domestic employee, residential staff, or a person employed by you for farm work; or
• a civil authority,
   or any person acting on behalf of any of the above, whether acting alone or in collusion with others.

"Covered relative" means the following relatives of the person named in the Coverage Summary, or a spouse who lives with that person, or any family member:
• children, their children or other descendants of theirs;
• parents, grandparents or other ancestors of theirs; or
• siblings, their children or other descendants of theirs,
   who do not live with you, including spouses or domestic partners of all of the above. Parents, grandparents and other ancestors include adoptive parents, stepparents and stepgrandparents.

### Identity fraud
We will pay for a covered person's identity fraud expenses, up to a maximum of $50,000, for each identity fraud occurrence.

"Identity fraud" means the act of knowingly transferring or using, without lawful authority, a covered person's means of identity which constitutes a violation of federal law or a crime under any applicable state or local law.

---

*07/01/19*                              **Florida** Personal Liability Coverage           *Page T-6*
© Chubb.2016  All rights reserved. Form no. 4610009 .02                                    5/29/19 8:57:29
*Reference Copy*

*Personal Liability Coverage*

CHUBB®

___

## *Extra Coverages*
(continued)

"Identity fraud occurrence" means any act or series of acts of identity fraud by a person or group commencing in the policy period.

"Identity fraud expenses" means:
- the costs for notarizing affidavits or similar documents for law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;
- the costs for sending certified mail to law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;
- the loan application fees for reapplying for loan(s) due to the rejection of the original application because the lender received incorrect credit information;
- the telephone expenses for calls to businesses, law enforcement agencies, financial institutions or similar credit grantors, and credit agencies;
- earnings lost by a covered person as a result of time off from work to complete fraud affidavits, meet with law enforcement agencies, credit agencies, merchants, or legal counsel;
- the reasonable attorney fees incurred with prior notice to us for:
  - the defense of a covered person against any suit(s) by businesses or their collection agencies;
  - the removal of any criminal or civil judgements wrongly entered against a covered person;
  - any challenge to the information in a covered person's consumer credit report; and
- the reasonable fees incurred with prior notice to us by an identity fraud mitigation entity to:
  - provide services for the activities described above;
  - restore accounts or credit standing with financial institutions or similar credit grantors and credit agencies; and
  - monitor for up to one year the effectiveness of the fraud mitigation and to detect additional identity fraud activity after the first identity fraud occurrence.
    However, such monitoring must be requested by you within one year after you first report an identity fraud occurrence to us.

However, "identity fraud expenses" does not include expenses incurred due to any fraudulent, dishonest or criminal act by a covered person or any person acting with a covered person, or by any authorized representative of a covered person, whether acting alone or in collusion with others.

"Identity fraud mitigation entity" means a company that principally provides professional, specialized services to counter identity fraud for individuals or groups of individuals, or a financial institution that provides similar services.

In addition to the duties described in Policy Terms, Liability Conditions, Your duties after a loss, a covered person shall notify an applicable law enforcement agency.

### Credit cards, forgery, and counterfeiting
We cover up to a total of $10,000 for:
- the legal obligation of you or a family member resulting from:
  - loss or theft of a credit card, bankcard, debit card or their account numbers issued to you or a family member for personal use, provided that all the terms for using the card are complied with;
  - loss caused by theft or unauthorized use of a credit card, bankcard, debit card or their account numbers issued to you or a family member for personal use when used electronically, including use on the Internet, provided that all the terms for using the card are complied with;
- loss to you or a family member caused by:
  - forgery or alteration of checks or negotiable instruments; or

© Chubb.2016  All rights reserved. Form no. 4610009 .02
5/29/19 8:57:29

*Reference Copy*

*Personal Liability
Coverage*

---

## *Extra Coverages*
(continued)

- acceptance in good faith of any counterfeit paper currency.

"Unauthorized use" means use of your personal credit card, bankcard, debit card or their account numbers without permission from you or a family member. "Unauthorized use" does not mean use of your personal credit card, bankcard, debit card or their account numbers by your spouse or family member.

All loss resulting from any act or any series of similar or related acts:
- committed by any one person or group of persons acting in concert; or
- in which any person or group of persons is involved or implicated,
 is considered to be one loss, even if a series of similar or related acts occurs over multiple policy periods.

We provide Defense coverages for any claim or suit seeking covered damages against you or a family member for loss, theft, or unauthorized use of a credit card, bankcard, debit card or their account numbers. We have the option to defend a claim or suit against you or a family member for forgery or counterfeiting. Our obligation to defend any suit seeking covered damages ends when our payment under this coverage equals $10,000.

In the event of a claim or suit seeking covered damages, you or a family member shall comply with the duties described in Policy Terms, Property Conditions, Your duties after a loss and Policy Terms, Liability Conditions, Your duties after a loss. In addition, you or a family member shall notify the credit card service company or the issuing bank.

### Rented or borrowed vehicles
We cover damages a covered person is legally obligated to pay for personal injury and property damage caused by an occurrence during the policy period resulting from a covered person's use of a vehicle:
- rented by; or
- borrowed, furnished to or made available to, you or a family member, if the limit of liability shown in the Coverage Summary is $1 million or more, provided the rental or loan does not exceed 30 days.

We will provide this coverage in excess of any underlying insurance that applies to these damages. If no underlying coverage exists, we will pay total damages up to the limit of liability shown in the Coverage Summary.

This Extra Coverage is not provided when:
- you have coverage provided by an excess or umbrella policy with us or another company;
- you or a family member own a private passenger vehicle, a pickup truck, panel truck or van.
 However, we will provide this coverage for a vehicle rented by a personal asset protection entity if:
  - the personal asset protection entity does not have coverage for the rented vehicle provided by an excess or umbrella policy with us or another company;
  - the personal asset protection entity does not own a private passenger vehicle, pickup truck, panel truck or van.

