

# Orange County Clerk - Court Records Search

## 2022-CA-006415-O : SOUTH, JEFFREY TODD et al. vs. FEDERAL INSURANCE COMPANY

| | | | |
|---|---|---|---|
| Case Type: | CA - Breach of Agreement/Contract | Date Filed: | 7/14/2022 |
| Location: | Div 34 | UCN: | 482022CA006415A001OX |
| Judge: | Paetra Brownlee | Status: | Pending |
| Citation Number: | CA - Breach of Agreement/Contract | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| JEFFREY TODD SOUTH | Plaintiff | LOGAN TEMPLETON | 407-539-1638 |
| LISA SOUTH | Plaintiff | | |
| FEDERAL INSURANCE COMPANY | Defendant | DERICKA BURKE | 813-281-1900 |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 8/4/2022 | Notice Appearance of Counsel | 2 |
| 7/18/2022 | Notice of Service of Process/Return | 4 |
| | Comments: ELECTRONIC DELIVERY on Monday, July 18, 2022 ELECTRONIC DELIVERY on Monday, July 18, 2022 t | |
| 7/18/2022 | Notice of Filing | 1 |
| | Comments: NOTICE OF SERVICE OF PROCESS | |
| 7/15/2022 | Summons Issued Electronically as to | 3 |
| | Comments: EM ATTY | |
| 7/14/2022 | Correspondence | 5 |
| 7/14/2022 | Interrogatories | 7 |
| 7/14/2022 | Request to Produce | 5 |
| 7/14/2022 | Request for Admissions | 3 |
| 7/14/2022 | General Standing Case Management Plan/Order | 3 |
| 7/14/2022 | Notice of Designation of Email Address | 2 |
| 7/14/2022 | Complaint | 123 |
| 7/14/2022 | Civil Cover Sheet | 3 |
| 7/14/2022 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|

| Date | Description | Payer | Amount |
|---|---|---|---|
| 7/14/2022 | Transaction Assessment | | 410.00 |
| 7/14/2022 | Payment | Logan Christopher Templeton | -410.00 |
| | | Balance Due: | 0.00 |

| Bonds | | | |
|---|---|---|---|
| Description | Status Date | Bond Status | Amount |

| Warrants | | | | | |
|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |