# Property Record - 09-23-28-2197-00-040

Orange County Property Appraiser • http://www.ocpafl.org

## Property Summary as of 08/10/2022

**Property Name**
4312 Down Point Ln

**Names**
South J Todd
South Lisa

**Municipality**
WND - Windermere

**Property Use**
0104 - Single Fam Class IV

**Mailing Address**
4312 Down Point Ln
Windermere, FL 34786-8410

**Physical Address**
4312 Down Point Ln
Windermere, FL 34786



**QR Code For Mobile Phone**











# Value and Taxes

## Historical Value and Tax Benefits

| Tax Year Values | | Land | | Building(s) | | Feature(s) | | Market Value | Assessed Value |
|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ MKT | $910,000 | + | $1,843,727 | + | $98,120 | = | $2,851,847 (-.52%) | **$2,750,935** (1.4%) |
| 2020 | ✓ MKT | $910,000 | + | $1,857,891 | + | $98,880 | = | $2,866,771 (-.52%) | **$2,712,954** (2.3%) |
| 2019 | ✓ MKT | $910,000 | + | $1,872,054 | + | $99,640 | = | $2,881,694 (1.7%) | **$2,651,959** (1.9%) |
| 2018 | ✓ MKT | $910,000 | + | $1,822,432 | + | $100,400 | = | $2,832,832 | **$2,602,511** |

| Tax Year Benefits | | Original Homestead | Additional Hx | Other Exemptions | SOH Cap | Tax Savings |
|---|---|---|---|---|---|---|
| 2021 | ✓ $ HX CAP | $25,000 | $25,000 | $0 | $100,912 | **$2,216** |
| 2020 | ✓ $ HX CAP | $25,000 | $25,000 | $0 | $153,817 | **$3,075** |
| 2019 | ✓ $ HX CAP | $25,000 | $25,000 | $0 | $229,735 | **$4,352** |
| 2018 | ✓ $ HX CAP | $25,000 | $25,000 | $0 | $230,321 | **$4,414** |

## 2021 Taxable Value and Certified Taxes

| Taxing Authority | Assd Value | Exemption | Tax Value | Millage Rate | Taxes | % |
|---|---|---|---|---|---|---|
| Public Schools: By State Law (Rle) | $2,750,935 | $25,000 | $2,725,935 | 3.4890 (-3.33%) | $9,510.79 | 22 % |
| Public Schools: By Local Board | $2,750,935 | $25,000 | $2,725,935 | 3.2480 (0.00%) | $8,853.84 | 21 % |
| Orange County (General) | $2,750,935 | $50,000 | $2,700,935 | 4.4347 (0.00%) | $11,977.84 | 28 % |
| Town Of Windermere | $2,750,935 | $50,000 | $2,700,935 | 3.7425 (0.00%) | $10,108.25 | 24 % |
| Library - Operating Budget | $2,750,935 | $50,000 | $2,700,935 | 0.3748 (0.00%) | $1,012.31 | 2 % |
| South Florida Water Management District | $2,750,935 | $50,000 | $2,700,935 | 0.1061 (-3.81%) | $286.57 | 1 % |
| South Florida Wmd Okeechobee Basin | $2,750,935 | $50,000 | $2,700,935 | 0.1146 (-3.86%) | $309.53 | 1 % |
| South Florida Wmd Everglades Const | $2,750,935 | $50,000 | $2,700,935 | 0.0365 (-3.95%) | $98.58 | 0 % |
| Wind Wtr & Nav Cntrl Dist | $2,750,935 | $50,000 | $2,700,935 | 0.2528 (0.00%) | $682.80 | 2 % |
| | | | | **15.7990** | **$42,840.51** | |

## 2021 Non-Ad Valorem Assessments

| Levying Authority | Assessment Description | Units | Rate | Assessment |
|---|---|---|---|---|
| TOWN OF WINDERMERE | WND FIRE RESCUE - N/A - (407)876-2563 | 2430.84 | $1.00 | $2,430.84 |
| TOWN OF WINDERMERE | WND SOLID WASTE - GARBAGE - (407)876-2563 | 289.30 | $1.00 | $289.30 |
| TOWN OF WINDERMERE | WND STORM - DRAINAGE - (407)876-2563 | 408.00 | $1.00 | $408.00 |
| | | | | $3,128.14 |

