

**3MG Roofing**

| | |
|---|---|
| Client: | Todd South |
| Property: | 4312 Down Point Lane |
| | Windermere, FL 34786 |
| | |
| Operator: | TRUEHOME |
| | |
| Estimator: | James Bouzas |
| Position: | Regional Manager |
| Company: | 3MG Roofing |
| Business: | 1850 W Fairbanks Ave |
| | Winter Park, FL 32789 |

| | |
|---|---|
| Business: | (407) 216-8273 |
| E-mail: | james@3mgroofing.com |

| | |
|---|---|
| Type of Estimate: | Wind Damage |
| Date Entered: | 2/5/2021 |
| Date Est. Completed: | 2/9/2021 |
| Date Assigned: | |
| Date Job Completed: | |
| | |
| Price List: | FLOR8X_FEB21 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 2021-02-05-1053 |

EXHIBIT 3

**3MG Roofing**

**2021-02-05-1053**

**Permit & Fees**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 2,600.00 | 0.00 | 520.00 | 3,120.00 |
| Cost of Permit & Fees. Receipt for cost from Orange County will be provided verification and sent in with Certificate of Completion. | | | | | | |
| Totals: Permit & Fees | | | | 0.00 | 520.00 | 3,120.00 |

**Roof (Structure 1)**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2. Tear off, haul and dispose of tile roofing | 122.33 SQ | 169.99 | 0.00 | 0.00 | 4,158.98 | 24,953.86 |
| Removal of current tiles on structure #1. | | | | | | |
| 3. R&R Sheathing - plywood - 5/8" CDX | 12,206.00 SF | 0.55 | 3.02 | 999.67 | 8,915.02 | 53,490.11 |
| NEEDED. | | | | | | |
| 4. R&R Furring strip - 1" x 2" | 12,233.00 SF | 0.40 | 1.01 | 206.74 | 3,491.04 | 20,946.31 |
| Removal and replacement of furring strip battens. | | | | | | |
| 5. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 625.00 | 0.00 | 0.00 | 500.00 | 3,000.00 |
| Multiple dumpsters needed due to quantity of tiles disposed of. | | | | | | |
| 6. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 83.40 SQ | 13.61 | 0.00 | 0.00 | 227.02 | 1,362.09 |
| Additional charge for steep sections of roof. | | | | | | |
| 7. Re-nailing of roof sheathing - complete re-nail | 12,206.00 SF | 0.00 | 0.30 | 15.87 | 735.54 | 4,413.21 |
| Ordinance & Law - Code Compliance for 2007 building code change. | | | | | | |
| 8. Modified bitumen roof | 122.33 SQ | 0.00 | 420.77 | 766.44 | 10,447.84 | 62,687.07 |
| Modified bit underlayment. | | | | | | |
| 9. Remove Drip edge | 756.00 LF | 0.32 | 0.00 | 0.00 | 48.38 | 290.30 |
| Removal of drip edge. | | | | | | |
| 10. Drip edge | 806.00 LF | 0.00 | 2.80 | 42.96 | 459.96 | 2,759.72 |
| Replacement of drip edge. Additional 50ft for cut waste and FL building code overlap requirement. | | | | | | |
| 11. R&R Valley metal - (W) profile | 483.00 LF | 0.58 | 7.56 | 98.89 | 806.10 | 4,836.61 |
| Replacement of valley metal. | | | | | | |
| 12. Prime & paint exterior fascia - metal, 4"- 6" wide | 756.00 LF | 0.00 | 1.32 | 6.39 | 200.86 | 1,205.17 |

