IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY TODD SOUTH AND
LISA SOUTH,                                    CASE NO.: 6:22-cv-01447-CEM-DAB

     Plaintiffs,

vs.

FEDERAL INSURANCE COMPANY,

     Defendant.

_____/

## DEFENDANT, FEDERAL INSURANCE COMPANY'S, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), pursuant to F.R.C.P. 7.1, hereby files its Certificate of Interested Persons and Corporate Disclosures Statement and states the following:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of the party's stock, and all other identifiable legal entities related to a party:**

   a. Federal Insurance Company (Defendant);

   b. The Chubb Corporation, a publicly traded company, Parent Corporation of Federal Insurance Company;

   c. Thomas A. Keller, Esq. (Counsel for Defendant);

1

d.  Dericka Y. Burke, Esq. (Counsel for Defendant);

e.  Butler Weihmuller Katz Craig LLP (Counsel for Defendant);

f.  Jeffrey Todd South (Plaintiff);

g.  Lisa South (Plaintiff);

h.  Logan C. Templeton, Esq. (Counsel for Plaintiff); and

i.  South Mulhausen, P.A. (Counsel for Plaintiff)

**2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceeding:**

None.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None.

**4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

a.  None known aside from the Plaintiffs.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district Judge or Magistrate in this action, and I will immediately notify the Judge in writing within fourteen days after I know of a conflict.

[Signature Block and Certificate of Service to Follow]

BUTLER WEIHMULLER KATZ CRAIG LLP



THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
DERICKA Y. BURKE, ESQ.
Florida Bar No.: 1000332
dburke@butler.legal
Secondary    lfarrell@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:   (813) 281-1900
Facsimile:    (813) 281-0900
*Attorneys for Defendant, Federal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by CM/ECF system on August 18, 2022, on all counsel or parties of record on the Service List Below:

Logan C. Templeton, Esq.
South Milhausen, P.A.
1000 Legion Place, Suite 1200
Orlando, FL 32801
logant@southmilhausen.com
mdahl@southmilhausen.com
Attorney For:  Plaintiffs

THOMAS A. KELLER, ESQ.

3