IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY TODD SOUTH AND
LISA SOUTH,   CASE NO.: 6:22-cv-01447-CEM-DAB

    Plaintiffs,

vs.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

## **DEFENDANT, FEDERAL INSURANCE COMPANY, NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

___ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_     IS NOT related to any pending or closed civil criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **ELEVEN (11) DAYS** after appearance of the party.

Dated: August 18, 2022.

[Signature Block and Certificate of Service to Follow]

1

BUTLER WEIHMULLER KATZ CRAIG LLP



THOMAS A. KELLER, ESQ.
Florida Bar No.:   0153354
tkeller@butler.legal
DERICKA Y. BURKE, ESQ.
Florida Bar No.:   1000332
dburke@butler.legal
Secondary   lfarrell@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida   33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
*Attorneys for Defendant, Federal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022 that a true and correct copy of the foregoing was served by e-mail and electronic notification generated by the CM/ECF system to:

>Logan C. Templeton, Esq.
>South Milhausen, P.A.
>1000 Legion Place, Suite 1200
>Orlando, FL 32801
>logant@southmilhausen.com
>mdahl@southmilhausen.com
>Attorney For:   Plaintiffs

_____
THOMAS A. KELLER, ESQ.