UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY TODD SOUTH and
LISA SOUTH,

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

Case No.: 6:22-CV-01447-CEM-DAB

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

Jeffrey Todd South
Lisa South
Federal Insurance Company
Logan Templeton, Esq.
South Milhausen, P.A.
Thomas A. Keller, Esq.
Dericka Y. Burke, Esq.
Butler Weihmuller Katz Craig LLC
The Chubb Corporation, a publicly traded company, parent corporation of Defendant Federal Insurance Company

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known to the Plaintiff, other than the entities named in No. 1 above.

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known to the Plaintiff, other than the entities named in No. 1 above.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None other than the Plaintiff.

5.) Check one of the following:

__X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the CM/ECF, which will provide a copy to all parties who have appeared, this 19th day of August 2022.

          **SOUTH MILHAUSEN, P.A.**
          Attorneys for Plaintiff
          1000 Legion Place, Suite 1200
          Orlando, Florida 32801
          Phone: (407) 539-1638
          Fax:    (407) 539-2679
          Email: logant@southmilhausen.com
                 mdahl@southmilhausen.com

          By: /s/ LOGAN C. TEMPLETON, ESQ.
               LOGAN C. TEMPLETON, ESQ.
               Florida Bar No.: 114136