UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY TODD SOUTH and
LISA SOUTH,

Case No.: 6:22-CV-01447-CEM-DAB

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the CM/ECF, which will provide a copy to all parties who have appeared, this 19th day of August 2022.

    **SOUTH MILHAUSEN, P.A.**
    Attorneys for Plaintiff
    1000 Legion Place, Suite 1200
    Orlando, Florida 32801
    Phone: (407) 539-1638
    Fax:     (407) 539-2679
    Email: logant@southmilhausen.com
            mdahl@southmilhausen.com

    By: /s/ LOGAN C. TEMPLETON, ESQ.
         LOGAN C. TEMPLETON, ESQ.
         Florida Bar No.: 114136