**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEFFREY TODD SOUTH
AND LISA SOUTH,

    Plaintiffs,

v.                                      Case No. 6:22-CV-01447

FEDERAL INSURANCE COMPANY,

    Defendants.

_____

## NOTICE OF MEDIATION

COME NOW THE PLAINTIFFS, Jeffrey Todd South and Lisa South, by and through the undersigned counsel, and give notice that this case will be mediated before Kim Sands, Esq. on Monday, August 14, 2023 at 10:00 a.m., via videoconference. A link for the videoconference will be provided to all parties at a later date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the e-portal, which will provide a copy to all parties who have appeared, this 23rd day of May 2023.

                                                **SOUTH MILHAUSEN, P.A.**
                                                Attorneys for Plaintiffs
                                                1000 Legion Place, Suite 1200
                                                Orlando, Florida 32801
                                                Phone: (407) 539-1638
                                                Fax:    (407) 539-2679
                                                Email: logant@southmilhausen.com
                                                                       mdahl@southmilhausen.com

                                                By: /s/ LOGAN C. TEMPLETON, ESQ.
                                                      LOGAN C. TEMPLETON, ESQ.
                                                     Florida Bar No.: 114136