This Extra Coverage does not cover damages a covered person is legally entitled to receive from the owner or operator of an uninsured or underinsured motorized land vehicle.

---

© Chubb.2016  All rights reserved. Form no. 4610009 .02
5/29/19 8:57:29
*Reference Copy*

*Personal Liability Coverage*

CHUBB

---

## *Extra Coverages*
(continued)

### Fungi and mold

We cover damages a covered person is legally obligated to pay, up to the amount of coverage for liability shown in your Coverage Summary or $100,000, whichever is less, for each occurrence, for bodily injury or property damage arising out of mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these. These payments do not increase the amount of personal liability coverage.

### Employment practices liability coverage

If Employment practices liability coverage is shown in the Coverage Summary, we provide coverage for Employment practices liability and Reputational injury.

This coverage applies only if on the effective date of any policy period, the number of residential staff does not exceed twelve. However, if after the effective date of any policy period you or a family member employs more than twelve residential staff, we will cover, through the remainder of the policy period, only those twelve residential staff with the longest period of uninterrupted employment in chronological order of hiring at the time of the Employment practices liability coverage occurrence. This condition does not apply to your or a family member's employment of a temporary worker to substitute for any residential staff on leave, performing the same duties for the same or fewer number of hours. It is your duty to advise us as soon as reasonably possible if you or a family member employs more than twelve residential staff at any time during the policy period in order to reduce the possibility of being underinsured.

**Employment practices liability.** We cover damages you or a family member is legally obligated to pay any residential staff for a wrongful employment act caused by an occurrence when the claim is made or the suit is brought in the United States of America, its territories or possessions, or Puerto Rico, unless stated otherwise or an exclusion applies.

**Amount of coverage for Employment practices liability.** The maximum amount of coverage for Employment practices liability available for any one occurrence is the amount of coverage for Employment practices liability shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary is the most we will pay for the sum of all covered damages during the policy period regardless of the number of claims, people, or occurrences.

**Deductible.** A deductible is that amount we will subtract from the amount of covered damages we pay. The deductible shown in the Coverage Summary for Employment practices liability applies to each Employment practices liability occurrence, unless stated otherwise.

**Reputational injury.** We cover the reasonable and necessary fees or expenses that you incur for services provided by a reputation management firm to minimize potential injury to the reputation of you or a family member solely as a result of an employment practices crisis caused by an occurrence if:
• the employment practices crisis is reported to us as soon as reasonably possible but not later than 30 days after the employment practices crisis begins; and

---

© Chubb.2016  All rights reserved. Form no. 4610009 .02
5/29/19 8:57:29

*Reference Copy*

*Personal Liability Coverage*

---

## *Extra Coverages*
(continued)

• you obtain approval of the reputation management firm from us before incurring any fees or expenses,
unless stated otherwise or an exclusion applies. There is no deductible for this coverage.

**Amount of coverage for Reputational injury.** The maximum amount of coverage for Reputational injury available for any one occurrence is the amount of coverage for Reputational injury shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Reputational injury shown in the Coverage Summary is the most we will pay for the sum of all covered damages during the policy period regardless of the number of claims, people, or occurrences.

**Condition for Employment practices liability coverage.** The following condition applicable to Employment practices liability coverage is in addition to the General Conditions, Liability Conditions, and Special Conditions described under Policy Terms.

If on the effective date of any policy period the number of residential staff exceeds twelve, your eligibility for Employment practices liability coverage will cease as of that date. If Employment practices liability coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

---

## *Exclusions*

These exclusions apply to your Personal Liability Coverage, including the Extra Coverages, unless stated otherwise.

**Motorized land vehicles.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any motorized land vehicle or any trailers or any watercraft being towed by or carried on any registered vehicle. This exclusion does not apply to unregistered vehicles. However, we do not cover unregistered vehicles designed for recreational purposes off public roads owned by you or a family member if the occurrence takes place off:
• your residence premises;
• the premises where you are temporarily residing or renting for other than business use; or
• vacant land owned by you or rented to you;
except for:
• a toy designed for a child's use that is not subject to motor vehicle registration and is built or modified after manufacture, not to exceed 15 miles per hour on level ground, and is not a motorized bicycle, scooter, or moped;
• a golf cart when used:
  • on a golfing facility;
  • to cross roads at designated points in the golfing facility; or
  • on roads of your private residential community with the authority of the property owners association.

This exclusion does not apply to the Extra Coverage, Rented or borrowed vehicles.

---

© Chubb.2016  All rights reserved. Form No. 4610009 .02          5/29/19 8:57:29

*Reference Copy*

*Personal Liability Coverage*



---

## Exclusions
(continued)

**Aircraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any aircraft, except a non-owned aircraft chartered with a professional crew by you or on your behalf. "Aircraft" means any device used or designed for flight, except drones or similar unmanned device not used or designed to carry people or cargo.

However, with respect to the ownership, maintenance or use of any drones or similar unmanned device, we do not cover any damages:
• while such drone or similar unmanned device is being operated in a restricted airspace as determined by the Federal Aviation Administration or other governmental agency, whether on a local, state or federal level, including any temporary flight restrictions; or
• to any aircraft, including any resulting damages. This exclusion applies whether such drone or similar unmanned device makes contact with the aircraft or not.

**Large watercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any watercraft 26 feet or longer or with more than 50 engine rated horsepower owned or controlled, directly or indirectly, by a covered person, or which is rented by, furnished to, or made available to a covered person for longer than 30 consecutive days. We do cover watercraft being stored even if not listed in the Coverage Summary, unless another exclusion applies.

**Hovercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any hovercraft. We do not cover any property damages to hovercraft rented to, owned by, or in the care, custody or control of a covered person.