# Property Features

## Property Description

DOWN POINT SUB 2/97 LOT 4, N1/2 OF LOT 3 & THAT PART OF THE EAST 1/2 OF THE NE 1/4 OF THE SW 1/4 AND THAT PART OF THE NW 1/4 OF THE SE 1/4 LYING SOUTH OF THE WESTERLY EXTENSION OF THE NORTH LINE OF LOT 4 AND NORTH OF THE WESTERLY EXTENSION OF THE SOUTH LINE OF THE NORTH 1/2 OF LOT 3 IN SEC 9-23-28

## Total Land Area

| 191,606 sqft (+/-) | | 4.40 acres (+/-) | GIS Calculated |
|---|---|---|---|

## Land

| Land Use Code | Zoning | Land Units | Unit Price | Land Value | Class Unit Price | Class Value |
|---|---|---|---|---|---|---|
| 0130 - Sfr - Lake Front | SFR | 1 LOT(S) | working... | working... | working... | working... |

## Buildings

| Model Code | 01 - Single Fam Residence | Subarea Description | Sqft | Value |
|---|---|---|---|---|
| Type Code | 0104 - Single Fam Class IV | BAS - Base Area | 6336 | working... |
| Building Value | working... | FGR - Fin Garage | 1107 | working... |
| Estimated New Cost | working... | FOP - F/Opn Prch | 1124 | working... |
| Actual Year Built | 2007 | FUS - F/Up Story | 1974 | working... |
| Beds | 5 | PTO - Patio | 151 | working... |
| Baths | 6.5 | UST - Unf Storag | 810 | working... |

| | |
|---|---|
| Floors | 2 |
| Gross Area | 11502 sqft |
| Living Area | 8310 sqft |
| Exterior Wall | Cb.Stucco |
| Interior Wall | Drywall |



| | | | | |
|---|---|---|---|---|
| Model Code | 01 - Single Fam Residence | Subarea Description | Sqft | Value |
| Type Code | 0104 - Single Fam Class IV | BAS - Base Area | 2985 | working... |
| Building Value | working... | FGR - Fin Garage | 1248 | working... |
| Estimated New Cost | working... | FOP - F/Opn Prch | 397 | working... |
| Actual Year Built | 2008 | FUS - F/Up Story | 1455 | working... |
| Beds | 3 | | | |
| Baths | 3.5 | | | |
| Floors | 2 | | | |
| Gross Area | 6085 sqft | | | |
| Living Area | 4440 sqft | | | |
| Exterior Wall | Cb.Stucco | | | |
| Interior Wall | Drywall | | | |



## Extra Features

| Description | Date Built | Units | Unit Price | XFOB Value |
|---|---|---|---|---|
| BH3 - Boat House 3 | 01/01/2001 | 1 Unit(s) | working... | working... |
| PL3 - Pool 3 | 12/19/2007 | 1 Unit(s) | working... | working... |
| FPL2 - Fireplace 2 | 12/19/2007 | 1 Unit(s) | working... | working... |
| FPL3 - Fireplace 3 | 12/19/2007 | 2 Unit(s) | working... | working... |
| SKT3 - Summer Kitchen 3 | 12/19/2007 | 1 Unit(s) | working... | working... |
| BD1 - Boat Dock 1 | 12/19/2007 | 1 Unit(s) | working... | working... |
| SCR2 - Scrn Enc 2 | 12/19/2007 | 1 Unit(s) | working... | working... |
| PT3 - Patio 3 | 02/15/2008 | 1 Unit(s) | working... | working... |
| FPL2 - Fireplace 2 | 02/15/2008 | 1 Unit(s) | working... | working... |
| SPA3 - Spa 3 | 12/19/2007 | 1 Unit(s) | working... | working... |