 **3MG Roofing**

### CONTINUED - Roof (Structure 1)

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Drip edge currently painted to match fascia. Needs to be painted back to match. | | | | | | |
| 13. Bird stop - Eave closure strip for tile roofing - metal | 756.00 LF | 0.00 | 4.02 | 77.15 | 623.26 | 3,739.53 |
| Eave closure installation required by FL code. | | | | | | |
| 14. R&R Flashing - pipe jack | 10.00 EA | 6.85 | 51.73 | 7.92 | 118.74 | 712.46 |
| Replacement of pipe jacks. | | | | | | |
| 15. Prime & paint roof jack | 10.00 EA | 0.00 | 28.80 | 4.69 | 58.54 | 351.23 |
| Prime & Paint roof jacks. | | | | | | |
| 16. R&R Exhaust cap - through roof - up to 4" | 10.00 EA | 8.75 | 88.27 | 16.25 | 197.30 | 1,183.75 |
| Replacement of goosenecks. | | | | | | |
| 17. Roof vent - off ridge type - 2' | 15.00 EA | 0.00 | 94.98 | 36.38 | 292.22 | 1,753.30 |
| Off Ridge Vent installation. | | | | | | |
| 18. Prime & paint roof vent | 25.00 EA | 0.00 | 28.80 | 11.72 | 146.34 | 878.06 |
| Painting of vents and goosenecks. | | | | | | |
| 19. R&R Saddle or cricket - 26 to 50 SF | 3.00 EA | 36.51 | 277.79 | 23.83 | 193.34 | 1,160.07 |
| Replacement of cricket. | | | | | | |
| 20. R&R Chimney flashing - large (32" x 60") | 3.00 EA | 24.35 | 614.22 | 22.25 | 387.62 | 2,325.58 |
| Replacement of chimney flashing. | | | | | | |
| 21. Hip & ridge nailer board for tile roofing - channel metal | 945.00 LF | 0.00 | 3.28 | 98.28 | 639.58 | 3,837.46 |
| Replacement of hip & ridge nailer with code required channel metal in their place. | | | | | | |
| 22. Ridge / Hip / Rake cap - tile roofing | 1,039.50 LF | 0.00 | 13.26 | 468.92 | 2,850.54 | 17,103.23 |
| 10% Waste on Quantity to account for install cuts and transport breakage. | | | | | | |
| 23. Mortar bed for tile | 945.00 SF | 0.00 | 4.24 | 88.45 | 819.06 | 4,914.31 |
| Mortaring of hip and ridge tiles. | | | | | | |
| 24. Step flashing | 156.00 LF | 0.00 | 11.55 | 15.62 | 363.48 | 2,180.90 |
| Replacement of step flashing. | | | | | | |
| 25. R&R Flashing - L flashing - galvanized | 91.00 LF | 0.58 | 4.64 | 8.70 | 96.74 | 580.46 |
| Replacement of L flashing. | | | | | | |
| 26. R&R Metal lath & stucco | 247.00 SF | 0.74 | 5.49 | 20.71 | 311.90 | 1,871.42 |
| Repairing of stucco where flashing needs to be replaced. | | | | | | |
| 27. ==Tile roofing - Clay - "S" or flat tile== | ==148.00 SQ== | 0.00 | 707.79 | 2,051.66 | 21,360.92 | 128,165.50 |

 **3MG Roofing**

### CONTINUED - Roof (Structure 1)

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 21% Waste on quantity to account for install cutting and transport breakage. This number is suggested by Eagleview (see attached document). Structure is extremely complex with 68 roof facets. | | | | | | |
| 28. Additional charge for steep roof - 7/12 to 9/12 slope | 83.40 SQ | 0.00 | 55.37 | 0.00 | 923.58 | 5,541.44 |
| Additional charge for steep sections of roof. | | | | | | |
| Totals: Roof (Structure 1) | | | | 5,089.49 | 59,373.90 | 356,243.15 |