**Motorized land vehicle racing or track usage.** We do not cover any damages arising out of the ownership, maintenance or use of any motorized land vehicle:
• during any instruction, practice, preparation for, or participation in, any competitive, prearranged or organized racing, speed contest, rally, gymkhana, sports event, stunting activity, or timed event of any kind; or
• on a racetrack, test track or other similar course while the vehicle is being used to engage in high performance driving.
However, this exclusion does not apply to a rally on a public road where the legal speed limit remains in effect for the duration of the rally.

**Watercraft racing or track usage.** We do not cover any damages arising out of the ownership, maintenance or use of any watercraft during any instruction, practice, preparation for, or participation in, any competitive, prearranged or organized racing, speed contest, rally, sports event, stunting activity or timed event of any kind. This exclusion does not apply to sailboat racing even if the sailboat is equipped with an auxiliary motor.

© Chubb.2016  All rights reserved.  Form no. 4610009 .02    5/29/19 8:57:29

*Reference Copy*

*Personal Liability Coverage*

---

## *Exclusions*
(continued)

**Workers' compensation or disability.** We do not cover any damages a covered person is legally:
• required to provide; or
• voluntarily provides
  under any:
• workers' compensation;
• disability benefits;
• unemployment compensation; or
• other similar laws.
  But we do provide coverage in excess over any other insurance for damages a covered person is legally required to pay for bodily injury to a domestic employee of a residence shown in the Coverage Summary which are not compensable under workers' compensation, unless another exclusion applies.

**Employees.** We do not cover any damages arising out of acts of employees of a personal asset protection entity except acts in the course of their employment for the maintenance or use of covered property.

**Failure to act.** We do not cover any damages arising out of any act, error, decision, or failure to act or decide by any partner, member or trustee of a personal asset protection entity covered under this policy, other than with respect to damages arising out of the ownership, maintenance, or use of:
• a residence premises, vacant land, and an individual or family cemetery plot or burial vault;
• a vehicle or watercraft owned or rented by the personal asset protection entity covered under this part of your Masterpiece policy.

**Director's liability.** We do not cover any damages for any covered person's actions or failure to act as an officer or member of a board of directors of any corporation or organization. However, we do cover such damages if you or a family member is:
• an officer or member of a board of directors of a homeowner, condominium or cooperative association; or
• not compensated as an officer or member of a board of directors of a not-for-profit corporation or organization,
  unless another exclusion applies.

**Damage to covered person's property.** We do not cover any person for property damage to property owned by any covered person.

**Damage to property in your care.** We do not cover any person for property damage to property of others rented to, occupied by, used by, or in the care of any covered person. But we do cover such damages for loss caused by fire, smoke, or explosion unless another exclusion applies. This exclusion does not apply to property damage:
• to a motorized land vehicle rented to a covered person if the Extra Coverage, Rented or borrowed vehicles applies, or
• as provided under the Extra Coverage, Damaged property.

**Wrongful employment act.** We do not cover any damages arising out of a wrongful employment act. This exclusion does not apply to Employment practices liability coverage if Employment practices liability coverage is shown in the Coverage Summary.

---

© Chubb.2016  All rights reserved. Form no. 4610009 .02
                                                                        5/29/19 8:57:29
*Reference Copy*

*Personal Liability Coverage*



---

## Exclusions
(continued)

**Discrimination.** We do not cover any damages arising out of discrimination due to age, race, color, sex, creed, national origin, or any other discrimination. This exclusion does not apply to Employment practices liability coverage.

**Intentional acts.** We do not cover any damages arising out of a willful, malicious, fraudulent or dishonest act or any act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies. This exclusion does not apply to Employment practices liability coverage.

**Molestation, misconduct or abuse.** We do not cover any damages arising out of any actual, alleged or threatened:
- sexual molestation;
- sexual misconduct or harassment; or
- abuse.

This exclusion does not apply to Employment practices liability coverage.

**Nonpermissive use.** We do not cover any person who uses a motorized land vehicle or watercraft without permission from you or a family member.

**Business pursuits.** We do not cover any damages arising out of business activities or business property in which a covered person has ownership or other interest or which is conducted by or on behalf of a covered person or others.

However, we do cover damages arising out of volunteer work for an organized charitable, religious or community group, an incidental business away from home, incidental business at home, incidental business property, incidental farming, or residence premises conditional business liability, unless another exclusion applies.

"Incidental business away from home" is a self-employed sales activity, or a self-employed business activity normally undertaken by persons under the age of 18 such as newspaper delivery, babysitting, caddying, and lawn care. Either of these activities must:
- not yield gross revenues in excess of $15,000 in any year;
- have no employees subject to any workers' compensation, disability benefits, unemployment compensation, or other similar laws; and
- conform to local, state, and federal laws.

"Incidental business at home" is a business activity, other than farming, conducted by you in whole or in part on your residence premises which must:
- not yield gross revenues in excess of $15,000 in any year;
- have no employees subject to any workers' compensation, disability benefits, unemployment compensation, or other similar laws; and
- conform to local, state, and federal laws.

© Chubb.2016  All rights reserved.  Form no. 4610009 .02                5/29/19  8:57:29

*Reference Copy*

*Personal Liability Coverage*

---

## *Exclusions*
(continued)


"Incidental business property" is limited to the rental or holding for rental, to be used as a residence, of a condominium or cooperative unit owned by a covered person, an apartment unit rented by a covered person, a one or two family dwelling owned by a covered person, or a three or four family dwelling owned by a covered person and occupied by you. We provide this coverage only for premises listed in the Coverage Summary unless the rental or holding for rental is for:
• a residence of yours that is occasionally rented and that is used exclusively as a residence; or
• part of a residence of yours by one or two roomers or boarders; or
• part of a residence of yours as an office, school, studio, or private garage.