### Roof (Structure 2)

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 29. Tear off, haul and dispose of tile roofing | 67.00 SQ | 169.99 | 0.00 | 0.00 | 2,277.86 | 13,667.19 |
| Removal of current tiles on structure #2. | | | | | | |
| 30. R&R Sheathing - plywood - 5/8" CDX | 6,700.00 SF | 0.55 | 3.02 | 548.73 | 4,893.54 | 29,361.27 |
| NEEDED. | | | | | | |
| 31. R&R Furring strip - 1" x 2" | 6,700.00 SF | 0.40 | 1.01 | 113.23 | 1,912.04 | 11,472.27 |
| Removal and replacement of furring strip battens. | | | | | | |
| 32. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 625.00 | 0.00 | 0.00 | 250.00 | 1,500.00 |
| Multiple dumpsters needed due to quantity of tiles disposed of. | | | | | | |
| 33. Re-nailing of roof sheathing - complete re-nail | 6,700.00 SF | 0.00 | 0.30 | 8.71 | 403.74 | 2,422.45 |
| Ordinance & Law - Code Compliance for 2007 building code change. | | | | | | |
| 34. Modified bitumen roof | 67.00 SQ | 0.00 | 420.77 | 419.78 | 5,722.28 | 34,333.65 |
| Modified bit underlayment. | | | | | | |
| 35. Remove Drip edge | 559.00 LF | 0.32 | 0.00 | 0.00 | 35.78 | 214.66 |
| Tear off of drip edge. | | | | | | |
| 36. Drip edge | 609.00 LF | 0.00 | 2.80 | 32.46 | 347.54 | 2,085.20 |
| Replacement of drip edge. Additional 50ft for cut waste and FL building code overlap requirement. | | | | | | |
| 37. R&R Valley metal - (W) profile | 127.00 LF | 0.58 | 7.56 | 26.00 | 211.96 | 1,271.74 |
| Removal & replacement of valley metal. | | | | | | |
| 38. Prime & paint exterior fascia - metal, 4"- 6" wide | 559.00 LF | 0.00 | 1.32 | 4.72 | 148.52 | 891.12 |
| Drip edge currently painted to match fascia. Needs to be painted back to match. | | | | | | |
| 39. Bird stop - Eave closure strip for tile roofing - metal | 555.00 LF | 0.00 | 4.02 | 56.64 | 457.54 | 2,745.28 |
| Eave closure installation required by FL code. | | | | | | |



**3MG Roofing**

**CONTINUED - Roof (Structure 2)**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 40. R&R Flashing - pipe jack | 5.00 EA | 6.85 | 51.73 | 3.96 | 59.40 | 356.26 |
| Replacement of pipe jacks. | | | | | | |
| 41. Prime & paint roof jack | 5.00 EA | 0.00 | 28.80 | 2.34 | 29.26 | 175.60 |
| Prime & Paint roof jacks. | | | | | | |
| 42. R&R Exhaust cap - through roof - up to 4" | 5.00 EA | 8.75 | 88.27 | 8.13 | 98.66 | 591.89 |
| Replacement of goosenecks. | | | | | | |
| 43. Roof vent - off ridge type - 2' | 8.00 EA | 0.00 | 94.98 | 19.40 | 155.84 | 935.08 |
| Off Ridge Vent installation. | | | | | | |
| 44. Prime & paint roof vent | 13.00 EA | 0.00 | 28.80 | 6.09 | 76.10 | 456.59 |
| Painting of vents and goosenecks. | | | | | | |
| 45. Hip & ridge nailer board for tile roofing - channel metal | 460.00 LF | 0.00 | 3.28 | 47.84 | 311.32 | 1,867.96 |
| Replacement of hip & ridge nailer with code required channel metal in their place. | | | | | | |
| 46. Ridge / Hip / Rake cap - tile roofing | 510.40 LF | 0.00 | 13.26 | 230.24 | 1,399.62 | 8,397.76 |
| 10% Waste on Quantity to account for install cuts and transport breakage. | | | | | | |
| 47. Mortar bed for tile | 464.00 SF | 0.00 | 4.24 | 43.43 | 402.16 | 2,412.95 |
| Mortaring of hip and ridge tiles. | | | | | | |
| 48. Step flashing | 87.00 LF | 0.00 | 11.55 | 8.71 | 202.72 | 1,216.28 |
| Replacement of L flashing. | | | | | | |
| 49. R&R Flashing - L flashing - galvanized | 65.00 LF | 0.58 | 4.64 | 6.21 | 69.10 | 414.61 |
| Replacement of L flashing. | | | | | | |
| 50. R&R Metal lath & stucco | 152.00 SF | 0.74 | 5.49 | 12.75 | 191.96 | 1,151.67 |
| Repairing of stucco where flashing needs to be replaced. | | | | | | |
| 51. Tile roofing - Clay - "S" or flat tile | 78.66 SQ | 0.00 | 707.79 | 1,090.43 | 11,353.04 | 68,118.23 |
| 21% Waste on quantity to account for install cutting and transport breakage. This number is suggested by Eagleview (see attached document). Structure is extremely complex with 68 roof facets. | | | | | | |
| Totals: Roof (Structure 2) | | | | 2,689.80 | 31,009.98 | 186,059.71 |