"Incidental farming" is a farming activity which meets all of the following requirements:
• is incidental to your use of the premises as your residence;
• does not involve employment of others for more than 1,500 hours of farm work during the policy period;
• does not produce more than $25,000 in gross annual revenue from agricultural operations;
• and with respect to the raising or care of animals:
  • does not produce more than $50,000 in gross annual revenues;
  • does not involve more than 25 sales transactions during the policy period;
  • does not involve the sale of more than 50 animals during the policy period.

"Residence premises conditional business liability" is limited to business or professional activities when legally conducted by you or a family member at your residence shown in the Coverage Summary. If there is no other valid and collectible insurance, we provide coverage only for personal injury or property damage arising out of the physical condition of that residence if:
• you do not have any employees involved in your business or professional activities who are subject to any workers' compensation, disability benefits, unemployment compensation, or other similar laws; or, if you are a doctor or dentist, you do not have more than two employees subject to such laws; or
• you are a home day care provider whose annual gross revenues from this activity do not exceed $5,000.

We do not cover damages or consequences resulting from business or professional care or services performed or not performed.

**The following exclusion, Pollution or contamination, applies only to "incidental farming" as described under the exclusion, Business pursuits.**

**Pollution or contamination.** We do not cover any actual or alleged damages arising out of the discharge, dispersal, seepage, migration or release or escape of pollutants. Nor do we cover any cost or expense arising out of any request, demand or order to:
• extract pollutants from land or water;
• remove, restore or replace polluted or contaminated land or water; or
• test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants, or in any way respond to or assess the effects of pollutants.

© Chubb.2016  All rights reserved. Form no. 4610009 .02
5/29/19 8:57:29
*Reference Copy*

*Personal Liability*
*Coverage*



---

## *Exclusions*
(continued)

However, this exclusion does not apply if the discharge, dispersal, seepage, migration, release or escape is sudden and accidental. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke (except smoke from a hostile fire), vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. Waste includes materials to be disposed of, recycled, reconditioned or reclaimed.

**Pursuit or holding of public office.** We do not cover any damages arising out of a covered person's pursuit or holding of an elected public office. But we do cover such damages for you or a family member if:
• the annual compensation of the office, whether accepted or not, does not exceed $20,000; and
• the hours required to perform the duties of the office do not exceed an annual average of 20 hours of work per week during the policy period.

**Financial guarantees.** We do not cover any damages for any covered person's financial guarantee of the financial performance of any covered person, other individual or organization.

**Professional services.** We do not cover any damages for any covered person's performing or failure to perform professional services, or for professional services for which any covered person is legally responsible or licensed.

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Contractual liability.** We do not cover any assessments charged against a covered person as a member of a homeowners, condominium or cooperative association. We also do not cover any damages arising from contracts or agreements made in connection with any covered person's business. Nor do we cover any liability for unwritten contracts, or contracts in which the liability of others is assumed after a covered loss.

**Covered person's or dependent's personal injury.** We do not cover any damages for personal injury for any covered person or their dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for personal injury for which you or a family member can be held legally liable, in any way, to a spouse, a family member, or a person named in the Coverage Summary. We also do not cover any damages for personal injury for which a spouse, a family member, or a person named in the Coverage Summary can be held legally liable, in any way, to you or a family member.

However, we do cover damages for bodily injury arising out of the use of a motorized land vehicle for which you or a family member can be held legally liable to a spouse, a family member, or a person named in the Coverage Summary, or for which a spouse, a family member, or any other person named in the Coverage Summary can be held legally liable to you or a family member to the extent that coverage is provided under this part of your Masterpiece policy.

**Liability for dependent care.** We do not cover any damages for personal injury for which a covered person's only legal liability is by virtue of a contract or other responsibility for a dependent's care.

---

© Chubb.2016  All rights reserved. Form no. 4610009 .02                    5/29/19 8:57:29

*Reference Copy*

*Personal Liability Coverage*

---

## Exclusions
(continued)

**Illness.** We do not cover personal injury or property damage resulting from any illness, sickness or disease transmitted intentionally or unintentionally by a covered person to anyone, or any consequence resulting from that illness, sickness or disease. We also do not cover any damages for personal injury resulting from the fear of contracting any illness, sickness or disease, or any consequence resulting from the fear of contracting any illness, sickness or disease.

**Fungi and mold.** We do not cover any actual or alleged damages arising out of mold or any consequences resulting from mold, other than as provided under the Extra Coverage, Fungi and mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these. However, mold does not mean mold for human ingestion.

**Liability for the acts of others.** We do not cover any person for damages arising from:
• any entrustment of property;
• the failure to supervise or the negligent supervision of any person; or
• any parental or ownership liability.
This exclusion applies only to damages arising out of the ownership, maintenance or use of any motorized land vehicle, watercraft 26 feet or longer or with more than 50 engine rated horsepower, aircraft, or hovercraft.
This exclusion does not apply to:
• the Extra Coverage, Rented or borrowed vehicles; or
• any other coverage provided under an exclusion in this part of your policy.

**Nuclear or radiation hazard.** We do not cover any damages caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused.

**The following exclusions, Malicious or criminal acts and Special exclusions, apply solely to Employment practices liability coverage.**

**Malicious or criminal acts.** We do not cover any damages arising out of a willful, malicious, or criminal act or omission by any person which is intended to result in or would be expected to cause injury or damage. But we do cover such damages if the act was intended to protect people, unless another exclusion applies.