**Interior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 52. Interior Drywall & Painting (Bid) | 1.00 EA | 0.00 | 5,000.00 | 0.00 | 1,000.00 | 6,000.00 |
| Three rooms with interior damage. Drywall must be replaced, area re-textured, and paint ceilings to match. | | | | | | |

 **3MG Roofing**

### CONTINUED - Interior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Interior | | | | 0.00 | 1,000.00 | 6,000.00 |

### Gutters

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 53. R&R Gutter / downspout - aluminum - 7" to 8" | 1,311.00 LF | 0.49 | 14.93 | 1,043.03 | 4,251.72 | 25,510.37 |

Gutter is currently nailed through the drip edge. Due to the natural of soft metals, gutter will sustain damage during the detach and reset process when removing the 8" stakes. Also due to the nature of nails, gutters will no longer sit flush against the eave fascia, which will allow for water to get behind the gutter and damage the fascia wood. It will be a hazard to be torn off during high winds as it is no longer properly fastened to the roof. Gutters need to be R&Red in order to be safe & secure, in pre-storm damage condition, and compliant with FL matching Statute 626.9744.

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Gutters | | | | 1,043.03 | 4,251.72 | 25,510.37 |

### Painting

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 54. Exterior Painting - Entire Structures (Bid) | 1.00 EA | 0.00 | 25,000.00 | 0.00 | 5,000.00 | 30,000.00 |

Replacement of the flashing will require new stucco to be applied on sections of the roof where the 1st story meets the second story. Entire structure will need to be painted to match to say in compliance with FL Matching Statute.

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Painting | | | | 0.00 | 5,000.00 | 30,000.00 |

### Miscellaneous

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 55. Telehandler/forklift (per day) - no operator | 14.00 DA | 0.00 | 450.00 | 0.00 | 1,260.00 | 7,560.00 |

Needed for tile loading.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56. Final cleaning - construction - Residential | 18,920.00 SF | 0.00 | 0.22 | 0.00 | 832.48 | 4,994.88 |

Clean up of property during and after build.

| | | | | | | |
|---|---|---|---|---|---|---|
| 57. Porta John Rental - Bid Item | 30.00 DA | 0.00 | 200.00 | 0.00 | 0.00 | 6,000.00 |

Rental of porta johns for build. Both structures should take about a month to complete in their entirely.

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Miscellaneous | | | | 0.00 | 2,092.48 | 18,554.88 |
| **Line Item Totals: 2021-02-05-1053** | | | | **8,822.32** | **103,248.08** | **625,488.11** |

**3MG Roofing**

## Summary

| | |
|---|---:|
| Line Item Total | 513,417.71 |
| Material Sales Tax | 8,822.32 |
| Subtotal | 522,240.03 |
| Overhead | 51,624.04 |
| Profit | 51,624.04 |
| **Replacement Cost Value** | **$625,488.11** |
| **Net Claim** | **$625,488.11** |

_____

James Bouzas
Regional Manager

## Floridas Claim Specialists LLC

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078

| | |
|---|---|
| Client: | South, Todd |
| Property: | 4312 Down Point Ln |
| | Windermere, FL 34786 |

Operator:   DCANFIEL

Estimator:   David                                                                                       Business:   (407) 758-3078

Type of Estimate:   Wind Damage
Date Entered:   11/2/2021                    Date Assigned:

Price List:   FLOR8X_NOV21
Labor Efficiency:   Restoration/Service/Remodel
Estimate:   SOUTH-TODD

**Floridas Claim Specialists LLC**

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078

### SOUTH-TODD

#### Main Level

**Main Level**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 356.00 | 0.00 | 71.20 | 427.20 | (0.00) | 427.20 |
| **Total: Main Level** | | | **0.00** | **71.20** | **427.20** | **0.00** | **427.20** |



**Storage Area/Room**                                                                                     **Height: Sloped**