**Special exclusions.** We do not cover the following:
• occurrences arising out of the breach of an actual or implied written or oral agreement related to employment;
• costs incurred to comply with any order, grant, or agreement to provide non-monetary relief; or
• occurrences arising out of any actual or alleged violation of any of the responsibilities, obligations, or duties imposed by the Consolidated Omnibus Budget Reconciliation Act, Employment Retirement Income Security Act of 1974, Fair Labor Standards Act (except the Equal Pay Act), state wage payment and collection laws, Federal Insurance Contributions Act, Immigration Reform and Control Act of 1986, National Labor Relations Act, Occupational Safety and Health Act, Social Security Act, Workers' Adjustment and Retraining Notification Act, including any amendments to these laws, promulgated rules, or regulations or any provisions of any similar federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

---

© Chubb.2016   All rights reserved.   Form no. 4610009 .02                    5/29/19  8:57:29

*Reference Copy*



*Masterpiece*®

**Policy Terms**

CHUBB®

This part of your Masterpiece Policy explains the conditions that apply to your policy.

## General Conditions

These conditions apply to your policy in general, and to each coverage in it.

### Policy period
The effective dates of your policy are shown in the Coverage Summary. Those dates begin at 12:01 a.m. standard time at the mailing address shown. Each renewal period shall be for a similar term.

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

### Renewals
We or our agent may offer to renew this policy, at the premiums and under the policy provisions in effect at the date of renewal. We can do this by mailing you 45 days prior to the effective date of the renewal a bill for the premium to the address shown in the Coverage Summary, along with any changes in the policy provisions or amounts of coverage. You may accept our offer by paying the required premium on or before the starting date of each renewal period.

### Transfer of rights
If we make a payment under this policy, we will assume any recovery rights a covered person has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. A covered person will do everything necessary to secure such rights; and do nothing after a loss to prejudice such rights. However, you may waive any rights of recovery from another person or organization for a covered loss in writing before the loss occurs.

This Transfer of rights provision does not apply to the Extra Coverages Medical payments to others or Damaged property in Personal Liability Coverage.

### Concealment or fraud
We do not provide coverage if you or any covered person has intentionally concealed or misrepresented any material fact relating to this policy before or after a loss. However, if this policy has been in effect for more than 90 days, a claim filed by you or a covered person cannot be denied based on credit information available in public records.

If you have Florida vehicle coverage under this policy, the Fraud provision under Section III of the Florida Personal Injury Protection Coverage applies in lieu of this General Condition.

### Application of coverage
The amount of coverage applies separately to each covered person, but does not increase the amount of coverage for any one occurrence.

### Duplicate coverages
If a loss is covered under more than one part of this policy, we will pay you under the coverage part giving you the most coverage. We will not pay under more than one coverage part of the policy for the same elements of loss. However, when both Valuable Articles Coverage and contents coverage are shown in the Coverage Summary, and a loss is covered under both parts, your amount of

*Reference Copy*

*Policy Terms*

## *General Conditions*
(continued)

coverage will equal the combined total of both contents and Valuable Articles Coverage subject to the Contents Special limits and policy provisions. In no event will we make duplicate payments.

## Assignment
Assignment of this policy will not be valid unless we give our written consent.

## Policy changes
This policy can be changed only by a written amendment we issue.

## Vehicle premium
If you have vehicle coverage, the premium for the vehicle coverage is based on information we have received from you, your agent, or other sources. If the information is incorrect or incomplete, or changes during the policy period, you must inform us or your agent of any changes as soon as possible regarding:
- your vehicle, including its use;
- the covered persons who regularly use your vehicle, including newly licensed family members; or
- the location where your vehicle is principally garaged.

We may decrease or increase your premium during the policy period based on the corrected, completed, or changed information and we reserve our rights to cancel or to decline to renew.

## Bankruptcy or insolvency
We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else or his or her estate becomes bankrupt or insolvent.

## In case of death
In the event of your death, we cover your legal representative or any person having proper temporary custody of your property until a legal representative is appointed and qualified, but only with respect to your premises, motor vehicle(s) and other property covered under the policy at the time of death. We will also cover any member of your household who is a covered person at the time of death, including your spouse who lives with you.

## Liberalization
We may extend or broaden the coverage provided by this policy. If we do this during the policy period or within 60 days before it begins, without increasing the premium, then the extended or broadened coverage will apply to occurrences after the effective date of the extended or broadened coverage.

## Conforming to state law
If any provision of this policy conflicts with the laws of the state you live in, this policy is amended to conform to those laws.

## Conforming to trade sanction laws
This policy does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

© Chubb.2016.  All rights reserved.  Form no. 7000009 .02
10/29/18  15:58:17
*Reference Copy*

*Policy Terms*





---

## *Liability Conditions*

These conditions apply to all liability coverages in this policy.

### Other insurance

**Vehicles:** When other liability insurance applies to covered damages, we will pay our share. Our share is the proportion that the amount of coverage under this policy bears to the total of all applicable amounts of coverage. However, for non-owned motorized land vehicles, this insurance is excess over any other insurance, except that written specifically to cover excess over the amount of coverage in this policy. If Lease gap coverage applies to a covered loss, that coverage is excess over any other insurance.

**Personal and Excess:** This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy.

**Additional liability protection.** If you have Masterpiece Personal Liability Coverage or Masterpiece Vehicle Liability Coverage, you are eligible to apply for excess liability protection. The additional protection covers your house, vehicle(s) and other personal exposures under our Masterpiece Excess Liability Coverage. Acceptance is subject to our approval.

When you no longer have at least one of either Masterpiece Personal Liability Coverage or Masterpiece Vehicle Liability Coverage, your eligibility for Masterpiece Excess Liability Coverage will cease as of the cancellation or nonrenewal date. If Masterpiece Excess Liability Coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

### Your duties after a loss

In case of an accident or occurrence, the covered person shall perform the following duties that apply:

**Notification.** You must notify us or your agent as soon as is practical.

**Assistance.** You must promptly provide us with all available information. This includes any suit papers or other documents which help us in the event that we defend you.

**Cooperation.** You must cooperate with us fully in any legal defense. This may include any association by us with the covered person in defense of a claim reasonably likely to involve us.