  315.17  SF Walls                           187.29  SF Ceiling
  502.47  SF Walls & Ceiling                 158.13  SF Floor
   17.57  SY Flooring                         52.17  LF Floor Perimeter
   55.70  LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2. Contents - move out then reset - Extra large room | 1.00 EA | 160.22 | 0.00 | 32.04 | 192.26 | (0.00) | 192.26 |
| 3. Light fixture - Detach & reset | 2.00 EA | 53.53 | 0.00 | 21.42 | 128.48 | (0.00) | 128.48 |
| 4. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 14.24 | 0.00 | 2.84 | 17.08 | (0.00) | 17.08 |
| 5. Floor protection - self-adhesive plastic film | 158.13 SF | 0.53 | 1.77 | 17.12 | 102.70 | (0.00) | 102.70 |
| 6. R&R Batt insulation - 4" - R13 - unfaced batt | 8.00 SF | 1.01 | 0.34 | 1.68 | 10.10 | (0.00) | 10.10 |
| 7. R&R 5/8" drywall - hung, taped, ready for texture | 8.00 SF | 3.03 | 0.36 | 4.94 | 29.54 | (0.00) | 29.54 |
| 8. R&R Batt insulation - 4" - R13 - paper / foil faced | 8.00 SF | 1.06 | 0.37 | 1.78 | 10.63 | (0.00) | 10.63 |
| 9. R&R 1/2" drywall - hung, taped, ready for texture | 8.00 SF | 2.92 | 0.33 | 4.74 | 28.43 | (0.00) | 28.43 |
| 10. Texture drywall - machine | 502.47 SF | 0.60 | 2.01 | 60.70 | 364.19 | (0.00) | 364.19 |
| 11. Paint the walls and ceiling - two coats | 502.47 SF | 0.85 | 11.26 | 87.68 | 526.04 | (0.00) | 526.04 |
| 12. Final cleaning - construction - Residential | 158.13 SF | 0.25 | 0.00 | 7.90 | 47.43 | (0.00) | 47.43 |
| **Totals: Storage Area/Room** | | | **16.44** | **242.84** | **1,456.88** | **0.00** | **1,456.88** |

**Floridas Claim Specialists LLC**

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078



**Gym Bath**                                      **Height: 9' 10"**

| | |
|---|---|
| 190.49 SF Walls | 30.32 SF Ceiling |
| 220.81 SF Walls & Ceiling | 30.32 SF Floor |
| 3.37 SY Flooring | 19.06 LF Floor Perimeter |
| 21.56 LF Ceil. Perimeter | |

**Subroom: Shower Room (1)**              **Height: 9' 10"**

| | |
|---|---|
| 219.37 SF Walls | 37.01 SF Ceiling |
| 256.38 SF Walls & Ceiling | 37.01 SF Floor |
| 4.11 SY Flooring | 22.00 LF Floor Perimeter |
| 24.50 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**     2' 6" X 8' 9"     Opens into GYM_BATH