**Examination.** A person making a claim under any liability or vehicle coverages in this policy must:
- submit as often as we reasonably require;
  - to physical exams by physicians we select, which we will pay for; and
  - to examination under oath and subscribe the same; and
- authorize us to obtain;
  - medical reports; and
  - other pertinent records.

*Reference Copy*

*Policy Terms*

---

## *Liability Conditions*
(continued)

### Appeals

If a covered person, or any primary insurer, does not appeal a judgement for covered damages, we may choose to do so. We will then become responsible for all expenses, taxable costs, and interest arising out of the appeal. However, the amount of coverage for damages will not be increased.

---

## *Property Conditions*

These conditions apply to all coverages for damage to property and all coverages for damage to vehicles in this policy.

### Other insurance

When other property insurance applies to a covered loss, we will pay only the portion of the loss that the amount of coverage under this policy bears to the total amount of insurance covering the loss, except as follows:

**Vehicles:** If Lease gap coverage applies to a covered loss, that coverage is excess over any other insurance.

**Condominiums and Cooperatives:** If there is other recoverable insurance in the name of the condominium or cooperative association covering the same property covered by us, our coverage shall be in excess of the other insurance.

**Valuable articles:** If there is other insurance in the name of a consignor, gallery, auction house or museum, covering the same property covered by us, our coverage shall be in excess of a loss covered under the other insurance.

### Your duties after a loss

If you have a loss this policy may cover, you must perform these duties:

**Notification.** You must promptly notify us or your agent of your loss. In case of theft or accident, you must also notify the police or similar competent authority.

**Protect property.** You must take all reasonable means that are necessary to protect property from further loss or damage.

**Prepare an inventory.** You must prepare an inventory of damaged personal property, describing the property in full. It should show in detail the amount insured under this policy and actual amount of the loss. Attach bills, receipts, and other documents to support your inventory.

**Display property.** You must show us as often as we reasonably require the damaged property when we ask.

© Chubb.2016.  All rights reserved.  Form no. 7000009 .02

10/29/18  15:58:17

*Reference Copy*

*Policy Terms*





---

## *Property Conditions*
(continued)

**Proof of loss.** You must submit to us as often as we reasonably require your signed, sworn proof of loss providing all information and documentation we request such as the cause of loss, inventories, receipts, repair estimates and other similar records.

**Examination under oath.** We have the right to examine separately under oath as often as we may reasonably require you, family members and any other members of your household and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all pertinent records and documents we request and permit us to make copies.

## Loss payment
We will pay or deny a claim for a covered loss within 90 days after we receive notice of the initial, reopened or supplemental claim unless factors beyond our control reasonably prevent such payment or denial. Once we reach written agreement with you, we will pay you, unless some other person is named in this policy or is legally entitled to receive payment, within 20 days. If you are not paid within 20 days we will pay interest at the legal rate from the date written agreement was reached. If final judgement is made by a court, we will pay you within 60 days of entry of the final judgement. If there is a filing of an appraisal award or a mediated settlement with us, we will pay you within 60 days of the award or settlement.

## Adjuster meeting and inspection of property
A company employee adjuster, independent adjuster, attorney, investigator, or other persons acting on behalf of us that needs access to you or the claimant or to the insured property that is the subject of a claim must provide at least 48 hours' notice to you or the claimant, public adjuster, or legal representative before scheduling a meeting with you or the claimant or an onsite inspection of the insured property. You or the claimant may deny access to the property if the notice has not been provided. You or the claimant may waive the 48-hour notice.

## Insurable interest
We will not pay for any loss to property in which you or a family member does not have an insurable interest at the time of the loss.

If more than one person has an insurable interest in covered property, we will not pay for an amount greater than your interest, up to the amount of coverage that applies.

## Abandoning property
You cannot abandon any property to us unless we agree to accept it, or to a third party unless we agree.

## Carrier and bailees
We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged or lost property.

---

*Reference Copy*

*Policy
Terms*

---

## *Special Conditions*

In the event of conflict with any other conditions of your policy, these conditions supersede.

### Legal action against us

You agree not to bring legal action against us unless you have first complied with all conditions of this policy. For property, you also agree to bring any action against us within five years after a loss occurs.

For liability, you also agree not to bring any action against us until the amount of damages you are legally obligated to pay has been finally determined after an actual trial or appeal, if any, or by a written agreement between you, us and the claimant. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

### Appraisals

If you or we fail to agree on the amount of loss, you or we may request and both parties must agree to an appraisal of the loss. Each party will select an appraiser within 20 days after receiving written request from the other. The two appraisers will select an impartial umpire. If they cannot agree on an impartial umpire within 15 days, you or we may request that the selection be made by a judge of a court having jurisdiction. Written agreement signed by any two shall set the amount of the loss. However, the maximum amount we will pay for a loss is the applicable amount of coverage even if the amount of the loss is determined to be greater by appraisal. Each appraiser will be paid by the party selecting the appraiser. Other expenses of the appraisal and the compensation of the impartial umpire shall be shared equally by you and us. We do not waive our rights under this policy by agreeing to an appraisal.

### Mediation

**Vehicle coverage only:**
In any claim filed with us for:
• property damage; or
• loss resulting from bodily injury in an amount of $10,000 or less; or
• loss to a vehicle or any non-owned vehicle;
  either party may demand mediation of the claim, prior to taking legal action, by filing a written request with the Department of Financial Services on a form approved by the Department. The request must state:
• why mediation is being requested; and
• the issues in dispute which are to be mediated.

Only one mediation may be requested for each claim, unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

The Department shall randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference, which will be held within 45 days of the request for mediation. The conference may be held by telephone, if feasible.

---

© Chubb.2016.  All rights  reserved.  Form  no. 7000009  .02                         10/29/18  15:58:17
**Reference Copy**

*Policy Terms*



---

## *Special Conditions*
(continued)

The mediation shall be conducted as an informal process and formal rules of evidence and procedure need not be observed. Participants must:
- have authority to make a binding decision; and
- mediate in good faith.