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13. Contents - move out then reset - Small room | 1.00 EA | 40.09 | 0.00 | 8.02 | 48.11 | (0.00) | 48.11 |
| 14. Recessed light fixture - Detach & reset entire unit | 2.00 EA | 112.23 | 0.00 | 44.90 | 269.36 | (0.00) | 269.36 |
| 15. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 14.24 | 0.00 | 2.84 | 17.08 | (0.00) | 17.08 |
| 16. Smoke detector - Detach & reset | 1.00 EA | 51.83 | 0.00 | 10.36 | 62.19 | (0.00) | 62.19 |
| 17. Towel bar - Detach & reset | 1.00 EA | 15.62 | 0.00 | 3.12 | 18.74 | (0.00) | 18.74 |
| 18. Exhaust fan - Detach & reset | 1.00 EA | 193.99 | 0.00 | 38.80 | 232.79 | (0.00) | 232.79 |
| 19. Toilet paper holder - Detach & reset | 1.00 EA | 16.49 | 0.00 | 3.30 | 19.79 | (0.00) | 19.79 |
| 20. Toilet - Detach & reset | 1.00 EA | 236.08 | 0.52 | 47.32 | 283.92 | (0.00) | 283.92 |
| 21. Light fixture - Detach & reset - Large | 1.00 EA | 98.42 | 0.00 | 19.68 | 118.10 | (0.00) | 118.10 |
| 22. Mirror - plate glass - Detach & reset | 25.76 SF | 5.71 | 0.00 | 29.42 | 176.51 | (0.00) | 176.51 |
| 23. Floor protection - self-adhesive plastic film | 67.33 SF | 0.53 | 0.75 | 7.30 | 43.73 | (0.00) | 43.73 |
| 24. R&R Batt insulation - 4" - R13 - unfaced batt | 8.00 SF | 1.01 | 0.34 | 1.68 | 10.10 | (0.00) | 10.10 |
| 25. R&R 5/8" drywall - hung, taped, ready for texture | 8.00 SF | 3.03 | 0.36 | 4.94 | 29.54 | (0.00) | 29.54 |
| 26. Texture drywall - machine | 77.96 SF | 0.60 | 0.31 | 9.42 | 56.51 | (0.00) | 56.51 |
| 27. Paint the surface area - two coats | 77.96 SF | 0.85 | 1.75 | 13.62 | 81.64 | (0.00) | 81.64 |
| 28. Prep wall for wallpaper | 336.01 SF | 0.53 | 0.00 | 35.62 | 213.71 | (0.00) | 213.71 |
| 29. R&R Wallpaper - Premium grade | 336.01 SF | 3.62 | 44.35 | 252.16 | 1,512.87 | (0.00) | 1,512.87 |
| 30. Final cleaning - construction - Residential | 67.33 SF | 0.25 | 0.00 | 3.36 | 20.19 | (0.00) | 20.19 |
| **Totals: Gym Bath** | | | **48.38** | **535.86** | **3,214.88** | **0.00** | **3,214.88** |

**Floridas Claim Specialists LLC**

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078



| Garage | | | | Height: 10' 1" |
|---|---|---|---|---|
| 1494.36 | SF Walls | | 1113.61 | SF Ceiling |
| 2607.97 | SF Walls & Ceiling | | 1113.61 | SF Floor |
| 123.73 | SY Flooring | | 148.20 | LF Floor Perimeter |
| 148.20 | LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 31. Contents - move out then reset - Extra large room | 1.00 EA | 160.22 | 0.00 | 32.04 | 192.26 | (0.00) | 192.26 |
| 32. Fluorescent light fixture - 2' & 4' - Detach & reset | 3.00 EA | 77.69 | 0.00 | 46.62 | 279.69 | (0.00) | 279.69 |
| 33. Overhead door - Detach & reset - Large | 2.00 EA | 514.62 | 0.00 | 205.84 | 1,235.08 | (0.00) | 1,235.08 |
| 34. Light fixture - Detach & reset | 2.00 EA | 53.53 | 0.00 | 21.42 | 128.48 | (0.00) | 128.48 |
| 35. Floor protection - self-adhesive plastic film | 1,113.61 SF | 0.53 | 12.47 | 120.54 | 723.22 | (0.00) | 723.22 |
| 36. R&R 5/8" drywall - hung, taped, ready for texture | 160.00 SF | 3.03 | 7.30 | 98.42 | 590.52 | (0.00) | 590.52 |
| 37. Texture drywall - machine | 1,113.61 SF | 0.60 | 4.45 | 134.54 | 807.16 | (0.00) | 807.16 |
| 38. Paint the ceiling - two coats | 1,113.61 SF | 0.85 | 24.94 | 194.30 | 1,165.81 | (0.00) | 1,165.81 |
| 39. Paint the walls - one coat | 1,494.36 SF | 0.57 | 17.93 | 173.94 | 1,043.66 | (0.00) | 1,043.66 |
| 40. Final cleaning - construction - Residential | 1,113.61 SF | 0.25 | 0.00 | 55.68 | 334.08 | (0.00) | 334.08 |
| **Totals: Garage** | | | **67.09** | **1,083.34** | **6,499.96** | **0.00** | **6,499.96** |
| **Total: Main Level** | | | **131.91** | **1,933.24** | **11,598.92** | **0.00** | **11,598.92** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 41. Heat, vent, & air cond. labor minimum | 1.00 EA | 209.68 | 0.00 | 41.94 | 251.62 | (0.00) | 251.62 |
| 42. Insulation labor minimum | 1.00 EA | 97.81 | 0.00 | 19.56 | 117.37 | (0.00) | 117.37 |
| 43. Finish hardware labor minimum | 1.00 EA | 101.23 | 0.00 | 20.24 | 121.47 | (0.00) | 121.47 |
| 44. Plumbing labor minimum | 1.00 EA | 41.87 | 0.00 | 8.38 | 50.25 | (0.00) | 50.25 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **90.12** | **540.71** | **0.00** | **540.71** |
| **Line Item Totals: SOUTH-TODD** | | | **131.91** | **2,023.36** | **12,139.63** | **0.00** | **12,139.63** |