Costs of the mediation shall be shared equally by both parties unless the mediator determines that one party has not mediated in good faith.

### Mortgagee or loss payee
If a mortgagee or loss payee is named in this policy, any loss payable will be paid to the mortgagee or loss payee and you, as interests appear. We will not require a dual endorsement from any mortgagee or loss payee for amounts payable under the policy for which such mortgagee or loss payee has no insurable interest. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgagees.

We cover the interests of the loss payee unless the loss results from fraudulent acts or omissions on your part.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee or loss payee, provided that the mortgagee or loss payee:
- notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee or loss payee is aware;
- pays any premium due under this policy on demand if you have neglected to pay the premium; and
- submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

Policy conditions relating to appraisals, and legal action against us, apply to the mortgagee and loss payee. If the policy is cancelled or not renewed by us, the mortgagee or loss payee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee or loss payee for any loss and deny payment to you, then:
- our rights are subrogated to all rights of the mortgagee or loss payee granted under the mortgage on the property; or
- at our option, we may pay to the mortgagee or loss payee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer from the mortgagee or loss payee and all securities held as collateral to the debt.

Subrogation will not impair the right of the mortgagee or loss payee to recover the full amount of the mortgagee's or loss payee's claim.

### Nonrenewal
**Other than a homeowners and vehicle policy:**
If we decline to renew this policy, we will mail you a notice of nonrenewal at the mailing address shown in the Coverage Summary at least 45 days before the policy ends and we will obtain a certificate of mailing. If the policy period is other than one year, we have the right to refuse to renew only on each anniversary of the effective date. Our right to decline to renew applies to each coverage or limit in this policy. This notice will contain the reason(s) for nonrenewal.

© Chubb.2016.  All rights reserved.  Form no. 7000009  .02

10/29/18  15:58:17

*Reference Copy*

---

## *Special Conditions*
(continued)

**For a homeowners policy only:**
If we decline to renew this policy, we will mail you a notice of nonrenewal at the mailing address shown in the Coverage Summary at least 120 days before the policy ends and we will obtain a certificate of mailing. This provision applies in the absence of an emergency order. This notice will contain the reason(s) for nonrenewal.

We may nonrenew this policy for any reason except the following:
- property insurance claims that are the result of an act of God, unless we can prove that you did not take action reasonably necessary as requested by us to protect property from further damage; or
- a single claim which is caused by water damage, unless we can prove that you did not take reasonable action necessary as requested by us to protect property from further damage; or
- loss caused by sinkhole activity, unless you fail to comply with the recommendations of the professional engineer to mitigate the loss, or our payments equal or exceed the amount of coverage in force at the time of loss under this policy; or
- the lawful use, possession, or ownership of a firearm or ammunition by the insured or a household member of the insured; or
- information contained in a credit report.

If a state of emergency is declared by the Governor and an emergency order is filed by the Commissioner of Insurance Regulation due to a hurricane, and the residence has been damaged as a result of a hurricane or wind loss that is the subject of the declared emergency, we may not nonrenew until after a 90 day period following the completion of repairs. During the period beginning from the date the state of emergency is declared to the 90 days following the repairs to the house or other permanent structures or the contents located at the residence, we may only nonrenew with 45 days notice for the following:
  - for nonpayment of premium;
  - for material misstatement or fraud related to the claim;
  - if we determine that you have unreasonably caused a delay in the repair of the house or other permanent structure(s) or the contents; or
  - if we have paid up to the policy limits for a claim.

If the date of nonrenewal is to take effect during the duration of a hurricane, the effective date of the nonrenewal will be extended until the hurricane ends.

**For a vehicle policy only:**
If we decline to renew this policy, we will mail you a notice of nonrenewal at the mailing address shown in the Coverage Summary at least 45 days before the policy ends and we will obtain a certificate of mailing. If the policy period is other than one year, we have the right to refuse to renew only on each anniversary of the effective date. This notice will contain the reason(s) for nonrenewal.

However, we will not exercise our right of nonrenewal solely because you have been convicted of a noncriminal traffic infraction, unless you have been convicted of:
- two or more traffic violations within a 18 month period; or

© Chubb.2016.  All rights reserved.  Form no. 7000009 .02

*Reference Copy*



---

## *Special Conditions*
(continued)

- three or more traffic violations within a 36 month period; or
- exceeding the speed limit by more than 15 miles per hour.

In addition, we will not exercise our right of nonrenewal because you have been involved in one at-fault accident within the current 3 year period. However, we may nonrenew a policy for reasons other than accidents, but not for the lawful use, possession, or ownership of a firearm or ammunition by the insured or a household member of the insured.

**Combined homeowner and vehicle policy:**
If we decline to renew this combination policy for any reason, except for reasons that are not allowed as listed under either the homeowners coverage only or vehicle coverage only Nonrenewal sections above, we will mail you a notice of nonrenewal at the mailing address shown in the Coverage Summary at least 90 days before the policy ends and we will obtain a certificate of mailing. This notice will contain the reason(s) for nonrenewal.

## Your cancellation
**For a policy other than a vehicle policy**
You may cancel this policy or any part of it at any time by returning it to us or notifying us in writing of the future date that the cancellation is to take effect.

**For a vehicle policy only:**
**Within 60 days.** When personal injury protection or vehicle property damage liability coverage has been in effect for less than 60 days you may cancel only if your covered vehicle is totally destroyed, you transfer ownership of your covered vehicle, you purchase a vehicle policy that replaces this policy, or you are a service member called to active duty by the United States Armed Forces outside the United States in an emergency situation. This provision applies to both a new policy and a renewal.

## Our cancellation
We may cancel this policy subject to the following conditions. Our right to cancel applies to any coverage or limit in this policy.