| Additional Charges | Charge |
|---|---|
| Permit | 300.00 |
| **Additional Charges Total** | **$300.00** |

**Floridas Claim Specialists LLC**

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078

## Grand Total Areas:

| | | |
|---|---|---|
| 2,219.39 SF Walls | 1,368.23 SF Ceiling | 3,587.63 SF Walls and Ceiling |
| 1,339.07 SF Floor | 148.79 SY Flooring | 241.43 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 249.97 LF Ceil. Perimeter |
| 1,339.07 Floor Area | 1,428.54 Total Area | 2,219.39 Interior Wall Area |
| 2,493.48 Exterior Wall Area | 245.87 Exterior Perimeter of Walls | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

**Floridas Claim Specialists LLC**

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078

## Summary

| | |
|---|---:|
| Line Item Total | 9,984.36 |
| Permit | 300.00 |
| Material Sales Tax | 131.91 |
| Subtotal | 10,416.27 |
| Overhead | 1,041.68 |
| Profit | 1,041.68 |
| **Replacement Cost Value** | **$12,499.63** |
| **Net Claim** | **$12,499.63** |

_____
David

## Floridas Claim Specialists LLC

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (8%) |
|---|---|---|---|---|---|---|
| **Line Items** | 1,011.68 | 1,011.68 | 131.91 | 0.00 | 0.00 | 0.00 |
| **Additional Charges** | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **1,041.68** | **1,041.68** | **131.91** | **0.00** | **0.00** | **0.00** |

**Floridas Claim Specialists LLC**

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078

## Recap by Room

**Estimate: SOUTH-TODD**

| | | |
|---|---:|---:|
| **Area: Main Level** | 356.00 | 3.57% |
| Storage Area/Room | 1,197.60 | 11.99% |
| Gym Bath | 2,630.64 | 26.35% |
| Garage | 5,349.53 | 53.58% |
| **Area Subtotal: Main Level** | 9,533.77 | 95.49% |
| **Labor Minimums Applied** | 450.59 | 4.51% |
| **Subtotal of Areas** | 9,984.36 | 100.00% |
| **Total** | 9,984.36 | 100.00% |

**Floridas Claim Specialists LLC**

P.O. Box 781893
Orlando, Fl 32878
(407)758-3078

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| **CLEANING** | 334.76 | 2.68% |
| **CONTENT MANIPULATION** | 360.53 | 2.88% |
| **GENERAL DEMOLITION** | 719.29 | 5.75% |
| **DOORS** | 1,029.24 | 8.23% |
| **DRYWALL** | 1,488.43 | 11.91% |
| **ELECTRICAL** | 245.82 | 1.97% |
| **FINISH HARDWARE** | 133.34 | 1.07% |
| **HEAT, VENT & AIR CONDITIONING** | 238.16 | 1.91% |
| **INSULATION** | 115.97 | 0.93% |
| **LIGHT FIXTURES** | 770.07 | 6.16% |
| **MIRRORS & SHOWER DOORS** | 147.09 | 1.18% |
| **PLUMBING** | 277.95 | 2.22% |
| **PAINTING** | 3,001.43 | 24.01% |
| **WALLPAPER** | 1,122.28 | 8.98% |
| **O&P Items Subtotal** | 9,984.36 | 79.88% |
| Permits and Fees | 300.00 | 2.40% |
| Material Sales Tax | 131.91 | 1.06% |
| Overhead | 1,041.68 | 8.33% |
| Profit | 1,041.68 | 8.33% |
| **Total** | 12,499.63 | 100.00% |