**Nonpayment of premium.** We may cancel this policy or any part of it with 10 days notice if you fail to pay the premium by the due date, regardless of whether the premium is payable to us, to our agent, or under any finance or credit plan. However, if this policy is cancelled because of a lender's failure to timely pay the premium when due, we will reinstate the policy retroactive to the date of cancellation if we receive the past due premium within 90 days of the due date.

**Cancellation for other than nonpayment of premium**
**For a vehicle policy only:**
**Within 60 days.** We may only cancel vehicle coverage within the first 60 days of initial coverage with 10 days notice if a check used to pay us is dishonored for any reason or any type of premium payment is determined to be rejected or invalid.

**60 days or over.**
**Misrepresentation.** We may cancel any vehicle coverage in this policy with 45 days notice if the coverage was obtained through material misrepresentation or fraud.

© Chubb.2016.   All rights  reserved.  Form  no. 7000009  .02
10/29/18  15:58:17

*Reference  Copy*

*Policy
Terms*

---

## *Special Conditions*
(continued)

**Driver's license suspension.**
We may cancel any vehicle coverage in this policy with 45 days notice if your driver's license or
that of any driver who lives with you, or customarily uses your car has been suspended or revoked
during the policy period, or 180 days immediately preceding its effective date or, if the policy is a
renewal, during the policy period.

**For a homeowners policy only:**
**90 days or less.** When this policy or any part of it, has been in effect for 90 days or less, we will
provide 120 days notice of cancellation. This provision applies in the absence of an emergency
order.

However, we may not cancel coverage for:
• property insurance claims that are the result of an act of God, unless we can prove that you did not
take reasonable action necessary as requested by us to protect property from further damage; or
• a single claim which is caused by water damage, unless we can prove that you did not take
reasonable action necessary as requested by us to protect property from further damage.

**Over 90 days.** When this policy has been in effect over 90 days, we will provide 120 days notice of
cancellation.

We may cancel this policy if:
• the coverage was obtained through misrepresentation, fraudulent statements, or omissions or
concealment of a material fact that is relevant to the acceptance of the risk or to the hazard we
assumed; or
• there is a substantial change in the risk which increases the chance of loss after insurance
coverage has been issued or renewed; or
• there is a failure to comply with underwriting requirements within 90 days of
the effective date of coverage which were established by us before the policy was in effect; or
• the cancellation is for all insureds under such policies for a given class of insureds.

We may not cancel this policy:
• for property insurance claims that are the result of an act of God, unless we can prove that you did
not take reasonable action necessary as requested by us to protect property from further damage;
• for a single claim which is caused by water damage, unless we can prove that you did not take
reasonable action requested by us to protect property from further damage; or
• due to information contained in a credit report.

If a state emergency is declared by the Governor and an emergency order is filed by the
Commissioner of Insurance Regulation due to a hurricane, and the residence has been damaged as
a result of a hurricane or wind loss that is the subject of the declared emergency, we may not
cancel until after a 90 day period following the completion of repairs. During the period beginning
from the date the state of emergency is declared to the 90 days following the repairs to the house
or other permanent structures or the contents located at the residence, we may only cancel for the
following with:
• 10 days notice for nonpayment of premium;

© Chubb.2016.  All rights reserved.  Form no. 7000009  .02
                                                                                     10/29/18  15:58:17
*Reference Copy*

*Policy Terms*



---

## *Special Conditions*
(continued)

- 45 days notice:
  - for material misstatement or fraud related to the claim;
  - if we determine that you have unreasonably caused a delay in the repair of the house or other permanent structure(s) or the contents; or
  - if we have paid up to the policy limits for a claim.

If the date of cancellation is to take effect during the duration of a hurricane, the effective date of the cancellation will be extended until the hurricane ends.

**For a homeowner and vehicle policy**
We will not cancel homeowners coverage or vehicle coverage due to the lawful use, possession, or ownership of a firearm or ammunition by the insured or a household member of the insured.

**For a policy other than a homeowners or vehicle policy**
**90 days or less.** When this policy or any part of it has been in effect for 90 days or less, we may cancel with 20 days notice for any reason.

**Over 90 days.** When this policy or any part of it has been in effect over 90 days, we will provide 90 days notice of cancellation.

## Procedure
To cancel this policy or any part of it, we must notify you in writing. This notice will be mailed to you at the mailing address shown in the Coverage Summary and we will obtain a certificate of mailing. This notice will include the date the cancellation is to take effect and the reason for cancellation.

## Refund
In the event of cancellation by you or by us, we will refund all unearned premium within 15 days after the effective date of cancellation. The unearned premium will be computed pro rata for the unexpired term for each part of the policy.

**For a vehicle policy only:**
If you have been billed an incorrect amount, we will send you a premium notice for the additional amount. You will have ten days to pay the additional premium to continue vehicle coverage or to request cancellation of vehicle coverage. We may cancel vehicle coverage with 14 days notice if you do not respond within the time period specified in the premium notice.

In the event of cancellation by you, we will refund all unearned premium within 30 days of receipt of your notice of cancellation or the effective date of cancellation, whichever is later. If the return premium is not refunded within 30 days, we will pay 8% interest on the unearned premium. If the return premium is not refunded within 45 days, you may bring action against us.

If you are a service member who cancels vehicle coverage because you are called to active duty or are transferred by the United States Armed Forces to a location where vehicle coverage is not required, we will refund 100% of the unearned premium.

© Chubb.2016. All rights reserved. Form no. 7000009 .02     10/29/18 15:58:17

*Reference Copy*

# *Masterpiece*® *Policy Information Notice*

CHUBB®

**IMPORTANT NOTICE**

You have certain rights to review and correct or amend information in your file with the producer or the insurer. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Risk Services
Attention: Policy Information
202 Halls Mill Road
PO Box 1600
Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

1-800-252-4670